IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                   )
        Plaintiff,        )
                                   )
                                 )  CR No. 22-164
      vs.               )  Washington, D.C.
                                 )  June 1, 2022
DAEVON NARCE (4),            )  2:32 p.m.
AKO HANDY (7),               )
MANUEL BROWN (9),           )
STANLEY HOOD (11),          )
                                 )
        Defendants.      )
_____)

TRANSCRIPT OF AUDIO-RECORDED DETENTION HEARING
BEFORE THE HONORABLE UNITED STATES MAGISTRATE JUDGE
ZIA M. FARUQUI

APPEARANCES:

For the Government:        Solomon Eppel
                               DOJ-USAO
                               555 4th Street NW
                               Washington, D.C. 20001
                               (202) 252-6661
                               Email: solomon.eppel@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Narce:          Howard Bernard Katzoff
                              LAW OFFICES OF HOWARD KATZOFF
                              717 D Street, NW
                              Suite 310
                              Washington, D.C. 20004
                              (202) 783-6414
                              Email: katzoffh@aol.com

For Defendant Handy:          John Peter Marston
                              FOLEY HOAG LLP
                              1717 K Street, NW
                              Washington, D.C. 20006
                              (202) 261-7321
                              Email: jmarston@foleyhoag.com

For Defendant Brown:          Anthony Douglas Martin
                              ANTHONY D MARTIN, PC
                              Post Office Box 575
                              Greenbelt, MD 20768-0575
                              (301) 220-3700
                              Email: admartinesq@aol.com

For Defendant Hood:           Michael E. Lawlor
                              BRENNAN, MCKENNA & LAWLOR,
                              CHARTERED
                              6305 Ivy Lane
                              Suite 700
                              Greenbelt, MD 20770
                              (301) 474-0044
                              Email: mlawlor@verizon.net

Pretrial Services Officer:    Shay Holman

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1              P R O C E E D I N G S

2         COURTROOM DEPUTY:  All rise.  This Honorable Court

3    is now in session; Magistrate Judge Zia M. Faruqui now

4    presiding.

5              Please be seated and come to order.

6         THE MAGISTRATE:  All right, Ms. Bryant.  If you

7    want to go ahead and call the case, please.

8         COURTROOM DEPUTY:  This is 22-CR-196, the

9    United States of America versus -- I'm sorry, give me one

10   second.

11             This is 22-CR-164, Defendant 4, 7, 9, and 11, the

12   United States of America versus Daevon Narce, Defendant

13   No. 4; Ako Handy, Defendant No. 7; Manuel Brown, Defendant

14   No. 9; and Stanley Hood, Defendant No. 11.

15             The defendants are all present in the courtroom.

16             This matter is set as an in-person detention

17   hearing.

18             Will the parties please introduce yourselves for

19   the record, starting with the government.

20         MR. EPPEL:  Good afternoon, Your Honor.

21   Solomon Eppel for the United States.

22         MR. MARTIN:  Good afternoon, Your Honor.

23   Anthony Martin on behalf of Manuel Brown.

24         MR. KATZOFF:  Good afternoon, Your Honor.

25   Howard Katzoff on behalf of Daevon Narce.

 1              Nice to see you, Your Honor.

 2              THE MAGISTRATE:  Good to see you.

 3              MR. LAWLOR:  Good afternoon, Your Honor.

 4    Michael Lawlor for Stanley Hood.

 5              MR. MARSTON:  Good afternoon, Your Honor.

 6    John Marston for Ako Handy.

 7              THE MAGISTRATE:  Great to see you.

 8              All right.  Ms. Bryant, I'm still waiting for my

 9    computer to get set up.  But while we do that, if you could

10    go ahead and swear in each defendant, please.

11              COURTROOM DEPUTY:  Will the defendants please

12    stand and raise your right hand.

13              (Defendants placed under oath.)

14              COURTROOM DEPUTY:  Thank you.  You may lower your

15    hand.

16              THE MAGISTRATE:  Y'all can sit down.  Thanks so

17    much.

18              All right.  Just one second.  Bear with me,

19    everybody.

20              PRETRIAL SERVICES OFFICER:  And Shay Holman is

21    present for Pretrial, Your Honor.

22              THE MAGISTRATE:  Thank you, Ms. Holman.

23              Sorry to forget you there online.  We need you, so

24    I appreciate you letting me know you're there.

25              Okay.  So I think, Mr. Eppel, our plan is to do a

1    joint detention hearing here.  The goal would be to,

2    hopefully -- for the sake of efficiency, we're going to go

3    through all of your cases at the same time to hear from the

4    government, and then I'll be hearing from each one of your

5    lawyers individually.

6           As I understand it -- Ms. Rosen, help me out --

7    we're doing -- everyone has already had their initial

8    appearances, correct?  Yep.  Okay.  Great.

9           So it looks like on the 25th, you had your initial

10   appearance before Judge Meriweather, and so all we have

11   before us is the detention hearings today.

12          So the detention hearings, it's important -- I'm

13   going to speak to you as group, but each one of you

14   ultimately, it's you individually I'm talking to.

15          You have to understand a couple things:

16          First of all, I can't help you if you don't speak

17   up.  And so we don't have to deal with being online and all

18   of that nonsense.  If you've got an issue today, your lawyer

19   is right here, we can get you into the back, the Marshals

20   will get you there, we'll get you the opportunity to speak.

21          I'm not going anywhere, okay?  Understand me?

22   This is your life.  I'm going home; everyone else is going

23   home at the end of the day.  This is your life.  So if

24   something is going on and you think something is not being

25   said that needs to be said or something I need to know, you

1   just need to say, hey, Judge, I need to talk to my lawyer,

2   okay, and we'll make sure that you get that time.

3           And you understand why I'm saying that is because

4   you're presumed innocent, okay?  That is my number one job.

5   When I put on this robe, I don't care how you're dressed,

6   what you look like, I see a presumed-innocent person.  If I

7   couldn't do that, I didn't deserve this job.  If I don't do

8   that, your lawyers will make sure I lose my job, okay?

9   Because that is my job.  Understand me.  That is what the

10  law says.  I have to follow the law, and the first rule is

11  that you're a presumed-innocent person.

12          So I understand that you must have ideas and

13  feelings understandably about the way you think the criminal

14  justice doesn't work -- I'm not going to say does work.  But

15  you're in my courtroom right now, okay?  It's just me and

16  you.  And so we'll try our best to be real with each other

17  and be honest.

18          I cannot promise you I'm going to rule in your

19  favor.  You'll be like, oh, that judge sounds cool.  And

20  then when it came to my case, why did he pull the rug out

21  from underneath me?

22          I'm sorry, I'm going to follow the law, and the

23  law might say that you need to be detained.  But I can

24  guarantee you I'm going to listen to you, I'm going to hear

25  you, and understand what -- remind myself what the law says,

1    is that you're a presumed-innocent person.

2            It's on the government okay?  They've got to make

3    the argument to make me think that there's no condition or

4    combination of conditions that can reasonably assure the

5    safety of the community.

6            I might not be able to decide that today.  I might

7    hear from you and think, you know what, I need more time,

8    and I'm sorry that you have to suffer with being

9    incarcerated while I make -- take the time I need to make a

10   decision.

11           And ultimately no matter what happens today,

12   I might order you detained.  It's not the final decision.

13   The government or your lawyer has a right to appeal it to

14   the district judge, Judge Walton, in this matter, and then

15   he's going to start over again from zero.  This is,

16   unfortunately, what it feels like often in the system,

17   right?  You get one pulled one way and then you get

18   whiplashed another way.

19           I'm sorry that's the way it is, but we have to be

20   very deliberative, we've got to take one thing at a time

21   here.  And just remember, you have your rights, okay?  It

22   may not feel like it at times, it may feel like you're,

23   like, no one's listening to me.  I promise you I am.  And

24   I work with Judge Walton all day, every day, and I guarantee

25   you I know he's going to listen to you, too.

1          Now, again, that doesn't mean Judge Walton is

2    going to rule the way that you want him to rule.  He's going

3    to follow the law.  What I can promise you is that he's

4    going to be fair, absolutely, I know that from the bottom of

5    my heart.  I've seen and worked with him, we work on Reentry

6    Court together, we work with returning citizens to try to

7    help them after they get on the outside.

8          So I can promise you that he is somebody who is

9    going to be thoughtful and listening to you.  But, again,

10   these are very serious charges the government has levied.

11   They've brought them by indictment.  That means a grand jury

12   has made these charges.  And so I have to follow the facts

13   and the law.

14         But just understand, I am here to listen to you

15   and we're going to take as much time as we need.  All right,

16   guys?  All right.

17         Mr. Eppel, obviously, the government, I'm very

18   appreciative, had a very thorough detention memorandum that

19   you filed in anticipation of this hearing.  I think,

20   obviously, given all that you have going on, is no small

21   feat to get that all organized and done, and, again, in a

22   very thorough fashion.  So very helpful as I try to go about

23   this proceeding today.

24         What I'd like to do is, I imagine your -- I'd

25   still like to hear from you by proffer, is that if there's

1   some light overview, obviously I think everyone here is

2   familiar with the general facts of the case, but then we can

3   go by individual person that we have here, starting with

4   Mr. Narce -- can you help me with the names here, I'm sorry,

5   remind me, is that Mr. Katzoff?

6           MR. KATZOFF:  Yes, Your Honor.

7           THE MAGISTRATE:  How do I pronounce your client's

8   last name?

9           MR. KATZOFF:  I believe Narce.

10          THE MAGISTRATE:  Okay.

11          Well, he's here, so why don't you tell me.  How's

12  it?

13          DEFENDANT NARCE:  Narce.

14          THE MAGISTRATE:  Narce.  Okay.

15          So we'll start with Mr. -- after you go over your

16  general proffer of the facts, I'm going to go to Mr. Narce,

17  then Mr. Handy, then Mr. Brown, and then Mr. Hood with any

18  specific facts.  Obviously, I have questions about each

19  individual person.

20          But if there are certain things you want to

21  highlight, obviously you had a lot in there in your Pretrial

22  Memorandum.

23          I think, defense counsel, I'll be looking to hear

24  more from you, I think, as to your individual clients.  And

25  then we'll obviously hear from Pretrial Services.

1      But, Mr. Eppel, I think, perhaps more so on

2 rebuttal, I'll expect to hear from you, because we'll kind

3 of see what the nature of people's arguments are.  But if

4 you want to begin, please come up to the lectern, I'd

5 appreciate it.

6          MR. EPPEL:  Thank you, Your Honor.

7          And I apologize for not approaching the lectern

8 earlier.

9          THE MAGISTRATE:  Oh, that's fine, Mr. Eppel.

10 I think it's strange to be back a little bit in the

11 courtroom, but it's good to be here; I think it can be, in

12 some ways, more efficient.  So no worries.

13          MR. EPPEL:  Certainly, Your Honor.

14          So as Your Honor is aware, the indictment in this

15 case alleges a conspiracy to distribute narcotics, mostly

16 crack cocaine and fentanyl, in the area of 7th and

17 O Streets, Northwest, in Washington, D.C.

18          Thus far, 13 individuals have been indicted,

19 including these four defendants.

20          In addition to drug sales, as the memorandum

21 highlights, the organization has been involved in acts of

22 violence, including shootings, as well as the possession of

23 firearms.

24          And so I would like to go through each defendant

25 just briefly and highlight the dangerousness -- the danger

1   to the community posed by each, as well as the likelihood

2   that they would abide by conditions of release.

3         So first with respect to Mr. Narce, as we noted in

4   our detention memo, at the time of his arrest on May 25th,

5   there were two guns found in his apartment.  In addition,

6   he's been involved in shooting incidents, including one in

7   which, according to the -- which he brandished a firearm.

8         In addition, we noted that he's on release in a

9   misdemeanor DVM matter, or on probation, rather.  And

10  according to the proffer of facts in that case, Your Honor,

11  the first incident involved there was on July 13th, 2020, in

12  which he struck the son of his girlfriend and then struck

13  his girlfriend in the face.

14        The second incident on June 5th, 2021, he

15  strangled his girlfriend.

16        And so he was, of course, sentenced in that case

17  and is on probation.  And despite being under supervision in

18  that case, he committed the instant offenses.

19        Given that he has been given a chance on probation

20  and still finds himself here, the government asks that he

21  not be given another chance and that he be held pending

22  trial.

23        I'd also just briefly highlight the fact that he's

24  been convicted of escape and fleeing.  And he gave a false

25  name to law enforcement when he was shot, which I think

1   further suggests that he would be uncooperative if released.

2          And with respect to Mr. Handy.  So Mr. Handy has

3   been involved in the distribution of large amounts of

4   narcotics, and he was also on release at the time of these

5   alleged offenses.

6          In particular, he has a pending Superior Court

7   case for possession with intent to distribute narcotics

8   while armed with a firearm.  And he was, again, given a

9   chance in that case and he was released and yet he finds

10  himself here.

11         And he seems to keep re-offending, and the

12  government expects that if he were to be released, he would

13  continue offending again.

14         In terms of Mr. Brown.  And so Mr. Brown has been,

15  as Your Honor is aware from the pretrial report, he was

16  convicted of first degree murder a few decades ago.

17  My understanding is that he was released under the D.C. IIRA

18  and has been out less than two and a half years from today.

19         And, of course, during that time, after being

20  given the opportunity by being released from incarceration,

21  he is alleged to have committed the instant offenses.  And

22  the government believes that if released, there would not be

23  any condition or combination of conditions that would

24  guarantee safety of the community.

25         And finally with respect to Mr. Hood, Your Honor,

1    Mr. Hood, although he has no criminal convictions, he

2    associated himself with this conspiracy which sold large

3    amounts of narcotics in the area of 7th and O and has been

4    involved in acts of violence.

5         In addition, the government would just highlight

6    the pictures on his phone of firearms and then one picture

7    of, it appears, a target that was shot with firearms.

8         Given his involvement in the conspiracy, his

9    choice to be involved in the conspiracy, as well as the

10   possibility that he would commit acts of violence, the

11   government asks that he be detained pending trial as well.

12        THE MAGISTRATE:  Okay.  That's very helpful.  And

13   thank you for being efficient as you go through that,

14   Mr. Eppel.

15        So I have a questions for the Marshals.  I think

16   what I'd like to do, as each person's attorney is coming up,

17   can we have them come sit at the table next to them one at a

18   time?  Is that going to work okay?  How do you want to --

19   does that work for you?  Okay.  Cool.  Thank you.

20        So let's start with Mr. Katzoff and Mr. Narce.

21   So one of the Marshals, if you want to bring him down to the

22   table or however you guys want to handle it.

23        Hold on one second.  Let's just make sure they --

24        Does that work for you, Mr. Katzoff?

25        MR. KATZOFF:  If you want him to stand --

1          THE MAGISTRATE:  Yeah, that would be great.

2          And then you can always go back and talk to him if

3     you need to back at the chair there.  Does that sound good?

4          So I guess, yeah, if we can keep one seat open.

5     Thank you, Mr. Lawlor.  If we can just keep one seat open,

6     then there's always a hot seat for someone to sit in there.

7          All right.  Go ahead, Mr. Katzoff.  Thanks.

8          MR. KATZOFF:  The Court's indulgence.

9          Thank you.

10         THE MAGISTRATE:  Thank you, Deputy.

11         MR. KATZOFF:  Thank you, Your Honor.

12         So, Your Honor, we recognize that this is a

13    rebuttable-presumption case.  And I would submit that a

14    review of Mr. Narce's ties to the community, the proposed

15    release conditions, that the totality of the circumstances

16    will rebut the presumption and we'll ask the Court to find

17    that the government has not met its burden to demonstrate

18    that no conditions can be set that'll assure both his

19    continued appearance in court and the safety of the

20    community.

21         Obviously as the Court noted, I would say that the

22    backdrop for many of my representations will be the

23    presumption of innocence that's included in the bail statute

24    in 3142(j), which specifically recognizes that there's

25    nothing about the fact that there are allegations pending

1   now, even the fact that there is probable cause in general

2   to the conspiracy charge, as to the specific allegations or

3   anything that overcomes automatically that presumption.

4          I would note that as to the nature and

5   circumstances of the offense, it's clearly a serious

6   offense, but, again, these are allegations.  We have no

7   discovery, there's no probable-cause findings of Mr. Narce

8   being specifically involved in any distributions, there's no

9   probable-cause findings, there's nothing in the indictment

10  specifically showing his presence in stash houses that he's

11  claimed to be observed at.

12         The one that's mentioned in the indictment is a

13  ten-story apartment building.  I can't imagine that the

14  government's alleging that every apartment in that building

15  is a stash location and the fact that somebody goes into

16  that building or visits somebody in that building doesn't

17  mean that they're going to a stash house or a stash

18  location.

19         So those general allegations, I would note for the

20  Court, regardless of the extent of the investigation, there

21  are many cases in which the government's allegations, while

22  made in good faith, turn out to be slightly wrong or

23  certainly not error free.  And so there's every reason to

24  afford Mr. Narce the presumption of innocence at this point.

25         Similarly, the weight of the evidence, I would

1    make the same argument.  There is a general conspiracy

2    allegation.  There's no probable cause.  And as to any

3    specific distributions or specific offenses, the

4    observations in the area of 7th and O are just way too

5    general to be considered strong.  The government had an

6    opportunity to present specific evidence, probable-cause

7    evidence, with regard to more specifics; they haven't done

8    so.  So at this point, while the offense is of a serious

9    nature, the weight of the evidence is not compelling and

10   would not negate arguments for release pending trial.

11          Mr. Narce's history and characteristics, although

12   not perfect, are very strong.

13          Mr. Narce is born and raised in D.C.  He's a

14   high school graduate.  He went to Seaton Elementary, a

15   public charter school.  Cesar Chavez, charter school.

16          Got a degree from Continental Academy, which has

17   been confirmed by his mother, who I've spoken to a number of

18   times.  She lives in the area.  She has five minor children

19   with her and is not able to sponsor him or offer him a room.

20          But he does have a good friend who has offered a

21   place for him to stay away from the 7th and O area in the

22   Franklin Street, Northeast, region, near Catholic

23   University.  That information has been provided to

24   Ms. Schuck of the Pretrial Services Agency.  Ms. Schuck has

25   interviewed the individual, which I can provide more

1    information but I don't normally put addresses on the

2    record, Your Honor.

3              THE MAGISTRATE:  Right.  Please don't.

4              MR. KATZOFF:  And I'm told by Ms. Schuck this

5    morning that the place has been approved for HISP -- for

6    participation in HISP.  It is a suitable place for him to

7    stay and to be on HISP monitoring at whatever level the

8    Court deems appropriate.

9              As to some of the specific allegations that were

10   made regarding violence and -- I would note that the

11   allegations, again, very problematic in terms of -- and the

12   reason for the presumption of innocence -- Mr. Narce was

13   arrested at 1500 Massachusetts Avenue.  That is not his

14   apartment.  There's no indication that he was there for any

15   length of time.  The fact that a gun or guns were recovered,

16   they have not been specifically linked to him.  Those -- it

17   is not his place; it's not normal constructive possession.

18   There were, I want to say, five people in the place at the

19   time, and the actual lessee of the place, I believe, was

20   arrested and charged with possession of one or both of the

21   firearms, and I believe is pending his hearing.  So the

22   government can't have it both ways.  Those are not

23   attributable to Mr. Narce, at least not directly, the fact

24   they were in the place.  There's just nothing to show that

25   he was aware of that.

 1          Again, the government's a little bit fast and

 2   loose with the allegations of him being near violence.  And

 3   it's hard -- I'm hard-pressed to understand how he's a

 4   danger to the community, because he was in a position where

 5   he was the victim of violence.  One of the incidents

 6   mentioned he was shot.

 7          The other incident that was mentioned, the

 8   government says he brandished a gun.  I would note in their

 9   own detention memorandum, it specifically says "the other

10   individuals were seen brandishing a gun."

11          Mr. Narce --

12          THE MAGISTRATE:  Yeah, Mr. Katzoff, I'll

13   interrupt.

14          And I'm sure you won't mind, but, Mr. Eppel,

15   I'm going to hear from you on that.

16          I have to say, I was a little perplexed that the

17   evidence of his violence was that he was the victim of a

18   gunshot.  I don't think that means that he is involved in

19   gun violence.  I think that means that he's, unfortunately,

20   the victim of gun violence.  And so I'm totally at a loss as

21   to how the fact that he was a victim indicates that he is

22   someone who's prone to gun violence.

23          I do want to understand and make sure I get the --

24   my arms wrapped around this.  Is there an allegation that he

25   was brandishing or -- in the detention memorandum, as I see

1   it, it references paragraphs 4 through 8, and that indicates

2   there -- I read that as Gliss and Shelton were there and

3   that they were shooting, but I didn't see -- I didn't see --

4   I didn't understand it to be that you were alleging that he

5   was brandishing then or any other time.  But anyway, we'll

6   come back to you.

7           But, Mr. Katzoff, I understand that is your

8   argument and I just want to make sure I'm on the same sheet

9   of music, right, they're not understanding that.

10          MR. KATZOFF:  In fact, they arrive in that

11   location and get out of a vehicle.  And it is a completely

12   different vehicle that the police describe as shots coming

13   from towards them.  There's no indication that Mr. Narce

14   responded to that.

15          THE MAGISTRATE:  I got you, Mr. Katzoff.  We're

16   not doing guilty by association or guilt by -- or danger by

17   the fact someone around you makes a poor decision.  I need

18   to know what Mr. Narce is doing and what he has or has not

19   done.  So I hear you.  Go ahead.

20          MR. KATZOFF:  As to the two misdemeanor assault

21   cases, I've spoken to the complainant in those cases.

22   Obviously, those are unfortunate incidents.

23          Those are charged as misdemeanors.  So even though

24   the words on paper sound horrific or -- there wasn't

25   anything sufficient to charge, apparently, felonies in those

1   cases, or at least the result were misdemeanors and

2   relatively light sentences, which suggests significant

3   mitigation.

4           According to the complainant, she was very

5   sympathetic to Mr. Narce, and the fact that when he was

6   released from prison, he was supposed to be getting certain

7   mental health treatment, and they were not properly doing

8   that.

9           And interesting that she was aware of that,

10  because Mr. Narce separately had told me that he had been

11  referred to 35 K Street.  He got to 35 K Street and was told

12  that they don't treat individuals through CSOSA, it was a

13  mistake that they sent him there.  They struggled for months

14  and really, I think, still have not gotten him referred to a

15  proper place.

16          So he has struggled to try to do the things that

17  they've asked him to do.  And I have to say that the

18  complainant in that situation was quite sympathetic and was

19  not, at this point, angry with him.  He's honoring the

20  stay-away.  They are cooling off, doing what they're

21  supposed to, and he will continue to do that.

22          The escape matters also on paper seem to suggest

23  the risk of flight.  But I would note that, in all of his

24  court hearings, there's no failures to appear.  And what

25  I've learned about the escapes, there's a certain amount of

1     mitigation as to each of them.

2          The first one is in 2013, which is quite dated at

3     this point, he was very young, I think just turning 18 at

4     that point, and that was from a DYRS facility.  And there

5     was a fight or an incident there, he was asked to leave, and

6     did not return till he was authorized to come back.  As

7     often in those cases, there was a lot of confusion.  He was

8     very young.  And I think three or four days later, the judge

9     issued a warrant, he was arrested, he accepted

10    responsibility for it.

11         The other one, there's quite a bit more

12    information, because that was charged, surprisingly, in

13    federal court, ended up before Chief Judge Howell in 19-56.

14    And there's a pretty extensive sentencing memoranda filed by

15    Shelli Peterson, which outlines the facts that he was

16    returning home from FCI Hazelton.  He was directed to go to

17    Hope Village.  Most people are now aware of the difficulties

18    with Hope Village that resulted in it being shut down.

19         There were some sort of threatening folks that

20    were in the area when he approached Hope Village.  He felt

21    that he couldn't safely go there.  He went home and

22    contacted CSOSA.  They said he couldn't surrender himself

23    because there wasn't a warrant in the system.

24         Ms. Peterson confirmed and says that the discovery

25    confirmed that there was a delay in the warrant being

1   issued; that ultimately the warrant was issued; that he

2   surrendered himself to authorities on February 14th, was

3   brought to court on February 19th, and whenever he appeared

4   before Judge Howell, she gave him time served, it appears,

5   suggesting that most of that mitigating information is

6   probably quite accurate.

7          So while on paper it appears that that would make

8   him a strong flight risk, a review of the record shows that

9   he never failed to appear for his court hearings, always

10  appeared, and otherwise had certain legitimate reasons why

11  he walked away or failed to report as he was supposed to go

12  to Hope Village and to DYRS.

13         So there is a great deal of information regarding

14  his strong ties to the community; the fact that he has a

15  place to stay; that he's been approved for HISP, where he --

16  which the Court knows is a very reliable program that has

17  done an exceptional job of supervising folks.  Even folks

18  that have not done well in Superior Court or other places

19  have done very well because it is so strictly monitored, and

20  they'll be reported immediately for any violations and be

21  back before the Court.

22         THE MAGISTRATE:  So, Mr. Katzoff, remind me, the

23  address that's been approved by HISP, who is that?

24         MR. KATZOFF:  The person?

25         THE MAGISTRATE:  The person, yes.

```
 1              MR. KATZOFF:  Is Tyelyn, T-y-e-l-y-n.

 2              THE MAGISTRATE:  This is a friend of his, you

 3   said; is that right?

 4              MR. KATZOFF:  Yes, this is a friend.

 5              THE MAGISTRATE:  And this is not a residence that

 6   he's been recently residing or no?

 7              MR. KATZOFF:  This is not a residence that he has

 8   resided in.  He resided at that residence maybe three years

 9   ago.

10              THE MAGISTRATE:  Okay.

11              MR. KATZOFF:  And so it's a place he's familiar

12   with, a person he's familiar with.

13              She has a minor child.  She says that she is happy

14   to have him, she knows him well, and has no concerns about

15   him being supervised on HISP, whatever those conditions

16   require.

17              THE MAGISTRATE:  And is this person in any way

18   related to the prior domestic assault?

19              MR. KATZOFF:  No.

20              THE MAGISTRATE:  Okay.  Yeah.  Great.

21              And where is that person in the picture now?

22              MR. KATZOFF:  That person -- well, obviously they

23   have a stay-away order.

24              THE MAGISTRATE:  Right.

25              Is that person still in his life?  Let me ask it
```

1     that way.  Is there any contact are you aware of?

2              MR. KATZOFF:  There is not any contact that I'm

3     aware of.

4              THE MAGISTRATE:  Okay.

5              MR. KATZOFF:  I know that I spoke to the person at

6     some length almost immediately to sort of find out what the

7     state of their relationship was because I immediately looked

8     at the record and saw that a person whose name -- who is a

9     friend of his, you know, was a complainant also in the

10    Superior Court matter.

11             So, no, she was very, very straight with me.  She

12    said absolutely he cannot stay here.  We have -- you know, I

13    love him, I respect him, but we should not be together now,

14    and they're not together now.

15             So we would not be requesting anything that would

16    violate that stay-away condition.  I just want to get him

17    back to a point where he can resume trying to get the

18    resources that were supposed to be provided for him and give

19    him a place to be during the pendency of this case pending

20    trial.

21             THE MAGISTRATE:  Okay.  I think that's sufficient.

22             I want to hear from, is it Ms. Holman who's on for

23    Pretrial Services?  Is that right, Ms. Holman?

24             PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

25             THE MAGISTRATE:  Thank you, Ms. Holman.

1           Is it correct that you've vetted their residence

2   not -- you're not vetting any third-party custodians, right?

3   You were just vetting whether this residence would be

4   appropriate for HISP; is that right?

5           PRETRIAL SERVICES OFFICER:  Your Honor, Ms. Schuck

6   vetted the residence -- I'm sorry, am I echoing or am I

7   okay?

8           THE MAGISTRATE:  No.  We hear you great.

9           PRETRIAL SERVICES OFFICER:  Okay.

10          Ms. Schuck vetted the residence, and she visited

11  Ms. Tyelyn as a third-party custodian.

12          The residence is suitable, but she is not suitable

13  or eligible as a third-party custodian due to an arrest in

14  2016 in PG County.

15          And I will also note that the Probation Office, as

16  of May 27th, has submitted an alleged violation report

17  asking for a show-cause.

18          Your Honor, it appears that he was on probation on

19  GPS when this alleged offense happened.  So for those

20  reasons, Pretrial's recommendation remains the same.

21          THE MAGISTRATE:  Okay.  Thank you.

22          And the probation violation, is that on the

23  Superior Court case; is that right?

24          PRETRIAL SERVICES OFFICER:  Yeah, the probation --

25  yeah, the show-cause, it's due to -- I mean, sorry.  The

1    alleged violation is due to the re-arrest.  And then it

2    looks like he had some -- he had several GPS sanctions,

3    including letting his battery die on 15 occasions,

4    Your Honor.

5             THE MAGISTRATE:  Say that again.  Sorry.

6             Sorry, I was typing.  Say that again.  I couldn't

7    hear you.

8             How many occasions?  What did you just say?  Say

9    that again.

10            PRETRIAL SERVICES OFFICER:  According to the

11   alleged violation report, the report is due to his re-arrest

12   in this pending matter.  He had approximately 15 dead

13   battery violations between February 4th, 2022, and May 24th,

14   2022.  And he failed to report three times, one in March,

15   and twice in May of 2022.

16            THE MAGISTRATE:  Okay.  Yeah, I get that.

17            I want to hear from Mr. Eppel and then I'll come

18   back to you, Mr. Katzoff.

19            Mr. Eppel, so here's my concerns.  I think the

20   greatest concern I have for Mr. Narce, and Ms. Holman has

21   identified that, is my concerns about his -- he currently

22   was on supervision, and obviously we had some issues there.

23   So I'm happy to hear more about that.

24            But I really want to -- we have two categories of

25   violence.  You've already -- I think you've made very clear

1     the fentanyl danger, and I don't want to in any way minimize

2     that.  I've had, in the last three months, more fentanyl

3     overdose cases than I've had in my life as a prosecutor, as

4     a judge.  It is truly extraordinarily dangerous.  Of all

5     narcotics, I think, from what I can tell, is the most

6     dangerous narcotic.  I think it's well-known in the

7     community the danger that Fentanyl presents, because there

8     has been rampant overdoses, not just in the news, people are

9     seeing this is in our community.  And so I'm well aware; you

10    don't need to re-highlight for me, and I hear you on

11    fentanyl.

12          I want to be clear, though, I don't think any drug

13    has a mandatory detention that runs with it.  Every drug is

14    different, and we look at them, marijuana, let's just say,

15    for example, I would look at differently than fentanyl.

16          So I've got your -- totally on, understand your

17    arguments as to danger from the fentanyl distribution.  And

18    it seems that the weight of the evidence in terms of

19    Mr. Narce's fentanyl distribution is, in fact, robust.  What

20    I want to drill down on is the gun violence, because I think

21    that is, again, a separate category and one that is also

22    extremely troubling with the amount of gun violence that's

23    coming in.

24          As I see it here, he was a victim of gun violence,

25    I want to make sure I understand what happened at the

1    shooting that's referenced in paragraph 4 to 8.  That's a

2    second category.

3             And then the third part of the gun violence is,

4    there's a firearm that's thrown out of -- from his bedroom

5    allegedly or something, but there's other people that

6    Mr. Katzoff is saying that it is theirs.

7             So walk me through -- let's start with the gun --

8    the three different incidents that I see it as, Mr. Eppel.

9    And then after that if you want to talk a little bit more

10   about your concerns from the prior -- previously being on

11   release concerns, then I'm happy to hear that, too.

12            And then, of course, anything else that you think

13   is helpful, I want to hear.  But that's sort of my -- how

14   I'm mentally organizing it.  So if you want to walk along

15   that path, then that's great, but if you think there's a

16   better way to analyze this, I'm happy to hear from you.

17            MR. EPPEL:  Yes, Your Honor.

18            So with respect to the gun violence, I apologize,

19   we're not alleging that Mr. Narce brandished a weapon at the

20   incident referred to by defense counsel.  It was Mr. Shelton

21   and Mr. Gliss that we're alleging possession of a firearm.

22            THE MAGISTRATE:  Okay.  No problem.

23            MR. EPPEL:  Nevertheless, he was associating with

24   these two individuals who were armed.

25            And the government's --

1          THE MAGISTRATE:  And they're detained now; is that

2    right?  Judge Meriweather detained them, I believe, or no?

3    I can check.

4          MR. EPPEL:  That is correct.

5          THE MAGISTRATE:  Okay.  All right.

6          Continue.

7          MR. EPPEL:  And so the government's more general

8    allegation with respect to this conspiracy is that there has

9    been violence -- back-and-forth violence, including violence

10   targeting them.

11         And the government's assertion is that by --

12   simply by being engaged in drug trafficking activity,

13   it's -- it was bringing violence to this area of the city --

14   poses a danger to the community.  But we're not alleging in

15   this particular memo that he was involved in any -- that he

16   himself pulled the trigger in any particular shooting.

17         And so with respect to -- I believe Your Honor

18   referred to the strength of the evidence as robust.  I would

19   just like to reference the -- reference defense counsel's

20   allegation that there has been no probable-cause finding

21   with respect to any particular distribution.

22         Of course, the grand jury found probable cause to

23   find this defendant was part of the conspiracy.

24         THE MAGISTRATE:  Sure.

25         Yeah, no, I agree, Mr. Eppel.

1          I mean, I think there's been probable cause

2    finding as to a conspiracy.  You don't need -- I think that

3    certainly the weight of the evidence is strongest as to

4    fentanyl distribution.  So I got you there.

5          MR. EPPEL:  And so the government -- so the

6    Pretrial Services Report, I don't believe, mentioned that

7    the defendant was on GPS with respect to his most recent --

8    with respect to his period of probation.  But that, of

9    course, gives the government even greater pause that he

10   would be released; that he's already essentially been on the

11   conditions that the Court would impose if the Court imposed

12   HISP, and he has been re-arrested in this case.

13         Further, the government is not aware of this

14   particular individual with whom he would stay.  But given

15   the allegations in the domestic violence matter that he

16   would stay with her, plus a minor child, the government is

17   significantly concerned that some sort of violence may

18   result.

19         And so, Your Honor, the government believes that

20   the weight of the evidence, including his involvement in the

21   conspiracy, his association with violence, as well as the

22   gun found in the apartment, I believe there is one other

23   person in the apartment at the time of the arrest, is my

24   recollection.

25         But in any case, there were these two guns found

1    in the apartment, which he's at.  And it may not -- further

2    investigation is, of course, needed to attribute those

3    firearms.  But simply being in that location with those

4    firearms when he's on GPS or supposed to be on GPS is

5    extremely concerning and suggests that, if released, he

6    would continue to engage in criminal activity.

7              THE MAGISTRATE:  Thank you, Mr. Eppel.

8              Mr. Katzoff, so here's where I'm at.  I agree with

9    the government -- I'll hear from you more -- that HISP is

10   just not going to work.  I mean, I think that he's not

11   succeeded on HISP.  But I also think that you should have

12   the opportunity to offer more serious conditions or a

13   combination of conditions that might be able to reasonably

14   assure me that you can assure the safety of the community.

15             As I see it, let's go through -- I can tell you

16   that I'm -- if you ask me to rule today, I'll hear from

17   you -- and, yet, again, I'll give Mr. Narce, it looks like

18   he's got something he wants to tell you, so give me a

19   minute, I'll make sure he gets the chance to talk to you.

20             If you ask me right now without having heard from

21   you or him, I don't think that I'm in a position to release

22   him to -- with conditions.  I think that I'm willing to give

23   you additional time and continue this hearing so that you

24   can attempt to see if there are additional conditions, and I

25   will tell you what I would look for, and this may be

1  relevant to other defendants, so you should, Counsel, please

2  listen up.

3         But there would have to be a vetted third-party

4  custodian.  A third-party custodian right here, the person

5  that you have is not eligible.  Unfortunately, Pretrial

6  Services thinks they are not due to an arrest, and I'm going

7  to defer on those types of matters to Pretrial Services.

8  You're going to have to find an eligible third-party

9  custodian.

10        Given the gravity of the offenses here, I'm going

11 to want 24/7 coverage, coverage where I know there's someone

12 always in the residence that is eligible; that I want them

13 to be heard; they will be inquired upon from me at a future

14 hearing date and then given the opportunity to be

15 cross-examined by the government; that they would be

16 available perhaps -- in other cases, we've established using

17 Ring cameras or other things to belt and suspender.

18        Mr. Katzoff, there are not too many conditions or

19 combinations.  All you can do is start stacking them up and

20 make the most restrictive combination of conditions,

21 Mr. Narce, so that you are then letting me see that there's

22 a path where I can release you to home incarceration.

23        That's the only thing I would consider is home

24 incarceration to a vetted third-party custodian, 24/7

25 coverage.  And then even within that, I need to know where

1    it is in location of where this gang violence has occurred.

2    In addition, what is the person's -- Mr. Narce's access to

3    the Internet, to phones.  How can I be reasonably certain

4    that he is not going to communicate with anybody, even if he

5    is not going to be distributing it, continuing to

6    participate in this organization.

7           I think some of the harm is mitigated because

8    people who are, perhaps, allegedly more culpable have

9    already been incarcerated.  But Mr. Narce seems -- the

10   allegations against him in terms of the drug trafficking,

11   Mr. Narce, they are very serious as to you, they have a lot

12   of evidence.

13          But that's the drug trafficking, so I'm not --

14   I don't want to discount the fentanyl, because at the end of

15   the day, I want to be very clear, there's nothing I can do

16   that's more cruel to you than to give you false hope.

17   I'm not going to do that to you or anybody else here.  So

18   I can't tell you what I'm going to do.  I can't -- it's not

19   fair if I tell you, hey, come back with A, B, and C and then

20   I still detain you.  That might happen.

21          But I'm telling you you've got a chance, that's

22   all I can give you.  And that I think if you can come back

23   with third-party custodians and those things, then I'm going

24   to narrow it down to considering whether or not he's able to

25   distribute fentanyl from there.

1          Not knowing those people, not having inquired upon

2    them, I cannot -- I'm not a fortune teller; I don't know

3    what that -- how that will shake out or what they'll have to

4    say.

5          But understand that you're going to need to be

6    able to have that person be somebody that I can feel

7    comfortable, because Probation has already said in this

8    other case that he was an abject failure while on

9    supervision.

10          So you're going to come back in with him,

11   Mr. Katzoff, and I might still very much rule against you.

12   I'm not making any promises.

13          I've been very clear, Mr. Narce.  I'll give you an

14   opportunity to ask me a question if you have it.  So

15   understand, it doesn't look like -- that you think I'm

16   painting a picture and then you come in and get something

17   else when you come back the next day.

18          But I think that if you could find a third-party

19   custodian, if you could limit phone and Internet connections

20   and if it's someone that I feel like there's 24/7 coverage

21   and someone who I think is reliable, then perhaps I would be

22   willing to consider it, because when I look to the gun

23   violence here -- and, Mr. Eppel, I think this additional

24   time would be useful for you to use, I need to hear

25   something more about this gun in the bedroom.  It seems like

```
 1   there's potentially somebody else there.
 2          Right now, I'm not convinced that there is a
 3   firearm that is associated with Mr. Narce.  I'm convinced he
 4   has been shot.  That is not something I will hold him
 5   responsible for.  I do think that you've indicated he was
 6   near, he was -- people he's associated with, who are now
 7   detained, fired firearms.
 8          But, I mean, that's -- I understand for sentencing
 9   purposes when a person is found guilty, they can be held
10   liable for the actions of others.  But right now, I don't
11   feel that I'm going to hold him responsible because people
12   he was with may have been shooting guns.  If he had a gun on
13   him or if he shot a gun, that's something totally different.
14          And so ultimately if I can't hear anything else,
15   it will come down to a question of, how can I believe that,
16   Mr. Narce, when you've not succeeded on supervision already
17   and then when you are alleged to have dealt a very dangerous
18   drug, how can I mitigate that?
19          If those are the only two things to think about,
20   then I think that there's a possibility that I could be
21   convinced.  But I need to hear from the person, I need you
22   to get as many people, Mr. Katzoff, if you can find three
23   people, find five; if you can find five, find seven; and
24   find residences as far away as possible, you know, so that
25   he is as far away from any of these, possibly led by
```

 1   somebody else coming and knocking on the door or trying to

 2   get him involved with something.

 3             And that's the best I can offer you, Mr. Katzoff.

 4   I mean, unfortunately, the government has a rebuttable

 5   presumption of detention here.  This is a case -- and the

 6   facts are very troubling, particularly with this drug.

 7             But I think that, again, Mr. Narce is presumed

 8   innocent and I've got to give him a fair shot.  And so

 9   I think that with some additional time, perhaps that's

10   something that you might be able to get me additional facts

11   and do.

12             So.

13             MR. KATZOFF:  Before I speak to him, can I just --

14             THE MAGISTRATE:  Yeah, go ahead.

15             MR. KATZOFF:  -- respond to a couple things?

16             THE MAGISTRATE:  Sure.

17             MR. KATZOFF:  First of all, the conditions he's on

18   have not been HISP conditions.  GPS monitoring doesn't equal

19   HISP.

20             THE MAGISTRATE:  Sure.

21             MR. KATZOFF:  HISP is different.  He had no

22   curfew.  He had no --

23             THE MAGISTRATE:  I got you.

24             MR. KATZOFF:  -- specific location.

25             THE MAGISTRATE:  Yeah.

1          MR. KATZOFF:  He had no restrictions.  He wasn't

2    in violation.

3          In fact, interestingly with all the violations

4    that are being reported here today in the six months that

5    he's been talking --

6          THE MAGISTRATE:  Sure.  He was not revoked.

7          MR. KATZOFF:  And he spoke to her on May 20.

8          THE MAGISTRATE:  Yep.  I got you.

9          MR. KATZOFF:  They reprimanded him because it was

10   the wrong day.

11         But he called.  He was in contact with them.

12   So he's not perfect.

13         THE MAGISTRATE:  I got you.

14         MR. KATZOFF:  But now all of a sudden everybody is

15   going to cover their rear flank.

16         THE MAGISTRATE:  Yeah.

17         MR. KATZOFF:  And there's not a violation report,

18   there's no opportunity for him to know this is wrong, you've

19   got to correct it.  HISP doesn't work that way.

20         THE MAGISTRATE:  Yeah.

21         MR. KATZOFF:  What I'm proposing is completely

22   different.

23         THE MAGISTRATE:  I hear you.

24         MR. KATZOFF:  I don't want apples to be treated as

25   oranges.

```
 1              THE MAGISTRATE:  Yeah.  I got you.
 2              MR. KATZOFF:  And so I just want to make sure that
 3    I noted that.
 4              THE MAGISTRATE:  Thank you.
 5              MR. KATZOFF:  Let me speak to my client for a
 6    moment.
 7              THE MAGISTRATE:  Absolutely.
 8              Mr. Eppel, I'll just give you a minute.  I mean,
 9    I don't think I need to hear from you, but you're clear kind
10    of what my concerns are and that you'll be able to address
11    them at whatever future date when we come black?
12              You can just talk into the microphone there,
13    Mr. Eppel.  That's fine.
14              MR. EPPEL:  Yes, Your Honor.
15              I believe there were more people in the apartment
16    than I said.  I think there were five.
17              THE MAGISTRATE:  Yeah.
18              So I think it would just be helpful if he gets
19    additional time to get those facts.  And perhaps you might
20    have some additional evidence that might be probative of
21    that.
22              MR. EPPEL:  Certainly, Your Honor.
23              THE MAGISTRATE:  Go ahead, Mr. Katzoff.
24              MR. KATZOFF:  Might find I'm right about more
25    things.
```

```
 1              THE MAGISTRATE:  Yeah.
 2              MR. KATZOFF:  Your Honor, obviously, we would like
 3    to request a continuance to be able to try to strengthen our
 4    claims, and so I just would like to find --
 5              THE MAGISTRATE:  So let's take a look at the
 6    calendar, Mr. Katzoff.
 7              I mean, obviously, I'm asking you to get a lot of
 8    different things together here.  You need to talk to a bunch
 9    of people, fine.  I mean, you know, just, I'm telling you
10    don't come back with one person and one residence, because
11    Pretrial --
12              MR. KATZOFF:  I'm not looking --
13              THE MAGISTRATE:  I know you know that,
14    Mr. Katzoff.  You've been doing this a long time.  So the
15    more, the better.
16              So what are you thinking?  I'm thinking you at
17    least need some time next week, Mr. Katzoff.
18              MR. KATZOFF:  That's correct, Your Honor.
19              Tuesday is a possibility up until about 1:00.
20              THE MAGISTRATE:  Yeah, I have seven hearings
21    starting at 1:00.  And so my guess would be -- my guess
22    would be, if we were to do it in person, we could perhaps do
23    it at noon.
24              But, Ms. Bryant, I don't know, we might have
25    some -- we can ask the Marshals, we can always circle back
```

1   with them.  But would you be able to do 11:30?  Let's say

2   11:30.  Would you be able to do that on Tuesday?

3             MR. KATZOFF:  I would, Your Honor.

4             THE MAGISTRATE:  Okay.

5             Mr. Eppel, how about 11:30 on Tuesday?

6             MR. EPPEL:  That works, Your Honor.

7             THE MAGISTRATE:  Okay.

8             I think we'll -- Ms. Bryant, does it make sense,

9   we can just go ahead and put that as -- because I don't know

10  if we'll -- would you able to get time with the jail or no?

11  I don't think so.

12            (The Court conferred with the Courtroom Deputy

13  off the record.)

14            MR. KATZOFF:  Is the 9th better?

15            THE MAGISTRATE:  No.

16            I mean -- yeah.  Sorry.  Actually, the 9th could

17  be better.  But the 8th is bad for you?

18            MR. KATZOFF:  Yes.  I have a medical appointment

19  and then a co-defendant starting at 1:00 that I probably

20  need to -- I would probably have some time in the afternoon

21  on the 8th.

22            THE MAGISTRATE:  Well, it looks like there is time

23  in the jail.  There's a Zoom room available at 11:30.  We

24  can also see if we can't come in person.

25            I mean, just to be clear, also when we're in

1  person, you're always welcome to, if you need to, to be --

2          MR. KATZOFF:  I could do noon.

3          THE MAGISTRATE:  You can't do 11:30 on the 7th?

4          MR. KATZOFF:  Oh, on the 7th?

5          THE MAGISTRATE:  Yeah.

6          MR. KATZOFF:  Yeah, I can do that on the 7th.

7          THE MAGISTRATE:  Okay.  Let's set it for 11:30.

8          And then do you have a preference, Mr. Katzoff,

9  for in-person or Zoom?  Or does your client?  You know, if

10  you guys want to confer.

11          MR. KATZOFF:  He wants to be in person,

12  Your Honor, if it can be accommodated.

13          THE MAGISTRATE:  Okay.  Yeah.

14          (The Court conferred with the Courtroom Deputy

15  off the record.)

16          THE MAGISTRATE:  If for some reason we can't get

17  him on the 7th in person, Mr. Katzoff, on the 8th you said

18  when would you be available?

19          MR. KATZOFF:  Give me one second, Your Honor.

20          THE MAGISTRATE:  Sure.

21          MR. KATZOFF:  I said I could be available,

22  I thought, at 12:00 or 2:30 to 4.

23          THE MAGISTRATE:  Okay.  Yeah.

24          Ms. Bryant, if you can just keep note of that.

25          If you can do 2:30, should we say that so that way

1    we know for sure we can be in person?

2              MR. KATZOFF:  Yeah.

3              THE MAGISTRATE:  Great.

4              Ms. Bryant, let's set it for 2:30 on the 8th in

5    person.

6              And because there's a pending motion by the

7    government for detention, I'm continuing this hearing.

8    I believe that automatically excludes time between now and

9    that next hearing date.

10             Mr. Katzoff, any concerns on that on your end?

11             MR. KATZOFF:  No, Your Honor.  I think that it's

12   necessary for what we need to accomplish.

13             THE MAGISTRATE:  Yeah.

14             Okay.  Mr. Narce, I'm going to go on to the next

15   person.  Anything you need to talk to Mr. Katzoff about, you

16   guys will have to follow up at a later time.

17             Anything else you need to be heard on?  Are you

18   all right?

19             Okay.  Thank you, sir.

20             All right.  If you can go back into the box, we're

21   going to go on to the next defendant, and that is Mr. Handy.

22             One more second.

23             Yeah, if you guys can just -- for defense counsel,

24   if we want to just keep one seat on that side and just have

25   you guys -- and then the people can just rotate through that

1    seat.

2            Mr. Katzoff, obviously, you don't have to stay

3    here, you're excused, it's up to you.

4            MR. KATZOFF:  Thank you, Your Honor.

5            THE MAGISTRATE:  Yeah.

6            Mr. Marston, you've heard from the government as

7    to Mr. Handy as to their allegations.  If you want to

8    proceed.

9            MR. MARSTON:  Yes, thank you, Your Honor.

10           I'd like to start actually with Mr. Handy's

11   history and characteristics.  The things that's jumped out

12   to me upon getting to know him were that he's 49 years old,

13   he has incredibly strong family and ties to the community.

14   And his most recent conviction is a 2005 possession of

15   marijuana offense in Superior Court.

16           And not to bury the lead, but he is -- based on

17   what Your Honor was discussing just a moment ago, his

18   mother, who is here today, Ayo Handy-Kendi, seated about the

19   third row, has been vetted as a third-party custodian by

20   Pretrial Services, and Mr. Handy has been found HISP

21   eligible.  I'll talk a little bit more about that in a

22   second.

23           But Mr. Handy is married and has four children.

24   His wife is here as well, if I didn't say that already.  And

25   the children depend on him to get to school.  His wife works

1    a full-time job at Giant.  And so, you know, apart from this

2    situation and his pending Superior Court case, by all

3    appearances, a very upstanding, you know, productive family

4    in the community.

5           I've spent a lot of time speaking with Mr. Handy's

6    wife and mother.  They clearly love and support him.

7    They're very strong women who work hard.  Mr. Handy's mother

8    is entrepreneurial as well, runs a company called Positive

9    Internal Works, and that is sort of indicative of her soul

10   and spirit as I've come to know her as well.  She's a very

11   positive person, very committed to her son and his

12   well-being.

13          Mr. Handy has serious mental health concerns which

14   I verified through his family, I think we will get records

15   to document that at some point soon, but to include PTSD,

16   depression, and other serious concerns.

17          You know, he's seen extreme violence growing up,

18   and I think that's a main factor in how he ends up here, as

19   well as substance issues.  Without those things, I don't

20   think he would be here and without them becoming more

21   difficult in recent times.

22          And, you know, to me in my evaluation, what he

23   really needs is treatment, not incarceration.

24          And I think it's telling that his last conviction

25   was in 2005.  He lived many years without any contacts or

1   any convictions.  And generally before 2005, it was

2   primarily minor offenses.

3          He's done well on supervision when he's had the

4   chance in other situations.  Several of his cases terminated

5   with satisfactory performance on supervision.

6          He's been on release in a Superior Court case, as

7   the government mentioned, for about two and a half years,

8   which is just remarkable.  I mean, it's unfortunate that

9   it's drug on that long, but it's -- of course, the pandemic

10  and everything just caused that late 2019 case, which was a

11  search warrant case, and I think would have soon been

12  resolved in a -- with a very light disposition.

13         But he started out there on HISP and did very well

14  and was, frankly, stepped down.  And so had that not

15  happened, maybe we wouldn't be here either.  But it does

16  show that he can, when he is closely watched and monitored,

17  he is not a danger at all and he certainly will appear.  And

18  he's demonstrated that he can do well with those serious

19  conditions.

20         I'll touch next on the nature and seriousness, you

21  know, the danger the government points to.  And, of course,

22  drug offenses is a rebuttable presumption.  There is some

23  obvious concern about the community.

24         But Mr. Handy is a non-violent individual.

25  He does not have a history of crimes of violence, using that

1    in a technical sense.  He did not possess or much less use a

2    weapon in this case.

3           And so Mr. Handy asserts that he just doesn't

4    present a danger.  You know, if he's not -- if he's dealing

5    with his issues and staying out of harm's way, he certainly

6    doesn't present a danger.  And I think, you know, placing

7    him on home detention or some form of high, strict HISP

8    would work well to protect the community.

9           In terms of the weight of the evidence, you know,

10   the government places him in this conspiracy with people in

11   and around a neighborhood, but the government, in my view,

12   doesn't have compelling proof of this conspiracy.  They

13   obviously have allegations -- and I haven't seen all the

14   discovery, but allegations of direct purchases and obviously

15   items found on Mr. Handy when arrested and then items in a

16   search warrant.  But in terms of, like, a broad conspiracy

17   where he's facing some mountain of drugs, I just am not

18   seeing it.  I don't see wires or recordings or the things

19   you might expect to see, where they try to build -- the

20   government tries to build a significant conspiracy case.

21   I see a lot of, frankly, speculation, just nearness or

22   proximity to others.

23          One other thing I wanted to note was, he has been

24   working while he was on release.  He worked with his mother

25   but also at Alwin Transport, helping move senior citizens

1   around the District, and Mic's Movers, who have indicated

2   that they would certainly like him to continue working.  You

3   know, obviously, that would require a level of conditions

4   that allows for work release with GPS monitoring or

5   something like that.

6          I think Mr. Handy is a great candidate for HISP or

7   home detention, and that the Court can be sure that the

8   community will be protected and he will appear.

9          His Bench Warrant history, I'll touch on that

10  last, most of it is like 25 years old, most of that were

11  quashed.  And so, to me, that's -- for whatever reason,

12  there were hiccups.  But he showed up, he did show up.  And

13  he did deal with those cases.  And he performed well when he

14  had a chance on supervision.

15         THE MAGISTRATE:  I've got a couple questions,

16  Mr. Marston.

17         MR. MARTIN:  Yes.

18         THE MAGISTRATE:  Sorry.  One moment.

19         Okay.  So I mean, the concern is that there's no

20  firearm, you've indicated, in this case, correct?

21         MR. MARSTON:  Correct.

22         THE MAGISTRATE:  But that the pending Superior

23  Court case, a firearm was recovered from his residence,

24  along with heroin, is that right, or the charges are related

25  to the distribution of heroin?

```
1                 MR. MARSTON:  Yes.

2                 THE MAGISTRATE:  Okay.

3                 MR. MARSTON:  I actually have it.  Hold on.

4                 THE MAGISTRATE:  And so, you know, he was on HISP.

5                 And then what did they -- was he down to PR?

6      What was he eventually stepped down to?

7                 MR. MARSTON:  He stepped down to phone check-ins

8      is my understanding.  He did miss some phone check-ins last

9      year or --

10                THE MAGISTRATE:  Sure.

11                MR. MARSTON:  But, I mean, it's been going on so

12     long, it's almost understandable you might miss one or

13     two --

14                THE MAGISTRATE:  Okay.

15                MR. MARSTON:  -- or a handful.

16                But, yes, he was stepped down to essentially PR.

17                THE MAGISTRATE:  Okay.

18                And then -- I got you.

19                And then you're indicating his mother, who's here,

20     which I appreciate -- thank you, ma'am, for being here --

21     and that his wife is here as well; is that right?

22                MR. MARSTON:  I believe so.

23                THE MAGISTRATE:  Thank you, ma'am, thanks for

24     being here.  I can't begin to tell you, I'm sure you don't

25     need to hear it from me, but how important it is for
```

1    Mr. Handy, for him to know that you all are here and you

2    continue to support him.  He's going to need all of your

3    support going forward.

4              So is that separate residences that you're saying

5    that they're at, but you're proposing the mother; is that

6    right?

7              MR. MARSTON:  Yeah, that's correct.

8              His mother lives in Capitol Heights, Maryland.

9    And so his address with his wife is in D.C., but for this

10   purpose, we're proposing his mother's residence in Capitol

11   Heights.

12             THE MAGISTRATE:  And was his residence with his

13   wife where the search warrant occurred?

14             MR. MARSTON:  Yes, it was.

15             THE MAGISTRATE:  Okay.

16             MR. MARSTON:  That's the reason for not using that

17   residence.

18             THE MAGISTRATE:  Right.  Got it.

19             All right.  And so you're proposing his mother act

20   as a third-party custodian; is that correct?

21             MR. MARSTON:  Yes.

22             THE MAGISTRATE:  Okay.

23             And you said Pretrial has vetted her;

24   is that correct?

25             MR. MARSTON:  Yes.

1          THE MAGISTRATE:  All right.  I'm going to ask

2    Mr. Eppel some questions and I'll come back to you, I

3    suspect.

4          Again, tell me the proposed third-party custodian,

5    what's her name?

6          MR. MARSTON:  Ayo, A-y-o.

7          THE MAGISTRATE:  Ms. Ayo; is that right?

8          MR. MARSTON:  The last name is Handy-Kendi.

9          THE MAGISTRATE:  Handy-Kendi?

10         MR. MARSTON:  Yeah.

11         THE MAGISTRATE:  Okay.  Great.

12         All right.  Mr. Eppel, I'm happy to hear from you

13   first and then I want to hear from the proposed third-party

14   custodian.  So I'll probably ask you to recall that you come

15   back up then as well.

16         But if you want to just start off now with any --

17   again, any -- I'm trying to have the same categories as

18   before.  I'm looking at gun violence and the drug violence.

19   The drug violence is very clear to me that there is a real

20   threat and maybe ultimately it's the threat from fentanyl

21   that we can't mitigate.

22         The gun violence, as I see it here, there's none

23   in this case related to Mr. Handy.  There is a previous

24   Superior Court case where he was found to be in -- well,

25   there's a probable-cause finding, there's no ultimate

1   disposition, right, from that case, and that there was no

2   allegation, though, from a search warrant that associated a

3   firearm with him on, obviously, drug distribution.  That's

4   from about two years ago.

5          So -- but it sounds like he was largely doing well

6   on supervision, although obviously there's been some hiccups

7   and certainly a major issue right now.

8          So those are the things that I've sort of got

9   before me; I'm happy to hear from you on all of it.

10          MR. EPPEL:  Yes, Your Honor.

11          So I pulled up the *Gerstein* affidavit from the

12   Superior Court case, and officers executed a search warrant

13   at this apartment.

14          In addition to the defendant, there were five

15   other individuals present at the time.  Their years of birth

16   I'll give were 1986, 2006, 2007, 2013, and 2014.

17          According to this affidavit, present in that

18   apartment were a suspected -- 27 zips of suspected fentanyl,

19   although a field test was inconclusive; five zips containing

20   a tan powder, which field tested positive for heroin; and

21   those were found in plastic bags from a living room by a TV

22   next to a brown wallet.

23          There was 1.7 grams of a substance that field

24   tested positive for cocaine base on a plate next to the

25   kitchen cabinet -- or in a kitchen cabinet above the stove.

1          There's another 5.2 grams of a substance that

2     field tested positive for cocaine base from the second

3     drawer from the wall near the microwave.

4          4.6 grams of tan powder field tested positive for

5     heroin from the kitchen cabinet above the microwave.

6          And then a handgun with no rounds in the -- well,

7     it says "zero rounds in the magazine and 12 live rounds in

8     the magazine."  I assume that means zero rounds in the

9     chamber.  But any case, it appears to be a loaded handgun

10     that was found in a green laundry bag near the defendant at

11     the time officers made entry.  And so that's a significant

12     amount of various types of drugs.

13          Obviously, the firearm, the government's concerned

14     about that in general, but certainly concerned when there

15     are four children present, including one born in 2013 and

16     one born in 2018.  The fact that these substances appear to

17     be scattered around the apartment is hugely concerning to

18     the government and is perhaps why he was on -- why he was

19     placed on GPS or HISP in that case.  And, of course, he was

20     stepped down from that, but I suspect if the Court or

21     Pretrial knew about the instant allegations, they would not

22     have made that decision.

23          And so in light of his -- the allegations in this

24     case, as well as the allegations in that case, including the

25     proximity of his gun and drug possession -- or alleged gun

 1   and drug possession to children, the government is gravely

 2   concerned what would happen upon his release, even if he's

 3   released into the custody of somebody else.

 4            THE MAGISTRATE:  Okay.

 5            Ms. Handy-Kendi, can you come here up to the

 6   stand; I want to hear from you.

 7            You can come sit up here, please.

 8            You can come here, that's all right, because the

 9   attorney is going to want to ask you questions as well.

10            Ms. Bryant, can you please swear in the witness.

11            COURTROOM DEPUTY:  Please raise your right hand.

12            (Witness is placed under oath.)

13            COURTROOM DEPUTY:  Thank you.

14            THE MAGISTRATE:  Ms. Bryant, actually, we don't

15   want to swear her in as a custodian.  I just want make sure

16   she's going to tell the truth.  So can you swear her in.

17            (Witness is placed under oath.)

18            COURTROOM DEPUTY:  Thank you.

19            THE MAGISTRATE:  Good afternoon, Ms. -- can you

20   hear me all right, ma'am?

21            THE WITNESS:  Good afternoon.  How are you?

22            THE MAGISTRATE:  I'm doing fine.  Thank you,

23   ma'am.

24            THE WITNESS:  Good.

25            THE MAGISTRATE:  I have some questions for you.

1   Then I'll give the opportunity for Mr. Marston if he wants

2   to add any additional facts, which is Mr. Handy's lawyer,

3   and then also for Mr. Eppel, the government lawyer, to also

4   ask you some question, okay?  You're under oath,

5   you understand?

6              THE WITNESS:  Yes, sir, I understand.

7              THE MAGISTRATE:  Okay.

8              And so if you answer something and you're not

9   truthful, it could cause you to get in trouble, you could be

10  the person who's charged with contempt or perjury.  And we

11  don't want to do that, okay, so you've got to be truthful.

12  Understood?

13             THE WITNESS:  I understand.

14             THE MAGISTRATE:  Thank you, ma'am.

15             So I understand that you're offering to supervise

16  Mr. Handy.  He's your son; is that right?

17             THE WITNESS:  Yes, he is.

18             THE MAGISTRATE:  And you're offering to supervise

19  him at your house; is that correct?

20             THE WITNESS:  Yes, I am.

21             THE MAGISTRATE:  Okay.

22             Who all lives in your house with you?

23             THE WITNESS:  I have eight dogs.

24             THE MAGISTRATE:  Eight dogs.  All right.

25             THE WITNESS:  Yes.

```
 1                 And my husband just passed away --

 2         THE MAGISTRATE:  I'm sorry to hear that.

 3         THE WITNESS:  -- about 45 days ago.

 4         THE MAGISTRATE:  Oh, I'm so sorry to hear that.

 5         THE WITNESS:  Uh-huh.

 6         THE MAGISTRATE:  And so in the house, it's you and

 7  the dogs.  Anyone else that stays there overnight regularly?

 8         THE WITNESS:  My grandson, Ako's son, has been --

 9  he's moved his clothes in my house, but he has not moved

10  himself in the house.

11         THE MAGISTRATE:  Okay.

12                 And so is he planning on moving in there?

13         THE WITNESS:  We said we need to have a very

14  serious conversation based on what comes of this trial in

15  relationship to his father's stay.

16                 But I have a very big house and I have room if

17  they both want to stay.

18         THE MAGISTRATE:  Okay.

19         THE WITNESS:  But his son is in between

20  girlfriend's house, his mother's house, and trying to find

21  his own apartment.

22         THE MAGISTRATE:  I understand.

23                 How big is your house, how many bedrooms?

24         THE WITNESS:  I have four bedrooms.

25                 I have a really large basement that runs from the
```

1    front of the house to the back of the house, and that would

2    probably be where, if Ako is allowed to come, he would

3    probably stay in my basement.  He has stayed in my basement

4    before.

5              THE MAGISTRATE:  Okay.

6              THE WITNESS:  And I live just outside of D.C.,

7    so it's really quiet and it's woods all around.  And it's

8    sort of like just outside of the city, but it's really quiet

9    and it's only four people who live in my block.

10             THE MAGISTRATE:  Okay.

11             And then what about phone and Internet, what kind

12   of phone situation do you have?  Do you have a cell phone,

13   landline.

14             THE WITNESS:  I have landline and I have a cell

15   phone.

16             THE MAGISTRATE:  Okay.

17             And how many phones do you have actually in the

18   house, like landlines in the house?

19             THE WITNESS:  I have one landline upstairs in my

20   office.

21             THE MAGISTRATE:  Okay.

22             THE WITNESS:  And I have one cell phone.

23             THE MAGISTRATE:  Okay.

24             And what kind of Internet?  Do you have WiFi in

25   the house or no?

1          THE WITNESS:  I have WiFi, yes.

2          THE MAGISTRATE:  Okay.

3          Do you work or are you retired?

4          THE WITNESS:  I am a working retired person.

5          I have my own business.  I've had my own business

6  since 2005 as a sole proprietor.  And I put in much work at

7  home.  I do a lot of work over the Internet.

8          Before COVID, I did travel.  But since COVID, I've

9  been quarantining and I have been home.

10          THE MAGISTRATE:  Okay.

11          In terms of your work, what kind of work is it?

12          THE WITNESS:  I'm a breathologist.  I help people

13  breathe.

14          THE MAGISTRATE:  Okay.

15          THE WITNESS:  And I do presentations and workshops

16  and consultations.

17          THE MAGISTRATE:  Okay.

18          It sounds like very important work, especially

19  with COVID going on.

20          THE WITNESS:  It is.

21          And I also do community work.

22          I've been a counselor.

23          And I have a nonprofit organization that is,

24  I guess, about to be resurrected, but a nonprofit

25  organization Ako has worked with me since 1989.

```
 1              THE MAGISTRATE:  Okay.
 2              Now, in terms of the house, if he was down in the
 3     basement and you're upstairs, what is your work situation?
 4     Like, are you on the computer all day or a couple hours a
 5     day or how does it work?
 6              THE WITNESS:  Well, I'm on the computer, I'd say,
 7     about half the day.
 8              THE MAGISTRATE:  Okay.
 9              THE WITNESS:  But I take breaks.
10              And because I am working at home, you know, I take
11     lunch breaks and my own breaks.
12              And so I'm all over the house.  I go outside and
13     just stretch and come back upstairs and work.
14              THE MAGISTRATE:  Now, I've got to ask, because
15     we've had this come up in another case, so don't get mad at
16     me, but I want to make sure in terms of your physical
17     ability, you're able to get around the house, any problems?
18     You have any issues with energy?  Obviously you're a young
19     woman.
20              THE WITNESS:  I'm 71, but I'm very healthy.
21              THE MAGISTRATE:  Okay.  Good.
22              THE WITNESS:  Very healthy.
23              THE MAGISTRATE:  So in terms of your work, you
24     said it's a couple hours on the Internet.  And then after
25     that, you're done.
```

```
 1                    THE WITNESS:  I'd say I work maybe about almost
 2     six hours a day.
 3                    THE MAGISTRATE:  Okay.
 4                    Now, in terms of your work, is that -- that's all
 5     done through a phone or on a laptop?  How are you doing
 6     that?
 7                    THE WITNESS:  I have a tabletop computer.
 8                    THE MAGISTRATE:  A desktop.  Okay.
 9                    THE WITNESS:  Uh-huh, yes.
10                    THE MAGISTRATE:  Do you have any security system
11     at your house?
12                    THE WITNESS:  My dogs.
13                    THE MAGISTRATE:  Okay.  Your dogs.  Yeah, all
14     eight of them.  All right.  I bet you do.  Okay.
15                    And in terms of -- how would you be able to limit
16     Mr. Handy's ability to have phone calls or Internet?
17     I mean, would you be able to -- do you really have to use
18     that Internet with the -- can you plug it into your computer
19     or does it have to be WiFi?
20                    THE WITNESS:  The WiFi is continuous.  I don't
21     know how I could stop him other than that the landline is in
22     my office that I use.
23                    THE MAGISTRATE:  Right.  Got you.
24                    THE WITNESS:  I just have to tell him, you can't
25     use my computer or my phone.
```

```
1              THE MAGISTRATE:  Okay.  Understood.
2              THE WITNESS:  And I don't know.  I don't know.
3         I haven't thought any of this out yet.
4              THE MAGISTRATE:  Yeah.  No, that's all right.
5    We're thinking about it together now and I think we're going
6    to have to come back at a later time.  I just wanted to get
7    these issues teed up.
8              And so how many visitors do you typically have at
9    your house?
10             THE WITNESS:  Very few.
11             THE MAGISTRATE:  Okay.
12             THE WITNESS:  Very few.
13             THE MAGISTRATE:  Do you understand that if I were
14   to put your son on home incarceration, it would have to be
15   zero, no one would be allowed inside the house, absolutely
16   nobody.
17             THE WITNESS:  Oh, no one can be allowed inside the
18   house?
19             THE MAGISTRATE:  That's right.
20             So I'm not going to ask you to tell me anything
21   today.  I'm going to have you and Mr. Marston go back and
22   talk about some of these issues.  I need you to think about
23   the things I'm saying.  So I want you to understand what it
24   would mean.
25             THE WITNESS:  Okay.
```

1           THE MAGISTRATE:  I suspect that we're going to

2    need a second person, because when you're upstairs in your

3    office and you're working, I want someone to be able to be

4    present with him 24/7.  So that means when you're not --

5    when you're working, one other person could be there, and it

6    needs to be somebody who has no recent arrests and no

7    criminal history, that they would be possibly a third-party

8    custodian.

9           Mr. Marston, I'm sure you're getting this down?

10          MR. MARSTON:  Yes.

11          THE MAGISTRATE:  Thank you.

12          And so no visitors would be allowed inside the

13   house.  Either you or this other person would have to be

14   there 24/7 when he's inside the house.  You would have to go

15   and conduct searches of him daily in the house to make sure

16   you have no contraband, no phone, no laptop, nothing else;

17   that he's not allowed to communicate with anybody except for

18   you and potentially this other third-party custodian.

19          It means that you've got to potentially -- I want

20   to hear from -- have Mr. Marston come back and talk about

21   this -- figure out a way to get your router so it just plugs

22   into your desktop and turn off the WiFi so that he can't

23   even access the Internet.  The only way that he'd be able to

24   do it -- it would be impossible, right?  He'd have to get

25   his own phone and his own Internet service, which he

1    wouldn't be able to do because he's -- I mean, he's

2    basically in prison.

3              But you've got to understand, you're in prison,

4    too, ma'am.  That's what it means when you're in home

5    incarceration, when you're a third-party custodian, you're

6    in prison.  And it means that if he violates and screws up,

7    you could potentially go to prison, and that's not something

8    I want to do.

9              But if I don't do that to you, Mr. Eppel is never

10   going to let me -- they'll appeal me every time; and if they

11   do, the Court can say, how can we trust that someone will be

12   a good third-party custodian, because we gave

13   Ms. Handy-Kendi a chance and it didn't work out.  Mr. Handy

14   screwed up and then you ended up having to lock her up and

15   him up.

16             So I need you to take a couple days to think about

17   this and make sure you understand the gravity of what you're

18   signing up for, because it is extremely serious.  And

19   I'm going to ask you to come back in person, again, raise

20   your hand and swear to tell the truth and tell me if you can

21   do those things.  And even then, I want to be very clear,

22   Mr. Handy, I'm not saying I'm going to release you, but

23   I have a lot more conditions that I need before I can even

24   get there.

25             THE WITNESS:  Okay.

```
1              THE MAGISTRATE:  So you understand?  Any questions
2     for me?
3              THE WITNESS:  Well, I do have a question.  I have
4     a side porch, so I couldn't have a visiter on the side
5     porch?
6              THE MAGISTRATE:  So you could go outside the house
7     and meet with somebody outside the house if the other
8     third-party custodian is inside the house then to make sure
9     that he's not seeing or talking to anybody.  That's why you
10    have to have a second person, okay?
11             THE WITNESS:  I see.
12             THE MAGISTRATE:  But, yes, if there was a second
13    person there, then you could leave and go wherever.  You can
14    go to the porch or you can drive down to somewhere else,
15    okay?
16             THE WITNESS:  Okay.
17             And I think the person who contacted me about if I
18    was interested in this --
19             THE MAGISTRATE:  Yes.
20             THE WITNESS:  -- they said that he couldn't even
21    go outside to take the trash out?
22             THE MAGISTRATE:  That's correct, he can't do
23    anything.
24             He cannot take out the trash, he can't go run to
25    the grocery store.
```

1              He is -- imagine as if he is in prison in your

2    house.  That's what it means.  He cannot help with a single

3    thing.

4              You know, he just can't leave the house.  It's

5    home incarceration as if he's in jail.  You're the warden.

6    You got me?

7              THE WITNESS:  Okay.

8              THE MAGISTRATE:  Anything other than that?

9              THE WITNESS:  No.

10             THE MAGISTRATE:  Okay.

11             Mr. Marston, anything fact-wise that you would

12   like to elicit?  I mean, we'll, I suspect, hear from her

13   again, but anything else?

14             MR. MARSTON:  Nothing at this time, Your Honor.

15             THE MAGISTRATE:  Okay.

16             Mr. Eppel, any questions you have?

17             Please, you know, the prosecutor has got to be

18   able to ask his question as well.  So please answer anything

19   else and make sure you're truthful.

20             Go ahead, Mr. Eppel.

21             MR. EPPEL:  Thank you, Your Honor.

22             And good afternoon, ma'am.

23             How frequently would you see Mr. Handy before he

24   was arrested?

25             THE WITNESS:  Because COVID kind of limited me

1   because my husband had pre-existing conditions of cancer, we

2   quarantined for about two and a half years.  And so we

3   talked to Ako, but we didn't get a chance to see him very

4   much.

5           MR. EPPEL:  Did you talk to him on the phone?

6           THE WITNESS:  We talked to him on the phone.

7           MR. EPPEL:  How frequently?

8           THE WITNESS:  Oh, maybe once or twice a week every

9   three weeks.  Once a month maybe.

10          We didn't see him as much.  My son and I have been

11  close in the past, but we haven't been as close since COVID,

12  2018.

13          MR. EPPEL:  And when was the last time he lived

14  with you?

15          THE WITNESS:  When was the last time I talked to

16  him?

17          MR. EPPEL:  The last time he lived with you before

18  COVID, lived in your house with you.

19          THE WITNESS:  I am hard of hearing.

20          THE MAGISTRATE:  When's the last time that he

21  lived with you in your house?

22          THE WITNESS:  Oh, that's a good question.

23          I am not as sure, but it might have been maybe

24  2016 maybe.  He was on some kind of pretrial detention and

25  he was on a monitor.  And I'm not exactly sure of the date.

```
 1              MR. EPPEL:  So he was on a monitor in your
 2   house --
 3              THE WITNESS:  Yes.
 4              MR. EPPEL:  -- on pretrial detention?
 5              THE WITNESS:  Yes.
 6              MR. EPPEL:  And do you know how long that lasted
 7   for?
 8              Do you know how long that lasted for?
 9              THE WITNESS:  Close to about a month and a half to
10   two months.
11              MR. EPPEL:  And in that situation, were you
12   forced -- or were you required to monitor his activities?
13              THE WITNESS:  Not quite in the same way, no.
14              I was asked to be his monitor, I was asked to
15   ensure that he, you know, make his court appearances.  But
16   it was nothing like I couldn't have anybody come in the
17   house, no.
18              MR. EPPEL:  Did you, in fact, monitor him during
19   that period of time?
20              THE MAGISTRATE:  Did you, in fact, monitor during
21   that period of time?
22              THE WITNESS:  Yes, I did.
23              I made sure he got to his court appearances.
24   I made sure that he stayed home.
25              And I think we were both responsible in
```

1   relationship, because I think he successfully completed that

2   monitoring situation.

3          MR. EPPEL:  Was there ever a situation then where

4   you had to tell him to do something he wasn't or to stop

5   doing something he was doing?

6          THE WITNESS:  Did I have to tell him to do

7   something?

8          THE MAGISTRATE:  Sorry.

9          Just for the record, the prosecutor has a mask,

10  which may be a little muffled, so I'm just repeating this.

11         He's asking:  Was there ever a situation that --

12  Mr. Eppel, correct me if I misspeak, please:  Was there ever

13  a situation where you had to tell him to stop doing

14  something or had to report that he wasn't doing something

15  that he was allowed to be doing?

16         THE WITNESS:  No.

17         THE MAGISTRATE:  Did I get that, Mr. Eppel?

18         MR. EPPEL:  Yes, Your Honor.

19         Would Your Honor like me to remove my mask.

20         THE MAGISTRATE:  Oh, no, you're -- it's up to you.

21         MR. EPPEL:  Okay.

22         Ma'am, if he's released into your custody, would

23  you be willing to call his supervision officer or the police

24  on him if necessary?

25         THE WITNESS:  At this point, this is the

```
 1    requirement for me to be a monitor?  Yes, I would.
 2              MR. EPPEL:  Have you and your son had a history of
 3    arguments in the past?
 4              THE WITNESS:  Have we had arguments in the past?
 5              MR. EPPEL:  Yes, that was the question.
 6              THE WITNESS:  Yes.
 7              MR. EPPEL:  Have any of those ever turned
 8    physical?
 9              THE WITNESS:  No.
10              MR. EPPEL:  Has he, I guess, listened to what it
11    is that you have told him to do in the past?
12              THE WITNESS:  He is a grown man.  He kind of
13    listens sometimes.  He says what's on his mind, I say what's
14    on my mind, yeah.
15              But he has complied.
16              MR. EPPEL:  So it sounds like sometimes he doesn't
17    listen to you, though; is that fair?
18              THE WITNESS:  He is a grown man.
19              I mean, he, in general, I think he does listen to
20    me.
21              I let him know that -- my feelings about my house.
22    I'm a vegetarian, he eats meat, we've had discussions about
23    which pan to use and which pan not to use.  Little small
24    things like that.
25              And I've known my son and been around him for a
```

1    very long time in relationship to some of the things that

2    he's been involved with.

3              And so I have told him I'm not always pleased with

4    everything he does.  But we have a very good mutual

5    understanding.  And I think we respect each other.  If I

6    tell him, no, I don't want him to do something, I believe he

7    will not do it.

8              MR. EPPEL:  And hearing some of the things that

9    I have said about him or that others have said about him in

10   relation to his criminal cases, does that give you any

11   concern with respect to monitoring him?

12             THE WITNESS:  Yes.  I'm very concerned, yes, I am.

13             THE MAGISTRATE:  I want to make sure

14   you understand his question.

15             Does that give you concerns about your ability or

16   about monitoring him?  Not concerned about him and what's

17   going to happen with him.

18             THE WITNESS:  Oh.

19             THE MAGISTRATE:  But does the facts of the case

20   make you concerned about monitoring him, make him [sic]

21   think maybe it's not something you can do or should do?

22             THE WITNESS:  I'm going to have to be truthful.

23             I didn't know what to expect.  I got a call as

24   I was driving here about being a third-party monitor.  And

25   the young lady tried to explain me to some of it, but I was

```
 1    trying to focus on driving, and so I'm hearing some things
 2    for the first time.
 3              THE MAGISTRATE:  Yeah.
 4              Mr. Eppel, why don't we do this.  I think this is
 5    a good point to stop, because I'm going ask to inquire in
 6    the future.
 7              And so I think that's a good point to then leave
 8    you with that question is that we're going to come back at a
 9    later date and that's going to be the first question that we
10    start with, to talk about that, and the conditions of
11    release.  Mr. Eppel may have more questions as well.
12              And, again, we need a second person.  You need a
13    partner in this who's going to assist in the third-party
14    custody arrangement that -- for me to consider.
15              Again, I'm not saying I'm going to agree with it,
16    but I'm just telling you right now it's not enough, we need
17    to keep building more.  But I think that that's a logical
18    point now, Mr. Eppel.  Does that make sense?
19              MR. EPPEL:  Yes, Your Honor.  Thank you.
20              THE MAGISTRATE:  Ma'am, go ahead.
21              THE WITNESS:  Could my grandson be that second
22    person?
23              THE MAGISTRATE:  So Mr. Marston and you will have
24    to speak today and tomorrow and figure that out.
25              THE WITNESS:  Okay.
```

1          THE MAGISTRATE:  And then they'll have to go

2    through and speak to that woman as well that you talked to

3    before to see if that person was eligible and they'll have

4    to be here at the future hearing and answer questions like

5    this and the same questions, okay?

6          THE WITNESS:  Okay.

7          THE MAGISTRATE:  All right.

8          Well, I think that's going to be it for today.  Do

9    you have any questions for me?

10         THE WITNESS:  No.

11         THE MAGISTRATE:  Okay.  Thank you.

12         I just want you to know how much I appreciate you

13   and I see you, I see what you've done, what you're doing for

14   your family, everything you've been through just now and

15   that you're still here and that you showed that kind of

16   dignity, grace.

17         I see you, I appreciate you, okay?

18         THE WITNESS:  I appreciate you, too, sir.

19         THE MAGISTRATE:  Okay.  Take care of yourself.

20         THE WITNESS:  I see you, too.  Thank you.

21         THE MAGISTRATE:  Mr. Marston, if you can approach,

22   please.  Do you want to help your witness here get down from

23   the stand and get back -- you can step down, ma'am.

24         All right.  Mr. Handy, so I'm going to talk to

25   your lawyer in a minute, but you understand what's going to

1  happen is we're going to come back, I've got some more

2  questions, I need some more answers before I can go forward

3  with anything else.

4          I'm going to give you an opportunity here to talk

5  to Mr. Marston real quick if you have any questions, but

6  we're going to be coming back, okay?

7          So, Mr. Marston, if you want to talk to him real

8  quick.

9          (Defense counsel conferred with the defendant off

10  the record.)

11          THE MAGISTRATE:  Hold on one second.

12          Mr. Katzoff, one moment.

13          Do you guys need him?

14          MR. KATZOFF:  Thank you, Your Honor.

15          THE MAGISTRATE:  Sure.  That's all right.

16          MR. KATZOFF:  I need to have eyes in the back of

17  my head.

18          THE MAGISTRATE:  No.  That's all right.  That's

19  what I'm here for.

20          Okay.  Mr. Marston, so I think I've highlighted a

21  lot of the issues that I foresee as questions I want

22  answered in terms of that third-party-custodian person,

23  especially can we get the WiFi turned off.

24          MR. MARSTON:  Yes.

25          THE MAGISTRATE:  Just go to a hard-wired

1    connection only.

2            You know, the landline basically be disconnected.

3            I think a second custodian is absolutely

4    necessary, I think, for a variety of reasons.  It sounds

5    like there may be a little bit of hearing issues or things

6    like that, and so I just need someone who's spry.

7            MR. MARSTON:  Understood.

8            THE MAGISTRATE:  And perhaps if you want to get a

9    third person as well, because, of course, Mr. Eppel is going

10   to have some, I think, arguments to make and that I'm going

11   to want to hear, being able to help me with -- if you want

12   to get a demonstrative or something here, let's talk about

13   the distance, from where 7th and O is and where she lives.

14           MR. MARSTON:  Yeah.

15           THE MAGISTRATE:  I think that would be helpful.

16           Mr. Marston, you're an experienced trial lawyer,

17   so you don't need me to go any further down here.  I need

18   you to put together as many combination of conditions that

19   you think can reasonably assure the safety of the community

20   and then go ten times greater than that, okay?

21           MR. MARSTON:  Yes, Your Honor.

22           THE MAGISTRATE:  Okay.

23           Any questions for me?

24           MR. MARSTON:  No, Your Honor.

25           THE MAGISTRATE:  Mr. Handy, do you have anything?

```
 1          MR. MARSTON:  No, not at this time.

 2          THE MAGISTRATE:  Okay.

 3          Let's pick our next date.

 4          Mr. Handy, you're good, you understand what's

 5   going on?

 6          Okay.  I can't promise you.  Again, just like I

 7   said before, I can't make any promises, but I'm going to

 8   give you a shot and do my best, what I can do, okay?

 9   All right?

10          DEFENDANT HANDY:  Yes.

11          THE MAGISTRATE:  Okay.

12          Mr. Marston, what do you think and how much time

13   do you need?

14          MR. MARSTON:  Next week obviously, Your Honor.

15   I can't do the 8th.  I will be in another jurisdiction on

16   another matter.

17          THE MAGISTRATE:  No problem.  Sure.

18          MR. MARSTON:  The 9th or 10th.

19          THE MAGISTRATE:  Yep, the 9th is, Ms. Bryant, for

20   in person -- I think we'll need to be in person.

21          MR. MARSTON:  In person, yeah.

22          THE MAGISTRATE:  Yeah.

23          Ms. Bryant, do you want to say at 3:30?

24          Mr. Marston?

25          MR. MARSTON:  That's good.
```

1          THE MAGISTRATE:  Mr. Eppel, can you do 3:30?

2          MR. EPPEL:  Yes, Your Honor.

3          THE MAGISTRATE:  Okay.

4          Mr. Eppel, I just want to, again, note for the

5     record, I really appreciate your professionalism and your

6     courtesy speaking to the witness, I think you should be

7     commended.

8          MR. EPPEL:  Thank you, Your Honor.

9          THE MAGISTRATE:  Unfortunately, there are some

10    attorneys who do not know that -- how to sometimes handle

11    themselves with that same level of dignity and

12    professionalism.  So thanks, Mr. Eppel, I appreciate it.

13         Mr. Marston, we'll see you back then.  Anything

14    else on your end?

15         MR. MARSTON:  No, Your Honor.  Thank you.

16         THE MAGISTRATE:  Because there's a pending

17    detention motion, it remains pending, speedy trial is

18    automatically excluded between now and that next date at

19    that time.  If we're able to, we'll resolve the detention

20    issues.  And, again, there's always an opportunity for it to

21    be heard by the next judge.

22         I'm sorry you've got to wait until then, sir, but

23    I've got to get everything I can.  If I'm going to rule in

24    the way that you want me to, I need all the facts possible.

25    This is a very difficult case of very serious charges, but

1    I'm going to make sure you get your time and you get your

2    chance.  And, again, if it's not with me, you'll have an

3    opportunity with Judge Walton, you'll have a chance to make

4    a very strong record.  All right, Mr. Marston?

5              MR. MARSTON:  Yes, Your Honor.  Thank you very

6    much.

7              THE MAGISTRATE:  Thank y'all.

8              Mr. Marston, you're excused.

9              So I think we're going to have to take a --

10   unfortunately, we have hearings in the jail, so we'll need

11   to take about a one-hour recess while we hear from the

12   people in the jail online.  If we can get done quicker than

13   that -- I'm going to hear from -- absolutely from you all

14   today, I'm sorry to the Marshals, but there's just no way,

15   we're totally full up with these additional detention

16   hearings.  So I need about at least 45 minutes.

17             So if you can take -- so, Mr. Handy and Mr. Narce

18   are done for the day.  I don't know if that helps at all or

19   not.  But for Mr. Brown and Mr. Hood, I need to hear from

20   them.  So whichever deputy, however you all want to handle

21   that, I'm sorry, but thanks.

22             Okay.  Thank you.

23             So let's switch to the Zoom hearings.

24             (Recess from 4:00 p.m. to 5:04 p.m.)

25             THE MAGISTRATE:  Okay.  I think we're going to go

1   a little out of order here and start with -- well,

2   Ms. Bryant, why don't you recall both cases, I guess,

3   please.

4           COURTROOM DEPUTY:  Recalling 22-CR-164, Defendant

5   No. 9 and Defendant No. 11, the United States of America

6   versus Manuel Brown, Defendant No. 9, and Stanley Hood,

7   Defendant No. 11.

8           The defendants are both present in the courtroom.

9           This matter is set for a detention hearing.

10          Would the parties please introduce yourselves for

11  the record, starting with the government.

12          MR. EPPEL:  Solomon Eppel for the United States.

13          MR. MARTIN:  Good afternoon again, Your Honor.

14  Anthony Martin on behalf of Manuel Brown, who's present in

15  the courtroom.

16          THE MAGISTRATE:  Thank you.

17          MR. LAWLOR:  Good afternoon, Your Honor.

18  Michael Lawlor for Mr. Hood.

19          THE MAGISTRATE:  Why don't you stay up there,

20  Mr. Lawlor.  I'm going to go out of order; I'm going to go

21  to your client.

22          MR. LAWLOR:  I'm just going to grab my laptop,

23  Your Honor.

24          THE MAGISTRATE:  Great.  Sure.

25          So I'm going to start with your client,

1   Mr. Lawlor.

2           Mr. Hood, I think I can get ahead of some of the

3   issues.

4           I did review the government's pretrial detention

5   memorandum in this and obviously heard from the government

6   as well when they spoke.

7           Mr. Hood, everything I said before remains true.

8   If you've got questions or concerns, I'm going make sure I

9   hear from you.  I'm going to take my time.  I'm not going

10  anywhere, all right?

11          DEFENDANT HOOD:  Yes, sir.

12          THE MAGISTRATE:  Okay.

13          I obviously have some real concerns about

14  detention here.  Your client has no criminal history,

15  there's no allegation of any violence.  Obviously, again,

16  understand I'm acutely aware from seeing before me the

17  dangerousness of fentanyl, so I'm going to want to limit you

18  to talking about the drugs, the narcotics, and why you think

19  what an appropriate supervision plan is for him.

20          But the fact that he has pictures of guns on his

21  phone that were not found in search warrants, numerous

22  search warrants that occurred, is of little meaning to me.

23  I mean, people have pictures of all sort of things on their

24  phone.  I have no idea as to why that would then lead to --

25  I mean, without something more, an indication that he was so

1    violent, so dangerous that he had to be detained as a

2    presumed-innocent person.

3          So, Mr. Eppel, I'll come back to you on this, but

4    I'll say you have a really tough road ahead of you here on

5    this case.

6          I think the *United States versus Munchel* decision

7    is very clear:  A person's criminal history is perhaps the

8    most important, telling feature as to whether or not they

9    are a future danger.

10          Here, all that I have in front of me is that there

11   is, amongst a panoply, a large group of defendants, he

12   appears someone who's at the very near end of it and has no

13   criminal history.  So I think that that decision certainly,

14   again, counsel, is to find conditions or a combination of

15   conditions, and so I'm looking forward to doing that here,

16   if possible, Mr. Lawlor.  So help me out here.

17          Just talk to me first about the narcotics, why you

18   think that we can mitigate the harm that he's not going to

19   deal drugs again, because that's my primary concern, so

20   I want to know how you're going to mitigate that.

21          MR. LAWLOR:  So, Your Honor, I do just want to

22   tell you a little bit about Mr. Hood.

23          THE MAGISTRATE:  Please.

24          MR. LAWLOR:  In addition to the fact that he

25   doesn't have a prior conviction, because there's more to say

1    about him, and that is, he is 26.  He didn't graduate but he

2    made it to the 12th grade through Job Corps.  He's been in a

3    relationship with Shayla Peeler, who I spoke with, I was

4    hoping she would actually be on the line but I think she had

5    to go to work at some point, I think she was on earlier.

6    But they're actually childhood sweethearts, they've been

7    together since they were kids, and they share a

8    five-year-old son.

9            I talked to her and I said, you know, tell me

10   about Mr. Hood, is he a good guy?  And she said, I wouldn't

11   be with him if he wasn't.

12           So I thought that was telling.

13           THE MAGISTRATE:  And you said she's employed;

14   that's why she's unable to be here?

15           MR. LAWLOR:  Correct.

16           THE MAGISTRATE:  And what does she do?

17           MR. LAWLOR:  That I don't know, Your Honor.

18           THE MAGISTRATE:  Okay.

19           MR. LAWLOR:  Forgive me for that.

20           But she lives -- so Mr. Hood spent time at that

21   area, which is why he was there.  His sister lives there.

22   And he sort of split time between that neighborhood and his

23   girlfriend -- I won't give you the address but it's in

24   Southeast where Ms. Peeler lives with her mother, who's

25   gainfully employed, and the Peelers, Ms. Peeler and

1    Mr. Hood's five-year-old son.  So they share a son.  So he

2    obviously has very deep ties to the community.  She doesn't

3    have any kind of criminal history.

4             In addition to that, he's always worked,

5    Your Honor.  He was working at the Convention Center.  He's

6    always had -- been kind of temporary jobs.  I asked him what

7    he wanted to do with his life.  He said he wanted to be an

8    electrician.

9             So I'm hoping, at the risk of getting too far

10   ahead of ourselves, that this is one of those cases where,

11   you know, the intersection of the criminal justice system

12   and Mr. Hood causes him maybe to have some services that

13   might advance him.  But that is me getting a little bit

14   ahead of myself.

15            Well, Your Honor, given the fact that he doesn't

16   have any record, he has a history of stable employment,

17   solid ties to the community, he's a good father, in a good

18   relationship, a strong and steady relationship with a woman

19   who works, who lives with her mother who works, my

20   suggestion, Your Honor, is that he be released on pretrial

21   supervision with an eye, perhaps, on drug education,

22   testing, and treatment.

23            I think those are -- that is, and perhaps, I don't

24   know if we're too premature for some either educational or

25   vocational training, if that is a pretrial condition, is an

1   awkward one.  That is something I certainly would request if

2   we get to a posttrial setting and he was under some sort of

3   supervision.  So I don't know if that's appropriate here.

4           But I certainly don't think he needs to be

5   detained.  I don't even think house arrest or a third-party

6   custodian is necessary here.

7           I also want to point out, Your Honor, that

8   Mr. Hood is 5'7" and weighs 112 pounds.  So I'm a little

9   worried for his safety in a correctional setting.

10          But, Your Honor, I just think that he's sure to be

11  here, because his -- there's no indication why he wouldn't

12  be.  The government isn't arguing risk of flight.  They

13  argued for detention on violence.  But there's no history or

14  indication of possession.  There's no indication of him

15  being actively involved in violence.

16          Even his involvement in this conspiracy is three

17  or four very small amount of drugs hand to hand.

18  I appreciate what everybody is saying about fentanyl, crack,

19  any kind drugs, you know.  I mean, we're talking about

20  fentanyl, but all drug distribution is discouraged.

21          But these are small amounts, Your Honor.  And the

22  rest of the government's recitation is sort of thin in terms

23  of his involvement in a larger conspiracy.  They have him in

24  the neighborhood and sort of walking with a couple people.

25  But he lives in that neighborhood.

```
1              Be that as it may, even if you accept the fact
2    that he's a member of this conspiracy, I think, given his
3    lack of prior criminal history, indicates that he's not a
4    risk to the community and that conditions can be set.
5              Obviously, Your Honor, if you think, you know,
6    more stringent conditions need to be set, I mean,
7    Mr. Hood -- I'll be candid, you know, at the risk of sort of
8    giving away my hand here, he said, I don't care if I'm on
9    house arrest, just get me out of this jail.
10             THE MAGISTRATE:  Sure.  Of course.
11             MR. LAWLOR:  I personally don't think that's
12   necessary.
13             THE MAGISTRATE:  No.  I got you, Mr. Lawlor.
14             MR. LAWLOR:  I think it can be less restrictive
15   than that.
16             THE MAGISTRATE:  Help me understand.
17             So the employment situation right now is he's
18   working temporarily at the Convention Center?
19             MR. LAWLOR:  He was working --
20             THE MAGISTRATE:  Does he have something right now?
21             MR. LAWLOR:  He does not have something right now.
22             THE MAGISTRATE:  Do you need to talk -- looks like
23   he's --
24             MR. LAWLOR:  Oh, sure.
25             Forgive me, Your Honor.
```

```
 1                    THE MAGISTRATE:  Sure.

 2                    MR. LAWLOR:  So I know what he had told me,

 3       Your Honor, forgive me --

 4                    THE MAGISTRATE:  No problem, yeah.

 5                    MR. LAWLOR:  -- that he worked at the Convention

 6       Center.  He has a job waiting for him with Sodexo; he just

 7       has to get vaccinated.

 8                    THE MAGISTRATE:  Okay.

 9                    Where's the Sodexo job, is it at a Sodexo?

10                    MR. LAWLOR:  In Bethesda.

11                    THE MAGISTRATE:  At the Sodexo office?

12                    Yeah, Marshal, can you bring him up to the

13       lectern, please.

14                    Hold on, hold on.  You're good.  Don't worry.

15                    Go ahead.

16                    Now, remember you're under oath, so you've got to

17       be -- promise me you're going to be truthful, okay?

18                    DEFENDANT HOOD:  Yes.

19                    It's a nursing home in Bethesda.  It's not just --

20       that's the company.

21                    THE MAGISTRATE:  Right.  Yeah, know Sodexo.

22                    DEFENDANT HOOD:  It's a nursing home.  So I'll be

23       working in the cafeteria.

24                    THE MAGISTRATE:  Okay.

25                    And so you have that job waiting for you now is
```

1    what you're saying?

2            DEFENDANT HOOD:  Yes.

3            THE MAGISTRATE:  How would you get to and from

4    Bethesda?  Do you have a car?

5            DEFENDANT HOOD:  I was going to use Metro.

6    I don't actually have a car.  Or Uber or Lyft.  That's my

7    way of transportation.  That was my way to get to my

8    interview; I used an Uber.

9            THE MAGISTRATE:  And were you working there before

10   or no?

11           DEFENDANT HOOD:  No.

12           THE MAGISTRATE:  This is a new job offer you got?

13           DEFENDANT HOOD:  This is a new job offer that

14   I have.

15           Other jobs were at the Convention Center; those

16   were just temp agencies.

17           THE MAGISTRATE:  Okay.

18           And the residence that you would stay at, it

19   sounds like it's your girlfriend's residence; is that right?

20           DEFENDANT HOOD:  Yes.

21           THE MAGISTRATE:  And her mom lives there?

22           DEFENDANT HOOD:  Yes.

23           THE MAGISTRATE:  And you share a child with the

24   girlfriend; is that right?

25           DEFENDANT HOOD:  Yes.

```
 1              THE MAGISTRATE:  Okay.

 2              And what does your girlfriend do?

 3              DEFENDANT HOOD:  She -- Shayla works -- Wegmans.

 4              THE MAGISTRATE:  Okay.  At the grocery store.

 5   Okay.  Great.

 6              DEFENDANT HOOD:  Yes.

 7              THE MAGISTRATE:  And what kind of hours does she

 8   have?

 9              THE DEFENDANT:  I believe she's --

10              MR. LAWLOR:  She's there right now, Your Honor, so

11   it might be the night shift.

12              DEFENDANT HOOD:  I think it's part-time, so it's,

13   like, night shift.

14              THE MAGISTRATE:  Okay.

15              And you said her mom is there, too?

16              DEFENDANT HOOD:  Yes.

17              MR. LAWLOR:  She works at home, is my

18   understanding, though.  She's still employed, I think.

19              THE MAGISTRATE:  And were you living at this

20   residence before or where were you living before you got

21   arrested?

22              DEFENDANT HOOD:  I was living in --

23              THE MAGISTRATE:  Well, it's a yes or no.  Were you

24   living there?

25              DEFENDANT HOOD:  Oh.  No.
```

```
1              THE MAGISTRATE:  You were not living there before.
2    Okay.
3              How close is this to 7th and O, Mr. Lawlor?
4              MR. LAWLOR:  It's a different quadrant.
5              This is Southeast.  This is 7th and O, Northwest.
6              THE MAGISTRATE:  Yeah.  Okay.  So it's in
7    Southeast, this residence?
8              Okay.
9              Anything else you want to tell me; otherwise,
10   I'm going to let you sit back down.  But I'll hear from you
11   again.
12             DEFENDANT HOOD:  That's okay.
13             THE MAGISTRATE:  All right.
14             Go ahead.  Thanks, Mr. Lawlor.
15             MR. LAWLOR:  That's all I have as well,
16   Your Honor, unless you have any questions.
17             THE MAGISTRATE:  All right.  Thanks.
18             MR. LAWLOR:  Thank you.
19             THE MAGISTRATE:  Ms. Holman, are you there?
20             PRETRIAL SERVICES OFFICER:  Yes, Your Honor.
21             THE MAGISTRATE:  Have you been able to confirm
22   whether or not that is -- he's HISP eligible and that is a
23   residence that would be permitted for him to go on to HISP?
24             PRETRIAL SERVICES OFFICER:  Your Honor, we have
25   not talked to anyone.  We were not provided any names of any
```

1   girlfriend so we could talk to her.

2             THE MAGISTRATE:  Okay.

3             PRETRIAL SERVICES OFFICER:  So we have not found

4   him illegible for HISP at this time.

5             THE MAGISTRATE:  Okay.

6             Mr. Lawlor, I understand she's at work, but can

7   you get her on the phone here and get her to talk to

8   Ms. Holman?

9             MR. LAWLOR:  Yeah, I called her during the break,

10  Your Honor, but she said she was at work.

11            THE MAGISTRATE:  Can you text her and ask her if

12  she can a take a break or anything like that?

13            MR. LAWLOR:  I'll do that.

14            THE MAGISTRATE:  I want to hear from Mr. Eppel

15  first.

16            Mr. Eppel, obviously I'm considering some form of

17  release conditions that would be likely stringent, more

18  stringent than defense counsel has asked, but something

19  along the lines of home detention is what I'm considering.

20            That means he's unable to leave his residence

21  other than to go to work.  He can only go to and from work,

22  of course, to meet with his lawyer, and come to court

23  appearances.  But that's what I'm thinking about.

24            I just can't get over the fact that he has -- I

25  mean, this person is in a totally different category than

1   everyone else.  And I understand that you understand that,

2   so, please, again, Mr. Eppel, I'm in no way casting any

3   aspersion on you or anything like that.

4          But if you're still asking for detention, help me

5   under why it is.  And if you -- understand that you're

6   probably not going to win that battle.  If you have

7   conditions you want me to consider, let me know that, and

8   then obviously you always have the right to appeal my

9   decision.  So go ahead.

10          MR. EPPEL:  Yes, Your Honor.

11          The government is still requesting detention for

12   the reasons already stated; I don't have anything to add.

13          If Your Honor is inclined to not detain him, we

14   would ask for home confinement along the lines of the

15   conditions he's suggested, given his involvement in the

16   conspiracy, very serious allegations.  We think that if he's

17   not detained, the next most stringent conditions would be

18   appropriate.

19          THE MAGISTRATE:  Okay.

20          Thank you.

21          Go ahead, Ms. Holman.

22          PRETRIAL SERVICES OFFICER:  Your Honor, just for

23   clarification, Pretrial needs to speak to the homeowner.

24   So if the girlfriend is not on the lease and not the home

25   owner, then we would need to speak to her mother.

```
 1              THE MAGISTRATE:  Okay.

 2              Mr. Lawlor, so you got that.

 3              So is the girlfriend, you know, is she on the

 4  lease or is this a home that's -- and I don't know if you

 5  can talk --

 6              MR. LAWLOR:  At the next hearing, Your Honor,

 7  I might step out.

 8              THE MAGISTRATE:  Yeah, absolutely.

 9              So that's what I was going to suggest, is why

10  don't you step in the hallway.  If you can get the mom on

11  the phone, that might work as well.

12              MR. LAWLOR:  Yeah, I'll do that.

13              THE MAGISTRATE:  And so why don't we do this.

14  We're going to return to his hearing afterwards.  If you two

15  can communicate and you can just come in and out of the

16  courtroom, we'll get back to that when we're ready, okay,

17  Mr. Lawlor?

18              MR. LAWLOR:  I'm sorry, Your Honor?

19              THE MAGISTRATE:  You're good.

20              Why don't you two keep talking.  You can step in

21  and out of the courtroom as you need to to make any calls.

22  And then when you're ready, what I need to do is get the

23  mother or girlfriend on the phone with Pretrial.

24              MR. LAWLOR:  Okay.

25              THE MAGISTRATE:  Thank you.
```

 1            All right.  We're going to next go to -- switch

 2   back up.

 3            Mr. Martin, if you want to approach.

 4            MR. MARTIN:  May it please the Court.  Thank you,

 5   Your Honor.

 6            With the Court's permission, may I take off the

 7   mask while I'm speaking?

 8            THE MAGISTRATE:  Yeah, you're permitted.

 9   Absolutely.

10            MR. MARTIN:  Thank you, Your Honor.

11            My intent right now, Your Honor, is to go through

12   three things:  The U.S. Pretrial Services Report, the

13   detention memo, and then the statutory construction, the

14   conditions for release.

15            Starting with the report, I noted that there were

16   a number of things that I thought were discrepancies.  And

17   the first thing is with respect to page 1 at the bottom

18   where it says "residency information," there is no residency

19   information.  That's not accurate.  5114 Just Street,

20   Northeast, is where Mr. Brown's mother lives, and that's

21   where he would be staying if the Court saw fit to release

22   him with conditions.

23            Also -- we note also with respect to his physical

24   health information appearing on page 2 of 4, he has a lower

25   back injury.  I think that's as a result of an incident that

1    occurred many years ago when he was still a teenager.

2                PRETRIAL SERVICES OFFICER:  Your Honor, can

3    Pretrial just say that the defendant was not interviewed, so

4    that's why the information is not in the report.

5                THE MAGISTRATE:  Okay.  No problem.  That's fine.

6    Thank you, Ms. Holman.

7                MR. MARTIN:  Okay.

8                I'm not accusing anybody of --

9                THE MAGISTRATE:  No, no, I know you're not.

10   Absolutely.  I think she just wants to make the record

11   clear.

12               MR. MARTIN:  Yes, that's all I'm trying to do

13   here.

14               With respect to his criminal history as it's

15   indicated on the report, we're not disputing the fact that

16   he does have the prior conviction, which I know is

17   troublesome to the Court, and that's understandable;

18   however, moving further down where it talks about him not

19   being fully compliant with respect to supervision, we have a

20   couple of comments with respect to that.  And now,

21   Your Honor, I'm on page 3.  If you're not following me,

22   that's where I am.

23               This business about him not being at home during

24   scheduled home visits, Mr. Brown works.  In fact, he's not

25   worked at one place since being released, he's worked at

1   several places, Your Honor.  In fact, right now, he's

2   working at Lindsay Ford.  But he's also worked as an

3   independent contractor.  He's worked at Exel, he's worked at

4   Clean Decision, and DoorDash.  And the last place he worked

5   was WorldPac.  So in addition to working at Lindsay Ford, he

6   also does these side jobs.

7          So sometimes if a probation officer comes by to

8   see him and he's not home, it's not because he's hanging out

9   at 7th and O Street, he does work, and we just want the

10  Court to know that.

11         He's trying to be responsible, and we believe that

12  he has been responsible during the probation period.

13         I would also point out to the Court that he's had

14  no dirty urines during the entire time he's been on

15  probation.  And I think that's an important consideration,

16  too, when you're trying to figure out whether or not he

17  would be a good candidate for some kind of release.

18         Now, moving to the detention memo.

19         THE MAGISTRATE:  Sure.

20         MR. MARTIN:  I note that it was a 58-page memo.

21  The specifics regarding Mr. Brown start on page 45,

22  I believe.

23         THE MAGISTRATE:  Yep, I have them in front of me.

24         MR. MARTIN:  And, again, there's rather vague

25  comments about drugs.

1          On page 45, supposedly there was a controlled

2    purchase, but it doesn't say that the purchase was from

3    Mr. Brown as I said it.  Your Honor might go and look at it

4    more closely than I did, if you can look at that now.  I may

5    have read that wrong, but that wasn't my conclusion in

6    reading that.

7          On page 46, there's a picture of Mr. Brown

8    accepting money, I think, from Mr. Handy.

9          THE MAGISTRATE:  I believe that's the allegation,

10   that's right.

11         MR. MARTIN:  Yeah.

12         And I think the government is going to argue that

13   that money was the result of the product being sold and this

14   was his payment, so to speak.

15         But there's nothing here to indicate that

16   Mr. Brown is actually a supplier.  So why would Mr. Handy be

17   giving him money for drugs?  So I think that's also a

18   problem for the government.

19         Paragraph 47 or page 47, Mr. Brown's residence

20   happens to be in the alleged drug trafficking organization

21   building.  And when they say that six grams of crack were

22   recovered, it doesn't say that it was recovered from

23   Mr. Brown's apartment.

24         And I think there was an earlier argument,

25   I think, that -- Mr. Katzoff made the argument that just

1    because you live in an apartment building where there are

2    several different units doesn't mean that that necessarily

3    involves you and some kind of drug trafficking organization

4    or conspiracy.

5              On page 48, apparently there were multiple sales

6    to informants and third parties using, and they have audio

7    and visual of Mr. Brown doing that.  Well, that's to be

8    seen.  I haven't seen that.  I know there are some pictures

9    in the detention memo, but I don't know specifically that

10   there are any videos of Mr. Brown doing that.  If they say

11   that that is the case, then we will see that when there are

12   discovery tranches.

13             Moving to the specifics of the Bail Reform Act,

14   the act mandates release.  It says "shall."  It mandates

15   pretrial release if there is a way to do so.  It emphasizes

16   release on personal recognizance or an unsecured appearance

17   bond.

18             And we would submit that if you don't think that

19   this is a case that warrants release on personal

20   recognizance, then there are conditions or a combination of

21   conditions that can be fashioned.

22             Now, I've heard some conversations today about

23   third-party custodians and him having to be in the home 24

24   hours a day and the like.  I had a conversation with

25   Mr. Brown's cousin, and I get the impression that she may

1  very well be the lodestone of this family, the matriarch, so

2  to speak.  And she advises me if they had to do shifts, she

3  can get as many as three people to play the role of

4  third-party custodian to ensure that Mr. Brown is in

5  compliance with any conditions that the Court might set up.

6           Moving past that, though -- and they're also

7  willing to put together any kind of electronic surveillance

8  that the Court might think is necessary in this case.

9           I know the Court is thinking about, hey,

10  Mr. Martin, let's get to the heart of the matter, and that

11  is, he's got this prior conviction, and violence is one of

12  the considerations here that's weighed heavily.

13           THE MAGISTRATE:  It's my biggest concern.

14           MR. MARTIN:  That was when he was 17 years old.

15  He's 41 years old now.  And there's nothing in that

16  detention memorandum that suggests that he has anything to

17  do with guns or violence or anything of that nature.

18  There's no allegations of that in the indictment whatsoever

19  as well.

20           There were no seizures of weapons from him, from

21  his home.  As far as I know, there are no photos of weapons

22  in his phone, nothing of that sort.

23           And so the weight of the evidence in this case

24  appears to be linked to other people, and it also appears

25  that the government is assuming, based on his association

1    and presence around some of the people who live up in that

2    area, that somehow he's involved in this conspiracy, and he

3    denies that.

4            Again, I could be wrong, but I don't think that

5    the government has shown that he's ever had drugs on his

6    person and passed that off to anyone or that there were ever

7    drugs found in any of the places where he actually resides.

8    I'm not talking about a building where -- a unit that he may

9    sometimes have it -- is there.  So the weight of the

10   evidence appears to be linked to others.

11           Now, in terms of his history and characteristics,

12   his family ties are strong.  I know that because when I

13   speak to these people on the phone, they're passionate about

14   their dedication and love to him and that they want him

15   released.

16           And they're willing to come in.  In fact, they're

17   listening -- as I speak now, they're listening to what's

18   happening here in the court, and they've been listening all

19   day.

20           And specifically that is his cousin, who I had

21   mentioned to you before.  And I'm not very good with names,

22   Your Honor.  Quanatella [phon.], that is her name.  She's

23   the lodestone of the family that I had mentioned earlier.

24   And she says, whatever it takes.  If she has to come in and

25   testify before you to tell you what she's willing to do to

1    get her cousin out of the D.C. jail, she's willing to do it.

2            He's a lifetime resident of the District of

3    Columbia, except for a time that, of course, he was

4    incarcerated.  And that happened when he was very young,

5    very young, very young.

6            And anybody who's been around 17-year-old males

7    understands that when young adolescent men get together,

8    and, you know, sometimes they lose their temper, they do

9    stupid things.  In fact, the male brain doesn't mature until

10   about 28, as I understand, as opposed to women who mature at

11   about 22, 23.  So that's not to excuse the act of violence,

12   but I'm just trying to explain where he was at that point in

13   his life is very different from where he is currently.

14           In terms of mental conditions, there's nothing to

15   suggest that he has some kind of mental disorder.

16           And in terms of his records of appearance, I think

17   he's always complied with his conditions of release

18   previously, except for the times when the probation officer

19   showed up at the home unannounced.  And as I said before, he

20   had not one job, he had not only a job but he's also had at

21   least one or two gigs at any given time.  He's trying to do

22   right.  He's trying to earn money and not earn money on the

23   streets.

24           I'm not going to say that the nature and

25   seriousness of this type of offense is not one that the

1   Court should be concerned with because, having grown up in a

2   community like the one on 7th and O, I understand what that

3   does to a community.  And I was very fortunate to make my

4   way out of a community like that.  And I think that's what

5   he's trying to do as well.  And as I said, he's older now.

6   He was born back in 1981.

7           And in terms of a civil status, he currently has a

8   girlfriend that he's committed to and they've talked about

9   marriage, and I hope that that takes place.

10          And I've talked to him about being a father and

11  what that means and the kind of role that he has to play not

12  only in raising the kids but being a model for them as well.

13  And he tells me that he would love to do that; that's what

14  he wants to do more than anything else.

15          In terms of the present defense [sic], I just

16  don't see the evidence.  And as I said, perhaps the

17  discovery will show something that the detention memo does

18  not show.  I don't see any aggravating circumstance, I don't

19  see any threats or possibility of threats through witnesses

20  or anything like that.

21          In terms of the danger to the community, yes,

22  drugs are a danger for every community, but where are the

23  drugs that supposedly Mr. Brown is selling.  We don't see

24  that, we don't see any evidence of that other than these

25  naked assertions by the government.

1          In terms of risk of flight, he's not from

2     El Salvador or Honduras or Guatemala.

3          THE MAGISTRATE:  Yeah, you don't need to get into

4     that.

5          MR. MARTIN:  There's nowhere for him to go.  This

6     is where his support is, and so there are alternatives to

7     incarceration.

8          The first and foremost is home detention.  And

9     maybe not initially but maybe later on the terms could be

10    changed so that he could keep his job and remain productive,

11    and that's what I would like to see happen.

12         Also, it reduces overcrowding in the jail.  I know

13    that's not an argument that you oftentimes hear, but I go to

14    the D.C. jail quite often, and there are too many people

15    there.

16         Communication restrictions.  That's not a problem.

17    I've talked to his cousin.  And whatever the Court wants

18    done in that regard, they'll do it, including setting up

19    passwords for any kind of WiFi system, and he's just not

20    going to get the password.  And they'll make sure that he

21    doesn't have a cell phone.

22         I don't think he needs any kind of psychiatric

23    treatment, so I don't have to go there with respect to that.

24         I've already commented with respect to Pretrial

25    Services.

1          And I guess in terms of a sit-down statement,

2   I would argue that given the fact that there's no flight,

3   given the fact that there's not a crime of violence

4   associated with him anyway, that the danger to the

5   community, other than this allegation that he somehow is

6   involved in the sale of drugs, I think, doesn't warrant

7   somebody like him who's trying to be productive being locked

8   up.

9          I think I've covered most of the things that

10  I think are important to the Court.  But before I sit down,

11  I would just like to just chat with Mr. Brown to make sure

12  that I haven't missed anything.

13          THE MAGISTRATE:  Yeah, sure, you can bring --

14  Marshals, if you could bring up Mr. -- if you could bring

15  him up there, that would be great, Mr. Brown.

16          MR. MARTIN:  Mr. Brown tells me that he doesn't

17  have anything to add to what I've said at this particular

18  time, Your Honor.

19          THE MAGISTRATE:  Okay.

20          I'm going to hear from the government, so you guys

21  can both sit down.

22          Thanks, Mr. Brown.

23          DEFENADNT BROWN:  I'd like to say something.

24          MR. MARTIN:  Oh, you do want to say something?

25          THE MAGISTRATE:  Good.  Okay.

1          MR. MARTIN:  Forgive me, Your Honor.  He would
2     like to address the Court.
3          DEFENADNT BROWN:  How are you doing, Your Honor?
4          THE MAGISTRATE:  I'm all right.
5          DEFENADNT BROWN:  Your Honor, I understand --
6          THE MAGISTRATE:  Now, remember, I don't want to
7     hear about your case or anything, okay?  You've just got to
8     be very careful.
9          All right.  Go ahead.
10         DEFENADNT BROWN:  I understand how the magnitude
11    is.  But, you know, that's what (unintelligible).  You know,
12    I committed a crime when I was 17, I took charges to that.
13    I did almost 22 years about that.  And I came home working.
14    You know, I'm right here (unintelligible) messed up right
15    now.  I'm back in here.  I've only been home 28 months.
16    I've been working.  I got a job.
17         I'm here.  I'm not trying to lose my job.
18    (unintelligible) provide for myself and helping my family
19    out.
20         You said something in the beginning, you know,
21    you're innocent until proven guilty.
22         THE MAGISTRATE:  That's right.
23         DEFENADNT BROWN:  You know, it don't seem like
24    that to me.
25         I went through this rodeo when I was 17.  It took

1   me four years to go to trial.  I lost my life.  I had no

2   (unintelligible) of my life.

3           I'm a changed man.  But this right here they sign,

4   it's not me, man.  I work.

5           THE MAGISTRATE:  All right, Mr. Brown.  I hear

6   you.

7           I'm going to hear from the government, too, but

8   you've got to understand -- you're fine.  No, you're good,

9   don't worry about it.  This isn't easy.  I'm not in your

10  shoes, I don't walk your path, I don't know the things you

11  have been through.

12          Mr. Martin is a very good lawyer, so he very

13  quickly understands.  I'll hear from the government.

14  I don't think there's much more to say.  It just kind of is

15  what it is, right?

16          You know, I see this every day, Mr. Brown, people,

17  they do their time, they come out, and they're like, well,

18  wait a minute, I thought I did my time, I thought this was

19  over, how come this is still haunting me, right?  How

20  come -- did I come out with a clean slate or did I come out

21  as a felon?  Are there two people in this world?  Are there

22  felons and are there innocent people?

23          Because isn't it when I'm done with my time, I'm

24  back in that first category, right?  I did my time and I got

25  out.  Why are you putting me back in that box there?  And

1    everyone's putting you in that box, that you're a felon,

2    right?

3                So I try to be very aware of that, because you did

4    your time.  You're back with just everybody else.  You're in

5    that same category you're supposed to be in.

6                And so I'm trying to weigh, Mr. Brown, because

7    I have to think about the safety of the community.  And so

8    I've got -- there's very, I think, little evidence about

9    drug trafficking.  I'll hear from the government.  But

10   you've got this conviction.  It's scary.  It scares me to

11   just say the words out loud.  We don't have people with

12   those kind of convictions.  You're not -- but your lawyer

13   pointed out you were 17 years old.  You did your time.

14   You're changed, he said.

15               So I can't tell you how I'm going to rule.

16   I mean, you've already heard me three times today, so you

17   know what path we're going to go down.  We need to take some

18   more time.

19               I am sorry, no matter how I rule, yes or no, how

20   Judge Walton rules, no matter what happens, I'm sorry that

21   you feel the criminal justice system has let you down.

22               You've got to understand, I'm a public servant,

23   I work for everyone in this courtroom.

24               DEFENADNT BROWN:  I understand.

25               THE MAGISTRATE:  That means you, too.  I work for

1   the Marshals, the prosecutor, everyone.  That's what I'm

2   here for.

3              It's just like everyone else.  It's your taxpayer

4   money.  Whatever you've done in your life, you have put me

5   in this position.  And so I've got to be fair to everybody,

6   but that includes you, understand me.

7              And I'm sorry if other judges have ever made you

8   feel like they're not listening to you or you're not getting

9   a fair shake.  But I promise you I'm going to do the best

10   I can to try to make you feel like, in my courtroom, you

11   are.

12              So no matter how I rule, it's not going to be

13   because you did something 20 years ago.  I think, oh, that

14   means that forget him, he's like that for the rest of his

15   life, he can't do nothing right.  No, that's not me, okay?

16              Just me and you, I'm being real with you, is that

17   I'm going to think about what that means, because it's a

18   serious conviction.  And I've got to predict the future;

19   I've got an impossible job.

20              DEFENADNT BROWN:  Right.

21              THE MAGISTRATE:  You've got an impossible job,

22   too, right?  When you're a convicted felon on supervision,

23   you've got to be perfect.  And all those roadblocks that

24   come in front of you every day, right?  People don't take

25   you seriously because they see the word "felon."  They don't

1  see Mr. Brown, they see felon, right?

2          DEFENADNT BROWN:  Right.

3          THE MAGISTRATE:  You can't get your ID.  You can't

4  do simple things the rest of us do without people putting

5  roadblocks in your way and you've got to be perfect.  And if

6  you screw up once, you might get stepped back.

7          You've got an impossible job.  I've got an

8  impossible job, too.  I've got to make you believe that I'm

9  trying to be fair and honest.  And that I'm thinking about

10  what happened in the past but I'm also thinking about your

11  present.

12          So you may not ultimately believe me at the end of

13  the day that I did do that, if I don't rule in your favor,

14  but all I can say is, I gave you my word, I'm trying my

15  best, I'm going to ask some more questions, I'm going to

16  hear from the government, I'm going to think about it.

17          But I hear what you're saying, okay?  I see you

18  and I hear you.  And remember, no matter what, I'm telling

19  you, I will quit this job the day that I don't believe a

20  person comes into this courthouse and that I don't believe

21  they're presumed innocent.  Because that's where I am.  I'm

22  a magistrate judge.  I'm not a district judge.  I'm not

23  seeing people after they get sentenced.  I see them on the

24  front end.  That's it.

25          DEFENADNT BROWN:  Right.

 1          THE MAGISTRATE:  And that's what the law says,

 2   right?  That's law of this land.  If I can't do that, I'm

 3   the criminal, okay?  I'm not following the law.

 4          DEFENADNT BROWN:  Right.

 5          THE MAGISTRATE:  So I don't know what other judges

 6   have done, I don't know how they treated you, but that's how

 7   I'll treat you.  And if you don't think I'm treating you

 8   like that, I'll tell you, tell Mr. Martin, stand up, hey,

 9   what happened, that judge said one thing, now he's acting

10   totally different, all right?

11          So you're just going to have to bear with me and

12   we'll see what happens, but I promise you I'm going to do my

13   best to be fair, okay?

14          DEFENADNT BROWN:  All right.

15          THE MAGISTRATE:  All right.  Thank you.

16          All right.  Mr. Eppel, so here's the heart of the

17   matter.  I think we'll come back to this.  I'm not going to

18   rule on this today.  I want to figure out another date for

19   us to all come back.

20          To me, there's two issues here, right?  There's

21   one -- I think there's evidence of drug trafficking that you

22   have; I'm not sure I got my arms fully around it.  I think

23   there's some evidence of a hand-to-hand transaction with

24   cash after a drug sale.  And there's another one, again,

25   where there's a hand-to-hand that might happen with somebody

 1  else, and it looks like Mr. Brown was near that person.

 2  So those are the two things I see in terms of the drug

 3  trafficking.

 4          In terms of the overall drug trafficking evidence,

 5  I think it's the least as to him but -- that I saw before

 6  today.  So I don't know.  And I don't need the answer to

 7  this today because we're not going to go on.

 8          So I just want to tee up for you what I need you

 9  to take notes on, think about, and come back to me for is

10  that he appears to me to be one of the least culpable in

11  terms of the weight of the evidence as to drug trafficking.

12  He appears to be near the bottom of the totem pole on that,

13  and he seems to have the least amount of evidence as to drug

14  trafficking as to him, and so that makes me consider

15  release.

16          Now, I'm a bit sort of brooding on the presence

17  here that lurking in this whole case is this conviction,

18  right?  It is a conviction for which there are very few that

19  could be more grave or serious, the loss of a life, first

20  degree murder; however, he was 17 years old.  And there's a

21  lot of difference between the 17-year-old me and the

22  42-year-old me, right?  The 17-year-old me and the

23  33-year-old me.

24          And so as I think about that, I need to

25  understand, right, it cannot simply be that for every case

1  that -- any case that Mr. Brown came forward, he

2  automatically is detained because he had a serious felony in

3  his past.  That's simply -- there is no mandatory detention.

4          There is obviously a presumption of detention

5  here, and I get you on that.  But I need to understand

6  why -- and I need you to go back to that *Gerstein*, you can

7  go look at it.

8          But I mean, what I would be more interested in --

9  and I'm going to ask Mr. Martin when he comes back up, is

10  looking at what happened at his IRA hearing, what came out

11  there, is there evidence or something, right -- because

12  I'm not evaluating Mr. Brown when he was 17, you know,

13  20 years ago, what he would do.  If that person, when he was

14  one year later, had these charges, maybe I'd say, shoot, he

15  just killed somebody a year ago.  But someone who did that

16  20 years ago and his life is -- 30 years ago, his life has

17  radically changed since then and who's done his time, I'm

18  struggling, Mr. Eppel, I really don't have an answer.

19          But I think that that is something, certainly when

20  I read your detention memorandum, I thought that to me this

21  was a case where I could not foresee anything other than

22  detention; however, hearing from Mr. Martin, thinking, in

23  particular, about the age difference, given that he was a

24  juvenile when this crime occurred, I think that, again, if I

25  had the right custodian and it was in the right location and

1   the right limiting factors, I might consider, again,

2   condition of release.

3           So those are just things I want you, Mr. Eppel, to

4   know about.  Find out whatever else you think you can

5   provide.  But really right now -- and, you know, look at

6   your evidence.  Honestly, I can't imagine the quantum of

7   proof that you all have that you're trying to go through for

8   all of these defendants.  So perhaps there's more about his

9   drug trafficking that you can present to me.  But perhaps

10  there's not.  I don't know.  But those are things I'd like

11  you to look into, so when we come back, we can talk about

12  that, okay?

13          MR. EPPEL:  Understood, Your Honor.

14          THE MAGISTRATE:  All right.  Thank you.

15          Mr. Martin, if you can come to the lectern.

16          I think it would be helpful, you know, as you

17  tried to help me see Mr. Brown as who he is today, I don't

18  know if there are things from the IRA hearing or things that

19  came out.

20          You know, I'm very appreciative that Mr. Brown

21  knows better than anybody else.  He got a second chance, and

22  I'm sure that the last place he ever thought of that he

23  would end up is back in this courtroom once he got that

24  benefit.  And so perhaps there were things that were helpful

25  that came out here that you can help me understand that he's

1    a different person than he was when he was 17 years old.

2         In terms of the conditions of release that we have

3    discussed in all the hearings, I'm not going to belabor the

4    point.  If you have any questions, I'm happy to answer it,

5    but I need, you know, 24/7 coverage, people working in

6    shifts, understanding what the Internet connection is, what

7    is the Ring camera, other things, et cetera.  Things that

8    can be done to make sure that no one is coming in the house.

9    So even when people aren't in the house, even when there's a

10   person in the house monitoring them, that there's a belt and

11   suspenders.  I told Mr. Marston there is not too much here,

12   right?  There's no such thing as overkill.  So you're a

13   smart person, it strikes me.  We haven't had the opportunity

14   to work together before.  But if you take your time, those

15   are the things I need to hear, and then I can decide.

16        Again, Mr. Brown, I'll repeat it again, I don't

17   want to give you false hope.  I don't want to give you hope

18   that I'm going to release you, because there's nothing that

19   is more cruel.  I've been to the D.C. jail.  I've visited

20   people there.

21        I think that the two things that concern me is

22   when people feel like that they're not being treated like a

23   human being.  That is not acceptable.  You are a human

24   being.  One day I could be in your shoes.  You don't know,

25   Mr. Brown.  You don't know where I could be one day and I

1   could need a hand.

2          So you are absolutely a human being.  I think of

3   you as a person, the person that's sitting in front of me

4   today.  But the other thing is that when people get false

5   hope, like, well, the judge said something was going to

6   happen or my lawyer said something was going to happen, it

7   didn't.

8          So I can't tell you -- you've got to understand,

9   I thought coming in here that I was going to detain you.

10  Now, I think your lawyer has made some arguments and

11  I'm going to think about it more.  And when he comes back if

12  he makes those arguments and we have a witness who comes up

13  here and I still don't feel like I can reasonably assure the

14  safety of the community, I could detain you.

15         And on top of that, I could release you and

16  Mr. Eppel could appeal that to Judge Walton, and

17  Judge Walton could say, you know what, Judge Faruqui, he's a

18  good judge, but he's a young buck, he needs to understand

19  he's -- Judge Walton's seen a lot more than I have, and

20  that, perhaps, this isn't the case to release somebody.

21         So you've got to understand, unfortunately, as is

22  often the case, you've just got to keep waiting, keep being

23  patient, and you might not get what you want, but you'll

24  have another alternative, I'm sorry for that.

25         But the only thing that you can say as you go

1   along that path that makes it bearable, I hope, is that is

2   the process fair, right?  You may not like the process, but

3   is it fair?  And I'm going to do my best, Judge Walton will

4   do his best to make it fair.

5            So, Mr. Martin, if you have any questions, I'm

6   happy to hear from you or else we'll just find a date to

7   come back.

8            MR. MARTIN:  I guess the only question I have is,

9   I need some clarification.

10           Is the Court suggesting to me that I have some

11  time to give you specifics on how we would do this, or do

12  you want me to say now with certainty how it's going to be?

13           THE MAGISTRATE:  No, no, I want to come back at a

14  later date.  And I want you to bring forth a third-party

15  custodian with their patchwork plan that they have set up

16  so -- and then they will testify.  I will inquire upon them,

17  Mr. Epple or anyone from the government, will be able to

18  inquire upon them.

19           You know, I can't promise that date that I'll make

20  a decision; it may go another day.  We'll take as long as we

21  need until I feel like I have all the facts that are

22  necessary to make a fair decision.

23           So tell me what your schedule looks like next

24  week.

25           MR. MARTIN:  And we are currently at the 1st of

1   June, so we're looking at the 6th and beyond --

2          I could do it on the 6th.

3          THE MAGISTRATE:  Okay.

4          MR. MARTIN:  -- 7th, 8th.

5          THE MAGISTRATE:  So the 6th or 7th would have to

6   be remote, I think.

7          But I can try on the 7th to see, but the 8th would

8   be better, right, 8th is good.

9          MR. MARTIN:  I could do it on the 8th, yes.

10         THE MAGISTRATE:  What time on the 8th works for

11  you?

12         MR. MARTIN:  I'm free the entire day.

13         Anything else I have on the 8th, you know, I could

14  move to a Saturday.

15         THE MAGISTRATE:  Okay.  Well, we'll see Mr. Narce

16  at 2:30.

17         Do you want to set that for 3:30?

18         We can bring them -- I would say you should just

19  come in at 2:30 and we could probably have a joint hearing,

20  as Ms. Bryant suggests, but that I anticipate the other one

21  could go 15 minutes or it could go 30 minutes or an hour,

22  I don't know, but you all just need to be here, okay?

23         MR. MARTIN:  And my understanding is at that time,

24  we should bring at least one of the third-party custodians.

25         THE MAGISTRATE:  The more you bring, the better,

1   Mr. Martin.

2           The more third-party custodians.

3           You need to have them vetted by Pretrial Services

4   beforehand and make sure that they are people who are deemed

5   eligible.

6           But the more people that you bring, the better,

7   the thicker the patchwork that you have that you can

8   provide.  So if there's two people at a time, three people

9   at a time, the more persuasive it will be to me, and

10  ultimately a record that -- if it goes on appeal to

11  Judge Walton.

12          So as many as you can bring in and as many

13  arguments as you can give me, that this is the most

14  restrictive thing short of incarceration, that it's almost

15  equivalent, that's what I want hear.

16          MR. MARTIN:  Very well, Your Honor.  Thank you for

17  that.

18          THE MAGISTRATE:  Okay.  Thanks so much.

19          Mr. Martin, you're excused.

20          Mr. Lawlor, we'll bring you back up.

21          MR. LAWLOR:  Your Honor, I have two candidates.

22  One, I think, is notably better, only because the second one

23  has five children.  But both are relatives of --

24          THE MAGISTRATE:  Is that person available on the

25  phone now to speak to Pretrial Services?

```
 1              MR. LAWLOR:  Yeah.

 2              THE MAGISTRATE:  Ms. Holman, I know it's 5:45,

 3   I'm sorry, but do you have time to talk to this person?

 4              PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

 5              THE MAGISTRATE:  Okay.

 6              So what should they do?  What number should they

 7   call?

 8              MR. LAWLOR:  Ms. Holman, do you want to give me

 9   your number and I'll call you with their information?

10              THE MAGISTRATE:  Or do you want me to just put

11   them in on a Zoom?  Can they use Zoom?  What's their

12   situation?

13              MR. LAWLOR:  I mean, if Ms. Holman gives me her

14   number, I can call her and give her the information.  Would

15   that be easier?

16              PRETRIAL SERVICES OFFICER:  (202) 527-3111.

17              MR. LAWLOR:  Okay.

18              THE MAGISTRATE:  Okay.  Can you get them on the --

19   you're going call that person right now, Mr. Lawlor, right?

20              MR. LAWLOR:  I'm going call her and give her the

21   information.

22              THE MAGISTRATE:  Okay.

23              So, Ms. Holman, he's going to call you, give you

24   that information to call that person.  Does that sound good?

25              PRETRIAL SERVICES OFFICER:  Yes, that's fine.
```

```
 1              THE MAGISTRATE:  Okay.

 2              Then just chime back in anytime we do grand jury

 3     returns.  And if you have any questions or you're not able

 4     to reach the person on the first dial or anything like that,

 5     just let me know.

 6              PRETRIAL SERVICES OFFICER:  Okay.

 7              (Recess from 5:47 p.m. to 6:02 p.m.)

 8              THE MAGISTRATE:  Okay.  I think Ms. Holman is

 9     ready.

10              Ms. Bryant, she says she's in the waiting room.

11              PRETRIAL SERVICES OFFICER:  Hello.  This is

12     Ms. Holman with Pretrial.

13              THE MAGISTRATE:  Thank you, Ms. Holman.

14              So we're still on recall, the matter of the

15     United States of America versus Mr. Hood.

16              Let's see.  Where are we, Ms. Holman?  What were

17     you able to figure out?  I'm sorry to put you on the spot

18     here.

19              PRETRIAL SERVICES OFFICER:  Your Honor, I was able

20     to speak with the defendant's cousin, Tiyana Brando, if I'm

21     pronouncing that correctly.

22              She was able to verify an address in Suitland,

23     Maryland, that the defendant can live with her.  She lives

24     alone.  There are no firearms in the home.

25              She works for Amazon as a delivery driver.
```

1    Your Honor, she stated she goes into work at about

2    11:15 a.m.  And she can't state an end time because of

3    deliveries, it just depends on the route.

4           She works Monday through -- I'm sorry.  She works

5    Tuesday through Friday.  She is off on Monday and on the

6    weekends.

7           And she's been with Amazon about two and a half

8    months.

9           She only has a cell phone in the home.

10          And she has WiFi but she stated it is

11   password-protected.

12          THE MAGISTRATE:  Okay.  Thank you.

13          PRETRIAL SERVICES OFFICER:  So she's eligible to

14   be a third-party custodian.  She had one previous arrest,

15   but it was nolled due to diversion.

16          THE MAGISTRATE:  Okay.

17          Well, I'm not going to go for a third-party

18   custodian here; I don't think we need one given the lack of

19   criminal history.  I think I was just going to put him on

20   HISP.

21          He's eligible for HISP at that residence, right?

22   Well, home -- sorry.

23          PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

24          THE MAGISTRATE:  Home detention at that residence

25   with GPS monitoring, et cetera.

 1              He's eligible for that?

 2              PRETRIAL SERVICES OFFICER:  Yes.

 3              THE MAGISTRATE:  Okay.  Thank you.

 4              Sir, you can come up to the lectern.  Wait for the

 5    Marshals.  Yeah, they'll bring you up.

 6              All right, Mr. Hood.  I'm going to go over the

 7    conditions of release.  I'm going ask you if you understand

 8    them.  Then I'll hear from the government afterwards as

 9    well.  So, again, nothing is final until you leave that

10    front door.  You know that better than me, unfortunately,

11    all right?

12              But I am going to order you to be released in this

13    matter.

14              DEFENDANT HOOD:  Yes, sir.

15              THE MAGISTRATE:  There's going to be conditions

16    that you have to follow.  If you mess up on any of these

17    conditions --

18              DEFENDANT HOOD:  Yes, sir.

19              THE MAGISTRATE:  -- you understand that you not

20    only could be stepped back, you could face additional

21    penalties.

22              We'll talk about that, okay, but are you going to

23    first promise me -- can you lift the microphone up?  No,

24    just put your hand down, you're good.

25              I just want to be able to hear you.

1          Do you understand --

2          DEFENDANT HOOD:  Yes, sir.

3          THE MAGISTRATE:  -- that I'm taking a chance on

4   you and I need you to promise me that you're going to follow

5   through on that and follow these conditions.

6          Are you going to do that?

7          DEFENDANT HOOD:  I promise you, sir, that I will

8   follow through on these conditions.

9          THE MAGISTRATE:  Okay.

10         And you understand that if you mess up on

11  anything -- you heard me tell, when we were talking before,

12  about the problem of what it is, the situation.  You've got

13  to be perfect.  And people might get in your way and cause

14  you problems.  You can't lose your temper.  You can't be at

15  the wrong place at the wrong time.  It's not fair.  You've

16  got to be perfect.  Do you understand that?

17         DEFENDANT HOOD:  Yes, sir.

18         THE MAGISTRATE:  Because if you don't, it is not

19  only you that's going to be in a heap of trouble.

20         You saw everyone else that comes through here,

21  all right?  Everyone, if you screw up, everyone, the

22  government is going to remind me, well, what happened on

23  that one case?  We were there and -- I mean, hey, Judge, you

24  took a chance on Mr. Hood, you said this and that.  Then

25  look what happened.  He screwed up.

1          Not just you.  You'll be causing profound harm to

2    others, okay?

3          DEFENDANT HOOD:  Yes, sir.

4          THE MAGISTRATE:  I don't believe you want to do

5    that, do you?

6          DEFENDANT HOOD:  No, sir.

7          THE MAGISTRATE:  Okay.

8          Here's the conditions of release that are going to

9    be -- I want you to understand them.  If you don't, just ask

10   me a question, because don't think, like, oh, I don't want

11   to cause a problem.

12         If you don't understand them, you're only hurting

13   yourself, okay?

14         DEFENDANT HOOD:  Yes.

15         THE MAGISTRATE:  Okay.

16         The conditions of release that I will impose are

17   as follows:

18         You are to be on home detention.  That means you

19   could only leave your home to go to work.  You have to first

20   get permission -- I want to get verification, Ms. Holman, he

21   is to provide verification tomorrow, of this employment,

22   this Sodexo.

23         DEFENDANT HOOD:  Yes.

24         THE MAGISTRATE:  Do you have an offer letter or

25   something like that?

```
 1                DEFENDANT HOOD:  It was in my email.  It's on my
 2    phone.
 3                THE MAGISTRATE:  You'll get that stuff back worked
 4    out.
 5                When you get that back --
 6                DEFENDANT HOOD:  Yes.
 7                THE MAGISTRATE:  -- you need to send that to
 8    Ms. Holman.
 9                What else will you need to verify employment,
10    Ms. Holman?
11                Ms. Holman, did I lose you?
12                PRETRIAL SERVICES OFFICER:  No, Your Honor.
13                So when he's going to HISP tomorrow at 9:30, he
14    will take that to the HISP office and they will call and
15    verify employment based on the date of the letter.  If it's
16    been a while, they might need to reverify that it's still
17    valid.
18                THE MAGISTRATE:  Okay.
19                So you're going to have to go to Pretrial
20    Services -- I'll give you the address here in a minute.
21    You're going to go to Pretrial Services tomorrow.
22                Ms. Holman, he'll be fitted with an ankle monitor
23    tomorrow as well in the morning?
24                PRETRIAL SERVICES OFFICER:  Yes, Your Honor.
25    He will get the GPS device in the morning.
```

1            THE MAGISTRATE:  Okay.

2            So you're going to be on the box, okay?

3            DEFENDANT HOOD:  Yes, sir.

4            THE MAGISTRATE:  You're going to have to be on

5   that.

6            You're going to have to go to Pretrial Services in

7   the morning.  You're going to have -- they're going to need

8   to see that email.  They're going to call that, make sure

9   that you have the employment.

10           If you don't have the employment or if it's no

11  longer there because of whatever, you got locked up, they

12  haven't heard from you, that means you cannot leave your

13  house except to visit with your lawyer.

14           Any approved medical appointments, that means you

15  need to talk to your Pretrial Services Officer.  You're

16  going get an agent who's assigned to you.

17           DEFENDANT HOOD:  Yes, sir.

18           THE MAGISTRATE:  And that that Pretrial Services

19  Officer is going to tell you whether or not you can go to

20  medical appointments.

21           So it can't just be to go out there.  You need to

22  actually get them the information and then they'll say,

23  okay, you can now leave your house to go to that.

24           If you've got this job and they verify it, they're

25  going to say, okay, you can go to that.

1          You're going to be on the box.  Do you understand?

2    That means you can't stop anywhere else.  You can't take a

3    break to go to 7-Eleven, get a sandwich, something like

4    that.  You go to and from work, nowhere else.  You got me?

5          DEFENDANT HOOD:  I understand.

6          THE MAGISTRATE:  It doesn't matter if you see

7    somebody on the side of the road that needs help, you're not

8    in that world right now, you can't go stop and help them,

9    all right?

10          To and from the house.  Nowhere else.

11          DEFENDANT HOOD:  Yes, sir.

12          THE MAGISTRATE:  Okay.

13          Now, when you get back, home detention means home

14    detention.  You're in the house.  You're not stepping foot

15    out of the house, not for a cigarette break, not to go take

16    out the trash.

17          I'm sorry for the person you're living with, but

18    you cannot help them.  If they have a question, tell them to

19    call your lawyer, and I'll be happy to speak to them as

20    well, you're not to step foot outside of that house.  Do you

21    understand me?

22          DEFENDANT HOOD:  Yes, sir.

23          THE MAGISTRATE:  Okay.

24          So you're allowed to leave with permission of

25    Pretrial, once they verify your employment, to go to your

```
1    job.
2              Once you have Pretrial's permission, you can go to
3    a medical appointment, and, of course, to meet with your
4    lawyer.  Your lawyer says you're meeting with him, you have
5    a meeting, then you can go meet with him.  That's it.
6    Do you got me?
7              DEFENDANT HOOD:  Yes, sir.
8              THE MAGISTRATE:  Okay.
9              You'll be on the GPS monitor.  You're going to
10   have to check in as directed with your Pretrial Services
11   Officer.  They're going to tell you tomorrow.  It might be
12   once a week, it might be more than that.  Whatever they tell
13   you, you have to follow their directions.
14             That's the Court.  Do you understand?  When
15   Ms. Holman and her colleagues -- that's no different than me
16   in this robe.  They are the Court.  We work together.
17   That's who's going to be supervising you.  They're working
18   on behalf of the Court.  They don't work for the DOJ, the
19   government prosecutor, they work for us.  We work together,
20   okay?
21             DEFENDANT HOOD:  I understand everything, sir.
22             THE MAGISTRATE:  So you've got to follow whatever
23   they tell you.
24             Obviously, you've never had a conviction before;
25   this is all new to you, I understand.  So if you have any
```

1   questions, ask for help, don't wait.  Don't say like, oh,

2   I didn't know what happened and now I screwed up and I'm

3   back before you, Judge.

4           Call Mr. Lawlor.  He will be available.  Call your

5   Pretrial Services agent, ask -- come back to the courthouse.

6   We're here all day, okay?

7           DEFENDANT HOOD:  Yes.

8           THE MAGISTRATE:  And ask -- if you're not sure

9   about something and it doesn't add up and you need help,

10  you've got to ask for help and get this clarified, because

11  if you mess up and because you didn't know about this, you

12  could get stepped back.  Do you understand?

13          DEFENDANT HOOD:  Yes, sir.

14          THE MAGISTRATE:  Okay.

15          In terms of other conditions, you're not to commit

16  another state, local, or federal crime.

17          You're to follow -- I think we had talked about,

18  Mr. Lawlor, some of the other conditions you want.  Those

19  are really post-convictions.  I don't think that there's

20  anything that's needed here at this point in terms of

21  vocational or education or anything else.  That's not where

22  we're at right now, but I appreciate you looking out for

23  that.

24          MR. LAWLOR:  Your Honor, testing, treatment, and

25  education?

1            THE MAGISTRATE:  Yeah.

2            So, Ms. Holman, in terms of drug testing, is that

3    something Pretrial would request here?

4            PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

5    We're requesting drug testing.

6            THE MAGISTRATE:  Okay.

7            So you're going to be directed to get drug testing

8    as directed.  So it will be at Pretrial's discretion.

9    They'll tell you how often you need to do it, where you need

10   to go, you need to follow those directions.  If you drop

11   dirty, then you're going to be back before me and then you

12   can be sure, right -- you saw, no one else got out.  On this

13   case, not a single person has been released, you're the only

14   person, okay?

15           DEFENDANT HOOD:  Yes, sir.

16           THE MAGISTRATE:  So you have no margin for error.

17   You got me?

18           DEFENDANT HOOD:  Yes.

19           THE MAGISTRATE:  Go ahead, Mr. Lawlor.

20           MR. LAWLOR:  Treatment and drug testing.

21           THE MAGISTRATE:  So also drug treatment as

22   directed by Pretrial Services.

23           Anything else that PSA is recommending,

24   Ms. Holman, besides --

25           PRETRIAL SERVICES OFFICER:  Your Honor, he would

```
 1   need to stay within the D.C. area.  He cannot travel more

 2   than 50 miles outside of the D.C. area.

 3              THE MAGISTRATE:  This place is in Bethesda that

 4   you're working, right?

 5              DEFENDANT HOOD:  Yes.

 6              THE MAGISTRATE:  Okay.

 7              You can't go outside the D.C. area.  You have to

 8   stay within -- we can't go outside 50 miles -- you can't go,

 9   period, it's got to only be to work.  So if for some reason

10   that changes and your work needs you to go outside of there,

11   you've got to ask PSA first or else the box is going to go

12   off, okay?

13              DEFENDANT HOOD:  Yes, sir.

14              THE MAGISTRATE:  But Bethesda is within 50 miles,

15   so we'll be good on that, right, Ms. Holman?

16              PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

17              And, of course, the no firearms.

18              THE MAGISTRATE:  Okay.

19              No firearms in the residence that you're at.

20   Do you understand --

21              DEFENDANT HOOD:  Yes, sir.

22              THE MAGISTRATE:  -- if the person you're staying

23   with decides to get a firearm, you need to let PSA know

24   immediately and then you'll have to find other residence.

25              But they can't have any firearms.  If you go there
```

1   now and they forget, they're like, oh, man, I had my old

2   grandfather's gun in the basement or something, you need to

3   immediately call PSA, Mr. Lawlor, and say, hey, there's a

4   firearm here, they're going to get rid of it, but -- you

5   know, tomorrow, whatever it is, but make sure there's no

6   firearms in that residence.  Understand?

7           DEFENDANT HOOD:  Yes, sir.

8           THE MAGISTRATE:  That's for the Pretrial Services

9   Officer, in case whenever they have a meeting or they come

10  out there or anything like that, they need -- I need to be

11  sure that they're safe, okay?

12          DEFENDANT HOOD:  Yes, sir.

13          THE MAGISTRATE:  Do you have a passport?

14          DEFENDANT HOOD:  No, sir.

15          PRETRIAL SERVICES OFFICER:  He cannot change --

16          THE MAGISTRATE:  Sorry.

17          Go ahead, Ms. Holman.

18          PRETRIAL SERVICES OFFICER:  Okay.

19          He cannot change addresses without Pretrial's

20  permission.

21          And as far as work, just so he understands, we

22  give one-hour travel time to and from work, but we can make

23  considerations if he will be taking the Metro to and from

24  Bethesda to work.

25          THE MAGISTRATE:  You've just got to tell them all

1  your business.  Do you understand me?

2          DEFENDANT HOOD:  Yes.

3          THE MAGISTRATE:  You've just got to be very open

4  with Pretrial, open book.

5          Now, you talk to Mr. Lawlor, obviously he's your

6  lawyer, there's certain things -- this is not about your

7  case.  They just care about what's happening today going

8  forward.  So if you need an hour to get to Bethesda, let

9  them know.  If you need more, let them know.

10          But make sure -- remember, you're on the box, so

11  they're watching where you're going.  So just make sure

12  you're going to and from.  But if you need more time, tell

13  them.  Don't try to just say like, I'll just make it work or

14  whatever.  Don't -- I know you want to succeed, okay?

15          DEFENDANT HOOD:  I do.

16          THE MAGISTRATE:  But don't set yourself up to fail

17  by trying to do too much that you can't do, okay?

18          DEFENDANT HOOD:  Yes, sir.

19          THE MAGISTRATE:  Okay.

20          Now, you don't have a passport?

21          DEFENDANT HOOD:  No, sir.

22          THE MAGISTRATE:  You're not going to apply for a

23  passport or any other travel document?

24          DEFENDANT HOOD:  No, sir.

25          THE MAGISTRATE:  Okay.

```
 1                 What else, Ms. Holman?

 2                 PRETRIAL SERVICES OFFICER:  I think that's it,

 3      Your Honor.

 4                 THE MAGISTRATE:  I think that's it as well.

 5                 Now, I want to warn you --

 6                 MR. LAWLOR:  Your Honor, can he also be released

 7      for one religious service weekly?

 8                 THE MAGISTRATE:  What's that?  He has a church or

 9      something you're saying he goes to?

10                 DEFENDANT HOOD:  I go to Jumu'ah on Fridays.

11                 THE MAGISTRATE:  Okay.

12                 You go to Jumu'ah on Fridays.

13                 Where is that at?

14                 DEFENDANT HOOD:  I used to go -- well, it's on

15      New Jersey Avenue because it was close to where I used to be

16      on 7th Street, it was next to Dunbar, New Jersey Avenue.

17      It's called Muhammad.

18                 THE MAGISTRATE:  You mean Masjid Muhammad?

19                 DEFENDANT HOOD:  Yes.

20                 THE MAGISTRATE:  Yeah.  Okay.  I go there, too.

21      I understand where it is.

22                 So you're asking to go there once a week on

23      Fridays?

24                 DEFENDANT HOOD:  Yes.

25                 But --
```

```
 1                  THE MAGISTRATE:  Ms. Holman.

 2                  DEFENDANT HOOD:  I don't have to go to that one

 3       because of that location.  I can go uptown to 18th and

 4       Monroe.  It's more than one Masjid I can go to.  I don't

 5       have to go there.

 6                  THE MAGISTRATE:  I understand.

 7                  Ms. Holman, for religious services --

 8                  PRETRIAL SERVICES OFFICER:  Your Honor, with home

 9       detention, he is permitted to go to religious services.

10                  THE MAGISTRATE:  That was my recollection as well.

11                  PRETRIAL SERVICES OFFICER:  He just has to clear

12       and give Pretrial everything in advance.

13                  So if it's on a weekend --

14                  THE MAGISTRATE:  It's on a Friday.

15                  COURTROOM DEPUTY:  -- he's got to get permission

16       by Thursday or Friday.

17                  THE MAGISTRATE:  It's on a Friday.  It's on a

18       Friday.

19                  So on Thursday, he needs to let you know on

20       Thursday, his supervising Pretrial Services officer, on a

21       Thursday where he's going from -- I mean, it's fixed times.

22       So it's only about an hour and a half.  So he just needs to

23       let you know on the day before, is that right, Ms. Holman?

24                  PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

25                  He has to get permission every Thursday.
```

1          THE MAGISTRATE:  So you understand if they don't

2     say you can go, you can't go then?

3          DEFENDANT HOOD:  Yes, sir.

4          THE MAGISTRATE:  All right?

5          DEFENDANT HOOD:  I understand.

6          THE MAGISTRATE:  Okay.

7          So every Thursday.

8          How soon -- should he call earlier than Thursday,

9     Ms. Holman, or Thursday is good?

10          PRETRIAL SERVICES OFFICER:  He can, or no later

11     than Thursday.

12          THE MAGISTRATE:  So don't wait till Thursday.

13          I mean, you know exactly where you're going.

14     Call them on Wednesday.  You know what time it is, Jumu'ah

15     is, okay?

16          DEFENDANT HOOD:  Yes.

17          THE MAGISTRATE:  Okay.

18          Home detention does allow you to go to religious

19     services, as we've said, but, again, you have to get

20     permission beforehand.  You can't do anything without

21     permission.  Do you understand?

22          DEFENDANT HOOD:  Yes, sir.

23          THE MAGISTRATE:  I understand you're a grown man

24     and you may not like that, but that's where we are, okay?

25     You got me?

1          DEFENDANT HOOD:  I understand, yes.

2          THE MAGISTRATE:  All right.

3          Okay.  Now, I want to warn you -- go ahead.

4          You're good?

5          DEFENDANT HOOD:  Yes.

6          THE MAGISTRATE:  I want to warn you as to what

7     happens if you violate the conditions of release.

8               If you violate any of my conditions that I have

9     been placing on you, you could face several things; one, you

10    could face a bench warrant, you could face -- you could be

11    arrested and held pending trial, and you could face contempt

12    charges.  Do you understand that?

13         DEFENDANT HOOD:  Yes.

14         THE MAGISTRATE:  In addition, there are two

15    conditions I want to highlight.  If you fail to appear for a

16    future hearing either via Zoom, it might be, or in person,

17    it doesn't matter, you can work with Mr. Lawlor to see

18    whatever's more convenient for you.

19              If you fail to appear, you could face those

20    penalties I just discussed.  But on top of that, you could

21    face a new charge for failing to appear.  Do you understand

22    that?

23         DEFENDANT HOOD:  Yes, sir.

24         THE MAGISTRATE:  Now, finally, if you commit

25    another state, local, or federal crime, you not only could

1  face those original charges, you could face -- you'll face

2  new charges but also a harsher sentence in this case for

3  committing a crime while on release.  Do you understand

4  that?

5           DEFENDANT HOOD:  Yes, sir.

6           THE MAGISTRATE:  Do you have any questions about

7  the conditions of release?

8           DEFENDANT HOOD:  No, sir.

9           THE MAGISTRATE:  Are you sure?

10          Anything you didn't understand?

11          DEFENDANT HOOD:  I understand.

12          THE MAGISTRATE:  Ms. Holman, where should he show

13  up tomorrow to turn himself in to get his ankle monitor, as

14  well as do the employment verification?

15          PRETRIAL SERVICES OFFICER:  Your Honor, he's going

16  to our 633 office.  And I'll send in a text message to

17  Mr. Lawlor and his cousin with the address.  And I'm putting

18  it in the conditions of release.  His cousin has already

19  responded, so she has the address where he needs to go.

20          THE MAGISTRATE:  Okay.

21          Mr. Brown.

22          MR. LAWLOR:  633 Indiana Avenue?

23          THE MAGISTRATE:  That's right.

24          MR. LAWLOR:  And what's the name of the officer,

25  just U.S. Pretrial?

1          THE MAGISTRATE:  He'll just go in and ask for the

2   supervising --

3          PRETRIAL SERVICES OFFICER:  Yeah, it's Pretrial

4   Services.

5          Yeah, he's reporting for orientation, don't have

6   the paperwork.

7          THE MAGISTRATE:  Just tell them it's for

8   orientation.

9          MR. LAWLOR:  Okay.

10          THE MAGISTRATE:  So Ms. Holman just said she's

11   already sending this information to your cousin who you're

12   staying with.  She's going to send it to Mr. Lawlor as well.

13   You've got Mr. Lawlor's number, he's writing it on that

14   card.

15          DEFENDANT HOOD:  Yes.

16          THE MAGISTRATE:  As soon as you get out, I want

17   you to call Mr. Lawlor, make sure you get back in contact

18   with him once you get to your cousin's house or whatever.

19   And make sure tomorrow morning you let him know that you're

20   going there.

21          If for some reason something comes up, you need to

22   let him know again, okay?

23          DEFENDANT HOOD:  Yes, sir.

24          THE MAGISTRATE:  But you've got to be there.

25          What time should he be there, Ms. Holman?

1          PRETRIAL SERVICES OFFICER:  9:30, Your Honor.

2          THE MAGISTRATE:  9:30 tomorrow morning.

3          633 Indiana Avenue, Northwest, Pretrial Services,

4     okay?

5          DEFENDANT HOOD:  Yes, sir.

6          PRETRIAL SERVICES OFFICER:  Yes.

7          Ninth floor.

8          THE MAGISTRATE:  Ninth floor, okay?

9          DEFENDANT HOOD:  Ninth floor.

10         THE MAGISTRATE:  She's sending all of that

11    information to your cousin, that conditions of release.

12    So you're going to have that also.  His cousin's email, is

13    that right, Ms. Holman?

14         THE DEFENDANT:  Trust me, she going to make sure

15    I'm there.

16         PRETRIAL SERVICES OFFICER:  I sent her a text

17    message, Your Honor, with the address and information with

18    Pretrial's phone number.

19         THE MAGISTRATE:  Okay.  She sent a text message.

20         Okay.  Thank you.

21         You got that, Mr. Brown [sic]?

22         DEFENDANT HOOD:  Yes.

23         THE MAGISTRATE:  Any questions?

24         DEFENDANT HOOD:  No, sir.

25         THE MAGISTRATE:  Okay.

1              Ms. Bryant, can you please swear him into the

2    conditions of release?

3              COURTROOM DEPUTY:  Mr. Hood, please raise your

4    right hand.

5              (Defendant Hood is placed under oath.)

6              COURTROOM DEPUTY:  Thank you.  You may lower your

7    hand.

8              THE MAGISTRATE:  Okay.

9              Any other conditions or things that we need to

10   think about before I hear from the government, Ms. Holman?

11             PRETRIAL SERVICES OFFICER:  Nothing else from

12   Pretrial, Your Honor.

13             THE MAGISTRATE:  Mr. Eppel, you can sit there and

14   speak into the microphone.

15             Any other conditions of release that you're

16   requesting?  I can't think of anything else, but I want to

17   make sure there's nothing the government is asking for.

18             MR. EPPEL:  Your Honor, I don't have a specific

19   reason to ask for this, but perhaps just mental health

20   treatment if deemed necessary by PSA.

21             THE MAGISTRATE:  Okay.

22             Mr. Lawlor, anything on that?  Any objection?

23             MR. LAWLOR:  No objection.

24             THE MAGISTRATE:  So I'm going to add to the

25   condition of release, mental health as directed by PSA.

1              Ms. Holman, is that the correct wording,

2    I believe?

3              PRETRIAL SERVICES OFFICER:  If there's no reason

4    for it, Your Honor, I will put it as a mental health

5    assessment to determine if there is need.

6              THE MAGISTRATE:  Let's do mental health

7    assessments, of course.  Then after assessed, if there's any

8    indication it's need, it's as directed.

9              Okay.  Anything else, Mr. Eppel, in terms of from

10   the government?

11             MR. EPPEL:  No, Your Honor.

12             THE MAGISTRATE:  All right.

13             That's it for us today, Mr. Hood.  I'm putting my

14   faith in you.  Understand me, all right?

15             DEFENDANT HOOD:  I will not let you down,

16   Your Honor.

17             THE MAGISTRATE:  I believe that.

18             If you've got a problem, ask for help.  Don't wait

19   until afterwards and then try to get yourself out of it.

20   I understand it's going to be a lot of challenges, but I'm

21   trusting you that your number one thing is asking for help.

22   You promise me you're going to do that?

23             DEFENDANT HOOD:  Yes, I promise you.

24             THE MAGISTRATE:  All right.

25             Talk to your Pretrial Services Officer, talk to

```
1    Mr. Lawlor.  And if you've got any questions, he's there for
2    you.  He's working for you.  You see that, right?
3              DEFENDANT HOOD:  Yes.
4              THE MAGISTRATE:  It's 6:18.  Everyone else has
5    left the building, he's still there, all right?
6    He's working for you.  So make sure you work with him and
7    help him.
8              Don't tie his hands behind his back and make him
9    come back in here and then try to get you back out or help
10   you because you never talked to him.
11             He can't fight for you.  He's on your team.  He
12   can't fight for you if you don't stay in contact with him
13   and help him help you, okay?
14             DEFENDANT HOOD:  I understand.
15             THE MAGISTRATE:  All right.  Good luck to you.
16   Take care.
17             DEFENDANT HOOD:  Thank you.
18             MR. LAWLOR:  Thank you, Your Honor.
19             THE MAGISTRATE:  Thank you.
20             All right.  Ms. Bryant, you'll send the release
21   order over to the D.C. jail?
22             PRETRIAL SERVICES OFFICER:  I'm working on the
23   release order, Your Honor.  I will send it to the Court, to
24   chambers, shortly.
25             THE MAGISTRATE:  The release conditions, right.
```

1          PRETRIAL SERVICES OFFICER:  Oh, release

2    conditions.  I'm sorry.

3          THE MAGISTRATE:  Yeah.  Okay.

4          Ms. Bryant, you said you sent over to the D.C.

5    jail the release order, right?

6          COURTROOM DEPUTY:  Yes.

7          THE MAGISTRATE:  Okay.

8          Thanks for your diligence, Mr. Lawlor;

9    I appreciate you going through that today.  Thank you.

10          Mr. Eppel, same for you.  I mean, I already said

11    it but I'll say it again:  Thank you.  It's a very long day.

12    And I know you've had several very long days, so I really

13    appreciate your diligence.

14          MR. EPPEL:  Thank you, Your Honor.  Have a good

15    evening.

16          THE MAGISTRATE:  All right.  The parties are

17    excused.  Take care, everybody.

18          (Proceedings concluded at 6:19 p.m.)

19

20

21

22

23

24

25



C E R T I F I C A T E

I do hereby certify that the foregoing is a true, correct, and complete transcript of the audio-recorded proceedings in this matter, audio recorded on Wednesday, June 1, 2022, and transcribed from the audio recording to the best of my ability, and that said transcript has been compared with the audio recording.



Date:__June 6, 2022_____     _____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY:** [12] 3/2 3/8 4/11 4/14 53/11 53/13 53/18 77/4 132/15 138/3 138/6 141/6
**DEFENDADNT BROWN:** [11] 101/23 102/3 102/5 102/10 102/23 104/24 105/20 106/2 106/25 107/4 107/14
**DEFENDANT HANDY:** [1] 74/10
**DEFENDANT HOOD:** [77] 78/11 84/18 84/22 85/2 85/5 85/11 85/13 85/20 85/22 85/25 86/3 86/6 86/12 86/16 86/22 86/25 87/12 119/14 119/18 120/2 120/7 120/17 121/3 121/6 121/14 121/23 122/1 122/6 123/3 123/17 124/5 124/11 124/22 126/13 127/15 127/18 128/5 128/13 128/21 129/7 129/12 129/14 130/2 130/15 130/18 130/21 130/24 131/10 131/14 131/19 131/24 132/2 133/3 133/5 133/16 133/22 134/1 134/5 134/13 134/23 135/5 135/8 135/11 136/15 136/23 137/5 137/9 137/22 137/24 139/15 139/23 140/3 140/14 140/17
**DEFENDANT NARCE:** [1] 9/13
**MR. EPPEL:** [40] 3/20 10/6 10/13 28/17 28/23 29/4 29/7 30/5 38/14 38/22 40/6 51/10 64/21 65/5 65/7 65/13 65/17 66/1 66/4 66/6 66/11 66/18 67/3 67/18 67/21 68/2 68/5 68/7 68/10 68/16 69/8 70/19 75/2 75/8 77/12 89/10 110/13 138/18 139/11 141/14
**MR. KATZOFF:** [50] 3/24 9/6 9/9 13/25 14/8 14/11 17/4 19/10 19/20 22/24 23/1 23/4 23/7 23/11 23/19 23/22 24/2 24/5 36/13 36/15 36/17 36/21 36/24 37/1 37/7 37/9 37/14 37/17 37/21 37/24 38/2 38/5 38/24 39/2 39/12 39/18 40/3 40/14 40/18 41/2 41/4 41/6 41/11 41/19 41/21 42/2 42/11 43/4 72/14 72/16

**MR. MARCON:** [1] 77/25 46/7 4/3 77/11 77/22 79/21 79/24 80/15 80/17 80/19 83/11 83/14 83/19 83/21 83/24 84/2 84/5 84/10 86/10 86/17 87/4 87/15 87/18 88/9 88/13 90/6 90/12 90/18 90/24 115/21 116/1 116/8 116/13 116/17 116/20 126/24 127/20 131/6 135/22 135/24 136/9 138/23 140/18
**MR. MARSTON:** [31] 4/5 43/9 47/21 48/1 48/3 48/7 48/11 48/15 48/22 49/7 49/14 49/16 49/21 49/25 50/6 50/8 50/10 61/10 64/14 72/24 73/7 73/14 73/21 73/24 74/1 74/14 74/18 74/21 74/25 75/15 76/5
**MR. MARTIN:** [22] 3/22 47/17 77/13 91/4 91/10 92/7 92/12 93/20 93/24 94/11 96/14 100/5 101/16 101/24 102/1 113/8 113/25 114/4 114/9 114/12 114/23 115/16
**PRETRIAL SERVICES OFFICER:** [41] 4/20 24/24 25/5 25/9 25/24 26/10 87/20 87/24 88/3 89/22 92/2 116/4 116/16 116/25 117/6 117/11 117/19 118/13 118/23 119/2 122/12 122/24 127/4 127/25 128/16 129/15 129/18 131/2 132/8 132/11 132/24 133/10 135/15 136/3 137/1 137/6 137/16 138/11 139/3 140/22 141/1
**THE DEFENDANT:** [2] 86/9 137/14
**THE MAGISTRATE:** [351]
**THE WITNESS:** [73] 53/21 53/24 54/6 54/13 54/17 54/20 54/23 54/25 55/3 55/5 55/8 55/13 55/19 55/24 56/6 56/14 56/19 56/22 57/1 57/4 57/12 57/15 57/20 58/6 58/9 58/20 58/22 59/1 59/7 59/9 59/12 59/20 59/24 60/2 60/10 60/12 60/17 60/25 62/25 63/3 63/11 63/16 63/20 64/7 64/9 64/25 65/6 65/8 65/15 65/19 65/22 66/3 66/5 66/9 66/13 66/22 67/6 67/16 67/25 68/4 68/6 68/9 68/12 68/18 69/12 69/18 69/22 70/21

**0**
**0044** [1] 2/16
**0575** [1] 2/11

**1**
**1.7** [1] 51/23
**10th** [1] 74/18
**11** [5] 1/8 3/11 3/14 77/5 77/7
**112** [1] 82/8
**11:15 a.m** [1] 118/2
**11:30** [6] 40/1 40/2 40/5 40/23 41/3 41/7
**12** [1] 52/7
**12:00** [1] 41/22
**12th** [1] 80/2
**13** [1] 10/18
**13th** [1] 11/11
**14th** [1] 22/2
**15** [3] 26/3 26/12 114/21
**1500** [1] 17/13
**164** [3] 1/5 3/11 77/4
**17** [7] 96/14 102/12 102/25 104/13 108/20 109/12 111/1
**17-year-old** [3] 98/6 108/21 108/22
**1717** [1] 2/7
**18** [1] 21/3
**18th** [1] 132/3
**19-56** [1] 21/13
**196** [1] 3/8
**1981** [1] 99/6
**1986** [1] 51/16
**1989** [1] 57/25
**19th** [1] 22/3
**1:00** [3] 39/19 39/21 40/19
**1st** [1] 113/25

**2**
**20** [3] 37/7 105/13 109/16
**20 years** [1] 109/13
**20001** [2] 1/15 2/21
**20004** [1] 2/4
**20006** [1] 2/7
**2005** [4] 43/14 44/25 45/1 57/6
**2006** [1] 51/16
**2007** [1] 51/16
**2013** [3] 21/2 51/16 52/15
**2014** [1] 51/16
**2016** [2] 25/14 65/24
**2018** [2] 52/16 65/12
**2019** [1] 45/10
**202** [5] 1/16 2/4 2/8 2/22 116/16
**2020** [1] 11/11
**2021** [1] 11/14
**2022** [6] 1/6 26/13 26/14 26/15 143/5 143/9

**20770** [1] 2/15
**22** [2] 98/11 102/13
**22-164** [1] 1/5
**22-CR-164** [2] 3/11 77/4
**22-CR-196** [1] 3/8
**220-3700** [1] 2/11
**23** [1] 98/11
**24** [1] 95/23
**24/7** [6] 32/11 32/24 34/20 61/4 61/14 111/5
**24th** [1] 26/13
**25** [1] 47/10
**252-6661** [1] 1/16
**25th** [2] 5/9 11/4
**26** [1] 80/1
**261-7321** [1] 2/8
**27** [1] 51/18
**27th** [1] 25/16
**28** [2] 98/10 102/15
**2:30** [5] 41/22 41/25 42/4 114/16 114/19
**2:32** [1] 1/6

**3**
**30** [2] 109/16 114/21
**301** [2] 2/11 2/16
**310** [1] 2/3
**3111** [1] 116/16
**3142** [1] 14/24
**3249** [1] 2/22
**33-year-old** [1] 108/23
**333** [1] 2/21
**35** [2] 20/11 20/11
**354-3249** [1] 2/22
**3700** [1] 2/11
**3:30** [3] 74/23 75/1 114/17

**4**
**4.6** [1] 52/4
**41** [1] 96/15
**42-year-old** [1] 108/22
**45** [4] 55/3 76/16 93/21 94/1
**46** [1] 94/7
**47** [2] 94/19 94/19
**474-0044** [1] 2/16
**48** [1] 95/5
**49** [1] 43/12
**4:00** [1] 76/24
**4th** [2] 1/15 26/13

**5**
**5'7** [1] 82/8
**5.2** [1] 52/1
**50** [3] 128/2 128/8 128/14
**5114** [1] 91/19
**527-3111** [1] 116/16
**555** [1] 1/15
**56** [1] 21/13
**575** [1] 2/10
**58-page** [1] 93/20
**5:04** [1] 76/24
**5:45** [1] 116/2
**5:47** [1] 117/7

**6**
**6305** [1] 2/14
**633** [3] 135/16 135/22 137/3
**6414** [1] 2/4
**6661** [1] 1/16
**6:02** [1] 117/7
**6:18** [1] 140/4
**6:19** [1] 141/18
**6th** [3] 114/1 114/2 114/5

**7**
**7-Eleven** [1] 124/3
**700** [1] 2/15
**71** [1] 58/20
**717** [1] 2/3
**7321** [1] 2/8
**783-6414** [1] 2/4
**7th** [17] 10/16 13/3 16/4 16/21 41/3 41/4 41/6 41/17 73/13 87/3 87/5 93/9 99/2 114/4 114/5 114/7 131/16

**8**
**8th** [11] 40/17 40/21 41/17 42/4 74/15 114/4 114/7 114/8 114/9 114/10 114/13

**9**
**9:30** [3] 122/13 137/1 137/2
**9th** [4] 40/14 40/16 74/18 74/19

**A**
**a.m** [1] 118/2
**abide** [1] 11/2
**ability** [4] 58/17 59/16 69/15 143/6
**abject** [1] 34/8
**able** [27] 7/6 16/19 31/13 33/24 34/6 36/10 38/10 39/3 40/1 40/2 40/10 58/17 59/15 59/17 61/3 61/23 62/1 64/18 73/11 75/19 87/21 113/17 117/3 117/17 117/19 117/22 119/25
**about** [96] 6/13 8/22 9/18 14/25 20/25 23/14 26/21 26/23 28/10 34/25 35/19 38/24 39/19 40/5 42/15 43/18 43/21 45/7 45/23 51/4 52/14 52/21 55/3 56/11 57/24 58/7 59/1 60/5 60/22 60/22 61/20 62/16 63/17 65/2 66/9 68/21 68/22 69/9 69/9 69/15 69/16 69/16 69/20 69/24 70/10 73/12 76/11 76/16 78/13 78/18 79/17

**A**

about... [45] 79/22
80/1 80/10 82/18 82/19
88/23 92/18 92/23
93/25 95/22 96/9 97/8
97/13 98/10 98/11 99/8
99/10 102/7 102/13
103/9 104/7 104/8
105/17 106/9 106/10
106/16 108/9 108/24
109/23 110/4 110/8
110/11 112/11 118/1
118/7 119/22 120/12
126/9 126/11 126/17
130/6 130/7 132/22
135/6 138/10
above [2] 51/25 52/5
absolutely [10] 8/4
24/12 38/7 60/15 73/3
76/13 90/8 91/9 92/10
112/2
Academy [1] 16/16
accept [1] 83/1
acceptable [1] 111/23
accepted [1] 21/9
accepting [1] 94/8
access [2] 33/2 61/23
accommodated [1]
41/12
accomplish [1] 42/12
according [5] 11/7
11/10 20/4 26/10 51/17
accurate [2] 22/6 91/19
accusing [1] 92/8
act [4] 49/19 95/13
95/14 98/11
acting [1] 107/9
actions [1] 35/10
actively [1] 82/15
activities [1] 66/12
activity [2] 29/12 31/6
acts [3] 10/21 13/4
13/10
actual [1] 17/19
actually [11] 40/16
43/10 48/3 53/14 56/17
80/4 80/6 85/6 94/16
97/7 123/22
acutely [1] 78/16
add [5] 54/2 89/12
101/17 126/9 138/24
addition [10] 10/20
11/5 11/8 13/5 33/2
51/14 79/24 81/4 93/5
134/14
additional [10] 31/23
31/24 34/23 36/9 36/10
38/19 38/20 54/2 76/15
119/20
address [10] 22/23
38/10 49/9 80/23 102/2
117/22 122/20 135/17
135/19 137/17
addresses [2] 17/1
129/19
admartinesq [1] 2/12
adolescent [1] 98/7
advance [2] 81/13

advises [1] 96/2
affidavit [2] 51/11
51/17
afford [1] 15/24
after [8] 8/7 9/15 12/19
28/9 58/24 106/23
107/24 139/7
afternoon [11] 3/20
3/22 3/24 4/3 4/5 40/20
53/19 53/21 64/22
77/13 77/17
afterwards [3] 90/14
119/8 139/19
again [42] 7/15 8/1 8/9
8/21 12/8 12/13 15/6
17/11 18/1 26/5 26/6
26/9 27/21 31/17 36/7
50/4 50/17 62/19 64/13
70/12 70/15 74/6 75/4
75/20 76/2 77/13 78/15
79/14 79/19 87/11 89/2
93/24 97/4 107/24
109/24 110/1 111/16
111/16 119/9 133/19
136/22 141/11
against [2] 33/10 34/11
age [1] 109/23
agencies [1] 85/16
Agency [1] 16/24
agent [2] 123/16 126/5
aggravating [1] 99/18
ago [11] 12/16 23/9
43/17 51/4 55/3 92/1
105/13 109/13 109/15
109/16 109/16
agree [3] 29/25 31/8
70/15
ahead [21] 3/7 4/10
14/7 19/19 36/14 38/23
40/9 64/20 70/20 78/2
79/4 81/10 81/14 84/15
87/14 89/9 89/21 102/9
127/19 129/17 134/3
aided [1] 2/23
AKO [6] 1/7 3/13 4/6
56/2 57/25 65/3
Ako's [1] 55/8
all [98] 3/2 3/6 3/15 4/8
4/18 5/3 5/10 5/16 5/17
7/24 8/15 8/16 8/20
8/21 14/7 20/23 27/4
29/5 32/19 33/22 36/17
37/3 37/14 42/18 42/20
44/2 45/17 46/13 49/1
49/2 49/19 50/1 50/12
51/9 53/8 53/20 54/22
54/24 56/7 58/4 58/12
59/4 59/13 59/14 60/4
71/7 71/24 72/15 72/18
74/9 75/24 76/4 76/13
76/18 76/20 78/10
78/23 79/10 82/20
87/13 87/15 87/17 91/1
92/12 97/18 102/4
102/9 103/5 105/23
106/14 107/10 107/14
107/15 107/16 107/19

111/3 113/21 114/22
119/6 119/11 120/21
124/9 125/25 126/6
129/25 133/4 134/2
137/10 139/12 139/14
139/24 140/5 140/15
140/20 141/16
all right [19] 8/15
42/18 42/20 53/8 53/20
54/24 60/4 71/7 71/24
74/9 78/10 103/5
107/10 107/14 119/6
120/21 124/9 139/14
140/5
allegation [8] 16/2
18/24 29/8 29/20 51/2
78/15 94/9 101/5
allegations [18] 14/25
15/2 15/6 15/19 15/21
17/9 17/11 18/2 30/15
33/10 43/7 46/13 46/14
52/21 52/23 52/24
89/16 96/18
alleged [9] 12/5 12/21
25/16 25/19 26/1 26/11
35/17 52/25 94/20
allegedly [2] 28/5 33/8
alleges [1] 10/15
alleging [5] 15/14 19/4
28/19 28/21 29/14
allow [1] 133/18
allowed [7] 56/2 60/15
60/17 61/12 61/17
67/15 124/24
allows [1] 47/4
almost [5] 24/6 48/12
59/1 102/13 115/14
alone [1] 117/24
along [5] 28/14 47/24
88/19 89/14 113/1
already [13] 5/7 26/25
30/10 33/9 34/7 35/16
43/24 89/12 100/24
104/16 135/18 136/11
141/10
also [29] 11/23 12/4
20/22 24/9 25/15 27/21
31/11 40/24 40/25
46/25 54/3 54/3 57/21
82/7 91/23 91/23 93/2
93/6 93/13 94/17 96/6
96/24 98/20 100/12
106/10 127/21 131/6
135/2 137/12
alternative [1] 112/24
alternatives [1] 100/6
although [4] 13/1
16/11 51/6 51/19
always [12] 14/2 14/6
22/9 32/12 39/25 41/1
69/3 75/20 81/4 81/6
89/8 98/17
Alwin [1] 46/25
am [15] 7/23 8/14 25/6
25/6 46/17 54/20 57/4
58/10 65/19 65/23
69/12 92/22 104/19

Amazon [2] 117/25
118/7
AMERICA [5] 1/3 3/9
3/12 77/5 117/15
amongst [1] 79/11
amount [5] 20/25
27/22 52/12 82/17
108/13
amounts [3] 12/3 13/3
82/21
analyze [1] 28/16
angry [1] 20/19
ankle [2] 122/22
135/13
another [12] 7/18
11/21 52/1 58/15 74/15
74/16 107/18 107/24
112/24 113/20 126/16
134/25
answer [6] 54/8 64/18
71/4 108/6 109/18
111/4
answered [1] 72/22
answers [1] 72/2
Anthony [4] 2/9 2/10
3/23 77/14
Anthony Martin [1]
3/23
anticipate [1] 114/20
anticipation [1] 8/19
any [75] 9/17 12/23
15/8 16/2 17/14 19/5
22/20 23/17 24/1 24/2
25/2 27/1 27/12 29/15
29/16 29/21 30/25
34/12 35/25 42/10
44/25 45/1 50/16 50/17
52/9 54/2 58/17 58/18
59/10 60/3 63/1 64/16
68/7 69/10 71/9 72/5
73/17 73/23 74/7 78/15
81/3 81/16 82/19 87/16
87/25 87/25 89/2 90/21
95/10 96/5 96/7 97/7
98/21 99/18 99/19
99/24 100/19 100/22
109/1 111/4 113/5
117/3 119/16 123/14
125/25 128/25 130/23
134/8 135/6 137/23
138/9 138/15 138/22
139/7 140/1
anybody [8] 33/4 33/17
61/17 63/9 66/16 92/8
98/6 110/21
anyone [4] 55/7 87/25
97/6 113/17
anything [40] 15/3
19/25 24/15 28/12
35/14 42/15 42/17
60/20 63/23 64/8 64/11
64/13 64/18 72/3 73/25
75/13 87/9 88/12 89/3
89/12 96/16 96/17
99/14 99/20 101/12
101/17 102/7 109/21
114/13 117/4 120/11

6/20 126/21 127/23
129/10 130/20 135/10
138/16 138/22 139/9
anytime [1] 117/2
anyway [2] 19/5 101/4
anywhere [3] 5/21
78/10 124/2
aol.com [2] 2/5 2/12
apart [1] 44/1
apartment [14] 11/5
15/13 15/14 17/14
30/22 30/23 31/1 38/15
51/13 51/18 52/17
55/21 94/23 95/1
apologize [2] 10/7
28/18
apparently [2] 19/25
95/5
appeal [5] 7/13 62/10
89/8 112/16 115/10
appear [8] 20/24 22/9
45/17 47/8 52/16
134/15 134/19 134/21
appearance [4] 5/10
14/19 95/16 98/16
appearances [7] 1/13
1/17 5/8 44/3 66/15
66/23 88/23
appeared [2] 22/3
22/10
appearing [1] 91/24
appears [11] 13/7 22/4
22/7 25/18 52/9 79/12
96/24 96/24 97/10
108/10 108/12
apples [1] 37/24
apply [1] 130/22
appointment [2] 40/18
125/3
appointments [2]
123/14 123/20
appreciate [12] 4/24
10/5 48/20 71/12 71/17
71/18 75/5 75/12 82/18
126/22 141/9 141/13
appreciative [2] 8/18
110/20
approach [2] 71/21
91/3
approached [1] 21/20
approaching [1] 10/7
appropriate [5] 17/8
25/4 78/19 82/3 89/18
approved [4] 17/5
22/15 22/23 123/14
approximately [1]
26/12
are [89] 3/15 8/10 9/20
10/3 14/25 15/6 15/21
16/4 16/12 17/22 19/22
19/23 20/20 21/17 24/1
27/8 31/24 32/6 32/18
32/21 33/8 33/11 35/6
35/17 35/19 36/6 37/4
38/10 39/16 42/17
47/24 49/1 51/8 52/15
53/21 57/3 58/4 59/5
75/9 76/18 77/8 79/9

**A**

**are...** [47] 81/23 82/21 87/19 95/1 95/8 95/10 95/11 95/20 96/21 97/12 99/22 99/22 100/6 100/14 101/10 102/3 103/21 103/21 103/22 103/25 105/11 108/2 108/18 110/3 110/10 110/18 111/15 111/23 112/2 113/21 113/25 115/4 115/4 115/23 117/16 117/24 119/22 120/6 121/8 121/16 121/18 125/16 126/19 133/24 134/14 135/9 141/16
**area** [12] 10/16 13/3 16/4 16/18 16/21 21/20 29/13 80/21 97/2 128/1 128/2 128/7
**aren't** [1] 111/9
**argue** [1] 94/12 101/2
**argued** [1] 82/13
**arguing** [1] 82/12
**argument** [6] 7/3 16/1 19/8 94/24 94/25 100/13
**arguments** [9] 10/3 16/10 27/17 68/3 68/4 73/10 112/10 112/12 115/13
**armed** [2] 12/8 28/24
**arms** [2] 18/24 107/22
**around** [11] 18/24 19/17 46/11 47/1 52/17 56/7 58/17 68/25 97/1 98/6 107/22
**arrangement** [1] 70/14
**arrest** [9] 11/4 25/13 26/1 26/11 30/23 32/6 82/5 83/9 118/14
**arrested** [8] 17/13 17/20 21/9 30/12 46/15 64/24 86/21 134/11
**arrests** [1] 61/6
**arrive** [1] 19/10
**as** [153]
**ask** [29] 14/16 23/25 31/16 31/20 34/14 39/25 50/1 50/14 53/9 54/4 58/14 60/20 62/19 64/18 70/5 88/11 89/14 106/15 109/9 119/7 121/9 126/1 126/5 126/8 126/10 128/11 136/1 138/19 139/18
**asked** [6] 20/17 21/5 66/14 66/14 81/6 88/18
**asking** [7] 25/17 39/7 67/11 89/4 131/22 138/17 139/21
**asks** [2] 11/20 13/11
**aspersion** [1] 89/3
**assault** [2] 19/20 23/18
**assertion** [1] 29/11
**assertions** [1] 99/25
**asserts** [1] 46/3

**assessment** [1] 139/5
**assessments** [1] 139/7
**assigned** [1] 123/16
**assist** [1] 70/13
**associated** [5] 13/2 35/3 35/6 51/2 101/4
**associating** [1] 28/23
**association** [3] 19/16 30/21 96/25
**assume** [1] 52/8
**assuming** [1] 96/25
**assure** [6] 7/4 14/18 31/14 31/14 73/19 112/13
**attempt** [1] 31/24
**attorney** [2] 13/16 53/9
**attorneys** [1] 75/10
**attributable** [1] 17/23
**attribute** [1] 31/2
**audio** [6] 1/11 95/6 143/3 143/4 143/5 143/7
**audio-recorded** [2] 1/11 143/3
**authorities** [1] 22/2
**authorized** [1] 21/6
**automatically** [4] 15/3 42/8 75/18 109/2
**available** [6] 32/16 40/23 41/18 41/21 115/24 126/4
**Avenue** [6] 2/21 17/13 131/15 131/16 135/22 137/3
**aware** [11] 10/14 12/15 17/25 20/9 21/17 24/1 24/3 27/9 30/13 78/16 104/3
**away** [9] 16/21 20/20 22/11 23/23 24/16 35/24 35/25 55/1 83/8
**awkward** [1] 82/1
**Ayo** [3] 43/18 50/6 50/7

**B**

**back** [66] 5/19 10/10 14/2 14/3 19/6 21/6 22/21 24/17 26/18 29/9 33/19 33/22 34/10 34/17 39/10 39/25 42/20 50/2 50/15 56/1 58/13 60/6 60/21 61/20 62/19 70/8 71/23 72/1 72/6 72/16 75/13 79/3 87/10 90/16 91/2 91/25 99/6 102/15 103/24 103/25 104/4 106/6 107/17 107/19 108/9 109/6 109/9 110/11 110/23 112/11 113/7 113/13 115/20 117/2 119/20 122/3 122/5 124/13 126/3 126/5 126/12 127/11 136/17 140/8 140/9 140/9
**backdrop** [1] 14/22
**bad** [1] 40/17

**bags** [1] 51/21
**bail** [2] 14/23 95/13
**Barrett** [1] 2/20
**base** [2] 51/24 52/2
**based** [4] 43/16 55/14 96/25 122/15
**basement** [5] 55/25 56/3 56/3 58/3 129/2
**basically** [2] 62/2 73/2
**battery** [2] 26/3 26/13
**battle** [1] 89/6
**be** [226]
**bear** [2] 4/18 107/11
**bearable** [1] 113/1
**because** [61] 6/3 6/9 10/2 18/4 20/10 21/12 21/23 22/19 24/7 27/7 27/20 33/7 33/14 34/7 34/22 35/11 37/9 39/10 40/9 42/6 53/8 58/10 58/14 61/2 62/1 62/12 62/18 64/25 65/1 67/1 70/5 73/9 75/16 79/19 79/25 82/11 93/8 95/1 97/12 99/1 103/23 104/3 104/6 105/13 105/17 105/25 106/21 108/7 109/2 109/11 111/18 115/22 118/2 120/18 121/10 123/11 126/10 126/11 131/15 132/3 140/10
**becoming** [1] 44/20
**bedroom** [2] 28/4 34/25
**bedrooms** [2] 55/23 55/24
**been** [64] 10/18 10/21 11/6 11/19 11/24 12/3 12/14 12/18 13/3 16/17 16/23 17/5 17/16 20/10 22/15 22/23 23/6 27/8 29/9 29/20 30/1 30/10 30/12 33/9 34/13 35/4 35/12 36/18 37/5 39/14 35/12 36/18 37/5 39/14 43/19 43/20 45/6 45/11 46/23 48/11 51/6 55/8 57/9 57/9 57/22 65/10 65/11 65/23 68/25 69/2 71/14 80/2 80/6 81/6 87/21 93/12 93/14 97/18 98/6 102/15 102/16 103/11 111/19 118/7 122/16 127/13 134/9 143/6
**before** [36] 1/11 5/10 5/11 21/13 22/4 22/21 36/13 45/1 50/18 51/9 56/4 57/8 62/23 64/23 65/17 71/3 72/2 74/7 78/7 78/16 85/9 86/20 86/20 87/1 97/21 97/25 98/19 101/10 108/5 111/14 120/11 125/24 126/3 127/11 132/23 138/10
**beforehand** [2] 115/4

**begin** [1] 10/4 48/24
**beginning** [1] 102/20
**behalf** [4] 3/23 3/25 77/14 125/18
**behind** [1] 140/8
**being** [35] 5/17 5/24 7/8 11/17 12/19 12/20 13/13 15/8 18/2 21/18 21/25 23/15 28/10 29/12 31/3 37/4 44/12 48/20 48/24 69/24 73/11 82/15 92/19 92/23 94/13 99/10 99/12 101/7 105/16 111/22 111/23 111/24 112/2 112/12 112/22 125/20
**belabor** [1] 111/3
**believe** [23] 9/9 17/19 17/21 29/2 29/17 30/6 30/22 35/15 38/15 42/8 48/22 69/6 86/9 93/11 93/22 94/9 106/8 106/12 106/19 106/20 124/4 139/2 139/17
**believes** [2] 12/22 30/19
**belt** [2] 32/17 111/10
**bench** [2] 47/9 134/10
**benefit** [1] 110/24
**Bernard** [1] 2/2
**besides** [1] 127/24
**best** [9] 6/16 36/3 74/8 105/9 106/15 107/13 113/3 113/4 143/6
**bet** [1] 59/14
**Bethesda** [7] 84/10 84/19 85/4 128/3 128/14 129/24 130/8
**better** [10] 28/16 39/15 40/14 40/17 110/21 114/8 114/25 115/6 115/22 119/10
**between** [6] 26/13 42/8 55/19 75/18 80/22 108/21
**beyond** [1] 114/1
**big** [2] 55/16 55/23
**biggest** [1] 96/13
**birth** [1] 51/15
**bit** [9] 10/10 18/1 21/11 28/9 43/21 73/5 79/22 81/13 108/16
**black** [1] 38/11
**block** [1] 56/9
**bond** [1] 95/17
**book** [1] 130/4
**born** [4] 16/13 52/15 52/16 99/6
**both** [9] 14/18 17/20 17/22 55/17 66/25 77/2 77/8 101/21 115/23
**bottom** [3] 8/4 91/17 108/12
**box** [8] 2/10 42/20 103/25 104/1 123/2 124/1 128/11 130/10
**brain** [1] 98/9

**brandished** [3] 11/7 18/8 28/19
**brandishing** [3] 18/10 18/25 19/5
**Brando** [1] 117/20
**break** [4] 88/9 88/12 124/3 124/15
**breaks** [3] 58/9 58/11 58/11
**breathe** [1] 57/13
**breathologist** [1] 57/12
**BRENNAN** [1] 2/13
**briefly** [2] 10/25 11/23
**bring** [13] 13/21 84/12 101/13 101/14 101/14 113/14 114/18 114/24 114/25 115/6 115/12 115/20 119/5
**bringing** [1] 29/13
**broad** [1] 46/16
**brooding** [1] 108/16
**brought** [2] 8/11 22/3
**brown** [37] 1/7 2/9 3/13 3/23 9/17 12/14 12/14 51/22 76/19 77/6 77/14 92/24 93/21 94/3 94/7 94/16 95/7 95/10 96/4 99/23 101/11 101/15 101/16 101/22 103/5 103/16 104/6 106/1 108/1 109/1 109/12 110/17 110/20 111/16 111/25 135/21 137/21
**Brown's** [4] 91/20 94/19 94/23 95/25
**Bryant** [16] 3/6 4/8 39/24 40/8 41/24 42/4 53/10 53/14 74/19 74/23 77/2 114/20 117/10 138/1 140/20 141/4
**buck** [1] 112/18
**build** [2] 46/19 46/20
**building** [9] 15/13 15/14 15/16 15/16 70/17 94/21 95/1 97/8 140/5
**bunch** [1] 39/8
**burden** [1] 14/17
**bury** [1] 43/16
**business** [4] 57/5 57/5 92/23 130/1

**C**

**cabinet** [3] 51/25 51/25 52/5
**cafeteria** [1] 84/23
**calendar** [1] 39/6
**call** [19] 3/7 67/23 69/23 116/7 116/9 116/14 116/7 116/9 116/23 116/24 122/14 123/8 124/19 126/4 126/4 129/3 133/8 133/14 136/17
**Call them** [1] 133/14

**C**

called [4] 37/11 44/8 88/9 131/17
calls [2] 59/16 90/21
came [6] 6/20 102/13 109/1 109/10 110/19 110/25
camera [1] 111/7
cameras [1] 32/17
can [134] 4/16 5/19 6/23 7/4 8/3 8/8 9/2 9/4 10/11 13/17 14/2 14/4 14/5 14/18 16/25 24/17 27/5 29/3 31/14 31/15 31/24 32/19 32/22 33/3 33/15 33/22 33/22 34/6 35/9 35/15 35/18 35/22 35/23 36/3 36/13 38/12 39/25 39/25 40/9 40/24 41/6 41/12 41/24 41/25 42/1 42/20 42/23 42/25 45/16 45/18 47/7 53/5 53/7 53/8 53/10 53/16 53/19 59/18 60/17 62/11 62/11 62/20 62/23 63/13 63/14 69/21 71/21 71/23 72/2 72/23 73/19 74/8 75/1 75/23 76/12 76/17 78/2 79/18 83/4 83/14 84/12 88/6 88/11 88/12 88/21 90/5 90/10 90/15 90/15 90/20 92/2 94/4 95/21 96/3 101/13 101/21 105/10 106/14 109/6 110/4 110/9 110/11 110/15 110/25 111/8 111/15 112/13 112/25 114/7 114/18 115/7 115/12 115/13 116/11 116/14 116/18 117/23 119/4 119/23 123/19 123/23 123/25 125/2 125/5 127/12 129/22 131/6 132/3 132/4 133/2 133/10 134/17 138/1 138/13
can't [45] 5/16 15/13 17/22 33/18 33/18 35/14 40/24 41/3 41/16 48/24 50/21 59/24 61/22 63/22 63/24 64/4 74/6 74/7 74/15 88/24 104/15 105/15 106/3 106/3 107/2 110/6 112/8 113/19 118/2 120/14 120/14 123/21 124/2 124/2 124/8 128/7 128/8 128/8 128/25 130/17 133/2 133/20 138/16 140/11 140/12
cancer [1] 65/1
candid [1] 83/7
candidate [2] 47/6 93/17
candidates [1] 115/21
cannot [11] 6/18 24/12 123/12 124/18 128/1 129/15 129/19
Capitol [2] 49/8 49/10
car [2] 85/4 85/6
card [1] 136/14
care [6] 6/5 71/19 83/8 130/7 140/16 141/17
careful [1] 102/8
case [52] 3/7 6/20 9/2 10/15 11/10 11/16 11/18 12/7 12/9 14/13 24/19 25/23 30/12 30/25 34/8 36/5 44/2 45/6 45/10 45/11 46/2 46/20 47/20 47/23 50/23 50/24 51/1 51/12 52/9 52/19 52/24 52/24 58/15 69/19 75/25 79/5 95/11 95/19 96/8 96/23 102/7 108/17 108/25 109/1 109/21 112/20 112/22 120/23 127/13 129/9 130/7 135/2
cases [13] 5/3 15/21 19/21 19/21 20/1 21/7 27/3 32/16 45/4 47/13 69/10 77/2 81/10
cash [1] 107/24
casting [1] 89/2
categories [2] 26/24 50/17
category [5] 27/21 28/2 88/25 103/24 104/5
Catholic [1] 16/22
cause [14] 15/1 15/7 15/9 16/2 16/6 25/17 25/25 29/20 29/22 30/1 50/25 54/9 120/13 121/11
caused [1] 45/10
causes [1] 81/12
causing [1] 121/1
cell [5] 56/12 56/14 56/22 100/21 118/9
Center [4] 81/5 83/18 84/6 85/15
certain [6] 9/20 20/6 20/25 22/10 33/3 130/6
certainly [13] 10/13 15/23 30/3 38/22 45/17 46/5 47/2 51/7 52/14 79/13 82/1 82/4 109/19
certainty [1] 113/12
Certified [1] 2/19
certify [1] 143/2
Cesar [1] 16/15
cetera [2] 111/7 118/25
CH [1] 2/20
chair [1] 14/3
challenges [1] 139/20
chamber [1] 52/9
chambers [1] 140/24
chance [14] 11/19 11/21 12/9 31/19 33/21 45/4 47/14 62/13 65/3 76/2 76/3 110/21 120/3
change [2] 129/15 129/19
changed [4] 100/10 103/3 104/14 109/17
changes [1] 128/10
characteristics [3] 16/11 43/11 97/11
charge [3] 15/2 19/25 134/21
charged [4] 17/20 19/23 21/12 54/10
charges [9] 8/10 8/12 47/24 75/25 102/12 109/14 134/12 135/1 135/2
charter [2] 16/15 16/15
CHARTERED [1] 2/14
chat [1] 101/11
Chavez [1] 16/15
check [4] 29/3 48/7 48/8 125/10
check-ins [2] 48/7 48/8
Chief [1] 21/13
Chief Judge Howell [1] 21/13
child [3] 23/13 30/16 85/23
childhood [1] 80/6
children [6] 16/18 43/23 43/25 52/15 53/1 115/23
chime [1] 117/2
choice [1] 13/9
church [1] 131/8
cigarette [1] 124/15
circle [1] 39/25
circumstance [1] 99/18
circumstances [2] 14/15 15/5
citizens [2] 8/6 46/25
city [2] 29/13 56/8
civil [1] 99/7
claimed [1] 15/11
claims [1] 39/4
clarification [2] 89/23 113/9
clarified [1] 126/10
clean [2] 93/4 103/20
clear [11] 26/25 27/12 33/15 34/13 38/9 40/25 50/19 62/21 79/7 92/11 132/11
clearly [2] 15/5 44/6
client [5] 38/5 41/9 77/21 77/25 78/14
client's [1] 9/7
clients [1] 9/24
close [5] 65/11 65/11 66/9 87/3 131/15
closely [2] 45/16 94/4
clothes [1] 55/9
co [1] 40/19
co-defendant [1] 40/19
cocaine [3] 10/16 51/24 52/2
colleagues [1] 125/15
change [2] 129/15
COLUMN 2
98/3
combination [7] 7/4 12/23 31/13 32/20 73/18 79/14 95/20
combinations [1] 32/19
come [53] 3/5 10/4 13/17 19/6 21/6 26/17 33/19 33/22 34/10 34/16 34/17 35/15 38/11 39/10 40/24 44/10 50/2 50/14 53/5 53/7 53/8 56/2 58/13 58/15 60/6 61/20 62/19 66/16 70/8 72/1 79/3 88/22 90/15 97/16 97/24 103/17 103/19 103/20 103/20 103/20 105/24 107/17 107/19 108/9 110/11 110/15 113/7 113/13 114/19 119/4 126/5 129/9 140/9
comes [8] 55/14 93/7 106/20 109/9 112/11 112/12 120/20 136/21
comfortable [1] 34/7
coming [7] 13/16 19/12 27/23 36/1 72/6 111/8 112/9
commended [1] 75/7
commented [1] 100/24
comments [2] 92/20 93/25
commit [3] 13/10 126/15 134/24
committed [5] 11/18 12/21 44/11 99/8 102/12
committing [1] 135/3
communicate [3] 33/4 61/17 90/15
Communication [1] 100/16
community [29] 7/5 11/1 12/24 14/14 14/20 18/4 22/14 27/7 27/9 29/14 31/14 43/13 44/4 45/23 46/8 47/8 57/21 73/19 81/2 81/17 83/4 99/2 99/3 99/4 99/21 99/22 101/5 104/7 112/14
company [2] 44/8 84/20
compared [1] 143/7
compelling [2] 16/9 46/12
complainant [4] 19/21 20/4 20/18 24/9
complete [1] 143/3
completed [1] 67/1
completely [2] 19/11 37/21
compliance [1] 96/5
compliant [1] 92/19
complied [2] 68/15
computer [7] 2/23 4/9 58/4 58/6 59/7 59/18 59/25
computer-aided [1] 2/23
concern [7] 26/20 45/23 47/19 69/11 79/19 96/13 111/21
concerned [8] 30/17 52/13 52/14 53/2 69/12 69/16 69/20 99/1
concerning [2] 31/5 52/17
concerns [12] 23/14 26/19 26/21 28/10 28/11 38/10 42/10 44/13 44/16 69/15 78/8 78/13
concluded [1] 141/18
conclusion [1] 94/5
condition [6] 7/3 12/23 24/16 81/25 110/2 138/25
conditions [57] 7/4 11/2 12/23 14/15 14/18 23/15 30/11 31/12 31/13 31/22 31/24 32/18 32/20 36/17 36/18 45/19 47/3 62/23 65/1 70/10 73/18 79/14 79/15 83/4 83/6 88/17 89/7 89/15 89/17 91/14 91/22 95/20 95/21 96/5 98/14 98/17 111/2 119/7 119/15 119/17 120/5 120/8 121/8 121/16 126/15 126/18 134/7 134/8 134/15 135/7 135/18 137/11 138/2 138/9 138/15 140/25 141/2
conduct [1] 61/15
confer [1] 41/10
conferred [3] 40/12 41/14 72/9
confinement [1] 89/14
confirm [1] 87/21
confirmed [3] 16/17 21/24 21/25
confusion [1] 21/7
connection [2] 73/1 111/6
connections [1] 34/19
consider [6] 32/23 34/22 70/14 89/7 108/14 110/1
consideration [1] 93/15
considerations [2] 96/12 129/23
considered [1] 16/5
considering [3] 33/24 88/16 88/19
conspiracy [20] 10/15 13/2 13/8 13/9 15/2 16/1 29/8 29/23 30/2 30/21 46/10 46/12

**C**

conspiracy... **[8]** 46/16
46/20 82/16 82/23 83/2
89/16 95/4 97/2
**Constitution [1]** 2/21
**construction [1]** 91/13
**constructive [1]** 17/17
**consultations [1]**
57/16
**contact [5]** 24/1 24/2
37/11 136/17 140/12
**contacted [2]** 21/22
63/17
**contacts [1]** 44/25
**containing [1]** 51/19
**contempt [2]** 54/10
134/11
**Continental [1]** 16/16
**continuance [1]** 39/3
**continue [7]** 12/13
20/21 29/6 31/6 31/23
47/2 49/2
**continued [2]** 2/1
14/19
**continuing [2]** 33/5
42/7
**continuous [1]** 59/20
**contraband [1]** 61/16
**contractor [1]** 93/3
**controlled [1]** 94/1
**convenient [1]** 134/18
**Convention [4]** 81/5
83/18 84/5 85/15
**conversation [2]** 55/14
95/24
**conversations [1]**
95/22
**convicted [3]** 11/24
12/16 105/22
**conviction [10]** 43/14
44/24 79/25 92/16
96/11 104/10 105/18
108/17 108/18 125/24
**convictions [4]** 13/1
45/1 104/12 126/19
**convinced [3]** 35/2
35/3 35/21
**cool [2]** 6/19 13/19
**cooling [1]** 20/20
**Corps [1]** 80/2
**correct [16]** 5/8 25/1
29/4 37/19 39/18 47/20
47/21 49/7 49/20 49/24
54/19 63/22 67/12
80/15 139/1 143/3
**correctional [1]** 82/9
**correctly [1]** 117/21
**could [50]** 4/9 34/18
34/19 35/20 39/22
40/16 41/2 41/21 54/9
54/9 59/21 61/5 62/7
63/6 63/13 70/21 88/1
97/4 100/9 100/10
101/14 101/14 108/19
109/21 111/24 111/25
112/1 112/14 112/15
112/16 112/17 114/2
114/9 114/13 114/19

119/20 121/19 126/12
134/9 134/10 134/10
134/10 134/11 134/19
134/20 134/25 135/1
**couldn't [7]** 6/7 21/21
21/22 26/6 63/4 63/20
66/16
**counsel [7]** 9/23 28/20
32/1 42/23 72/9 79/14
88/18
**counsel's [1]** 29/19
**counselor [1]** 57/22
**County [1]** 25/14
**couple [8]** 5/15 36/15
47/15 58/4 58/24 62/16
82/24 92/20
**course [16]** 11/16
12/19 28/12 29/22 30/9
31/2 45/9 45/21 52/19
73/9 83/10 88/22 98/3
125/3 128/17 139/7
**court [54]** 1/1 2/18
2/20 3/2 8/6 12/6 14/16
14/19 14/21 15/20 17/8
20/24 21/13 22/3 22/9
22/16 22/18 22/21
24/10 25/23 30/11
30/11 40/12 41/14
43/15 44/2 45/6 47/7
47/23 50/24 51/12
52/20 62/11 66/15
66/23 88/22 91/4 91/21
92/17 93/10 93/13 96/5
96/8 96/9 97/18 99/1
100/17 101/10 102/2
113/10 125/14 125/16
125/18 140/23
**Court's [2]** 14/8 91/6
**courtesy [1]** 75/6
**courthouse [2]** 106/20
126/5
**courtroom [12]** 3/15
6/15 10/11 40/12 41/14
77/8 77/15 90/16 90/21
104/23 105/10 110/23
**cousin [9]** 95/25 97/20
98/1 100/17 117/20
135/17 135/18 136/11
137/11
**cousin's [2]** 136/18
137/12
**cover [1]** 37/15
**coverage [5]** 32/11
32/11 32/25 34/20
111/5
**covered [1]** 101/9
**COVID [6]** 57/8 57/8
57/19 64/25 65/11
65/18
**CR [4]** 1/5 3/8 3/11
77/4
**crack [3]** 10/16 82/18
94/21
**crime [6]** 101/3 102/12
109/24 126/16 134/25
135/3
**crimes [1]** 45/25

31/6 61/7 69/10 78/14
79/7 79/13 81/3 81/11
83/3 92/14 104/21
107/3 118/19
**cross [1]** 32/15
**cross-examined [1]**
32/15
**CRR [1]** 143/10
**cruel [2]** 33/16 111/19
**CSOSA [2]** 20/12 21/22
**culpable [2]** 33/8
108/10
**curfew [1]** 36/22
**currently [4]** 26/21
98/13 99/7 113/25
**custodian [25]** 25/11
25/13 32/4 32/4 32/9
32/24 34/19 43/19
49/20 50/4 50/14 53/15
61/8 61/18 62/5 62/12
63/8 72/22 73/3 82/6
96/4 109/25 113/15
118/14 118/18
**custodians [5]** 25/2
33/23 95/23 114/24
115/2
**custody [1]** 53/3 67/22
70/14

**D**

**D.C [18]** 1/5 1/15 2/4
2/7 2/21 10/17 12/17
16/13 49/9 56/6 98/1
100/14 111/19 128/1
128/2 128/7 140/21
141/4
**DAEVON [3]** 1/6 3/12
3/25
**daily [1]** 61/15
**danger [15]** 10/25 18/4
19/16 27/1 27/7 27/17
29/14 45/17 45/21 46/4
46/6 79/9 99/21 99/22
101/4
**dangerous [4]** 27/4
27/6 35/17 79/1
**dangerousness [2]**
10/25 78/17
**date [13]** 32/14 38/11
42/9 65/25 70/9 74/3
75/18 107/18 113/6
113/14 113/19 122/15
143/9
**dated [1]** 21/2
**day [24]** 5/23 7/24 7/24
33/15 34/17 37/10 58/4
58/5 58/7 59/2 76/18
95/24 97/19 103/16
105/24 106/13 106/19
111/24 111/25 113/20
114/12 126/6 132/23
141/11
**days [4]** 21/8 55/3
62/16 141/12
**dead [1]** 26/12
**deal [4]** 5/17 22/13
47/13 79/19

**dealt [1]** 35/17
**decades [1]** 12/16
**decide [2]** 7/6 111/15
**decides [1]** 128/23
**decision [10]** 7/10 7/12
19/17 52/22 79/6 79/13
89/9 93/4 113/20
113/22
**dedication [1]** 97/14
**deemed [2]** 115/4
138/20
**deems [1]** 117/8
**deep [1]** 81/2
**defendant [25]** 2/2 2/6
2/9 2/13 3/11 3/12 3/13
3/13 3/14 4/10 10/24
29/23 30/7 40/19 42/21
51/14 52/10 72/9 77/4
77/5 77/6 77/7 92/3
117/23 138/5
**defendant's [1]** 117/20
**defendants [9]** 1/9
3/15 4/11 4/13 10/19
32/1 77/8 79/11 110/8
**defense [7]** 9/23 28/20
29/19 42/23 72/9 88/18
99/15
**defer [1]** 32/7
**degree [3]** 12/16 16/16
108/20
**delay [1]** 21/25
**deliberative [1]** 7/20
**deliveries [1]** 118/3
**delivery [1]** 117/25
**demonstrate [1]** 14/17
**demonstrated [1]**
45/18
**demonstrative [1]**
73/12
**denies [1]** 97/3
**depend [1]** 43/25
**depends [1]** 118/3
**depression [1]** 44/16
**deputy [4]** 14/10 40/12
41/14 76/20
**describe [1]** 19/12
**deserve [1]** 6/7
**desktop [2]** 59/8 61/22
**despite [1]** 11/17
**detain [4]** 33/20 89/13
112/9 112/14
**detained [10]** 6/23 7/12
13/11 29/1 29/2 35/7
79/1 82/5 89/17 109/2
**detention [42]** 1/11
3/16 5/1 5/11 5/12 8/18
11/4 18/9 18/25 27/13
36/5 42/7 46/7 47/7
65/24 66/4 75/17 75/19
76/15 77/9 78/4 78/14
82/13 88/19 89/4 89/11
91/13 93/18 95/9 96/16
99/17 100/8 109/3
109/4 109/20 109/22
118/24 121/18 124/13
124/14 132/9 133/18
**determine [1]** 139/5

**device [1]** 122/25
**dial [1]** 117/4
**did [24]** 6/20 21/6 26/8
45/13 46/1 47/12 47/13
48/5 48/8 57/8 65/5
66/18 66/20 66/22 67/6
67/17 78/4 94/4 102/13
103/18 103/20 103/20
103/24 104/3 104/13
105/13 106/13 109/15
122/11
**did you [4]** 26/8 65/5
66/18 66/20
**didn't [14]** 6/7 19/3
19/3 19/4 43/24 62/13
65/3 65/10 69/23 80/1
112/7 126/2 126/11
135/10
**die [1]** 26/3
**difference [2]** 108/21
109/23
**different [14]** 19/12
27/14 28/8 35/13 36/21
37/22 39/8 87/4 88/25
95/2 98/13 107/10
111/1 125/15
**differently [1]** 27/15
**difficult [2]** 44/21
75/25
**difficulties [1]** 21/17
**dignity [2]** 71/16 75/11
**diligence [2]** 141/8
141/13
**direct [1]** 46/14
**directed [7]** 21/16
125/10 127/7 127/18
127/22 138/25 139/8
**directions [2]** 125/13
127/10
**directly [1]** 17/23
**dirty [2]** 93/14 127/11
**disconnected [1]** 73/2
**discount [1]** 33/14
**discouraged [1]** 82/20
**discovery [5]** 15/7
21/24 46/14 95/12
99/17
**discrepancies [1]**
91/16
**discretion [1]** 127/8
**discussed [2]** 111/3
134/20
**discussing [1]** 43/17
**discussions [1]** 68/22
**disorder [1]** 98/15
**disposition [2]** 45/12
51/1
**disputing [1]** 92/15
**distance [1]** 73/13
**distribute [2]** 10/15
12/7 33/25
**distributing [1]** 33/5
**distribution [8]** 12/3
27/17 27/19 29/21 30/4
47/25 51/3 82/20
**distribuions [2]** 15/8
16/3
**district [6]** 1/1 1/1 7/14

**D**

district... [3] 47/1 98/2
106/22
diversion [1] 118/15
do [144]
do I [1] 9/7
do you [11] 57/3 59/17
60/8 60/13 74/13 83/22
121/5 124/1 125/6
128/20 134/21
do you have [11] 41/8
56/12 56/12 56/17
56/24 73/25 85/4 116/3
121/24 129/13 135/6
do you know [2] 66/6
66/8
Do you understand [1]
120/1
document [2] 44/15
130/23
does [29] 6/14 13/19
13/24 14/3 16/20 40/8
41/9 45/15 45/25 58/5
59/19 68/19 69/4 69/10
69/15 69/19 70/18
80/16 83/20 83/21 86/2
86/7 92/16 93/6 93/9
99/3 99/17 116/24
133/18
doesn't [23] 6/14 8/11
15/16 34/15 36/18
37/19 46/3 46/6 46/12
68/16 79/25 81/2 81/15
94/2 94/22 95/2 98/9
100/21 101/6 101/16
124/6 126/9 134/17
dogs [5] 54/23 54/24
55/7 59/12 59/13
doing [19] 5/7 19/16
19/18 20/7 20/20 39/14
51/5 53/22 59/5 67/5
67/5 67/13 67/14 67/15
71/13 73/15 95/7 95/10
102/3
DOJ [2] 1/14 125/18
DOJ-USAO [1] 1/14
domestic [2] 23/18
30/15
don't [117] 5/16 5/17
6/5 6/7 9/11 17/1 17/3
18/18 20/12 27/1 27/10
27/12 30/2 30/6 31/21
33/14 34/2 35/10 37/24
38/9 39/10 39/24 40/9
40/11 43/2 44/19 46/18
48/24 53/14 54/11
58/15 59/20 60/2 60/2
62/9 69/6 70/4 73/17
76/18 77/2 77/19 80/17
81/23 82/3 82/4 82/5
83/8 83/11 84/14 85/6
89/12 90/4 90/10 90/13
90/20 95/9 95/18 97/4
99/16 99/18 99/18
99/23 99/24 100/3
100/22 100/23 102/6
102/23 103/9 103/10
103/10 103/14 104/11

106/19 106/20 107/5
107/6 107/7 108/6
108/6 109/18 110/10
110/17 111/16 111/17
111/24 111/25 112/13
114/22 118/18 120/18
121/4 121/9 121/10
121/10 121/12 123/10
125/18 126/1 126/1
126/19 130/13 130/14
130/16 130/20 132/2
132/4 133/1 133/12
136/5 138/18 139/18
140/8 140/12
done [18] 8/21 16/7
19/19 22/17 22/18
22/19 45/3 58/25 59/5
71/13 76/12 76/18
100/18 103/23 105/4
107/6 109/17 111/8
door [2] 36/1 119/10
DoorDash [1] 93/4
Douglas [2] 2/9
down [27] 4/16 13/21
21/18 27/20 33/24
35/15 45/14 48/5 48/6
48/7 48/16 52/20 58/2
61/9 63/14 71/22 71/23
73/17 87/10 92/18
101/1 101/10 101/21
104/17 104/21 119/24
139/15
drawer [1] 52/3
dressed [1] 6/5
drill [1] 27/20
drive [1] 63/14
driver [1] 117/25
driving [2] 69/24 70/1
drop [1] 127/10
drug [32] 10/20 27/12
27/13 29/12 33/10
33/13 35/18 36/6 45/9
45/22 50/18 50/19 51/3
52/25 53/1 81/21 82/20
94/20 95/3 104/9
107/21 107/24 108/2
108/4 108/11 108/13
110/9 127/2 127/5
127/7 127/20 127/21
drugs [13] 46/17 52/12
78/18 79/19 82/17
82/19 93/25 94/17 97/5
97/7 99/22 99/23 101/6
due [6] 25/13 25/25
26/1 26/11 32/6 118/15
Dunbar [1] 131/16
during [8] 12/19 24/19
66/18 66/20 88/9 92/23
93/12 93/14
DVM [1] 11/9
DYRS [2] 21/4 22/12

**E**

each [10] 4/10 5/4 5/13
6/16 9/18 10/24 11/1
11/16 21/1 69/5
earlier [5] 10/8 80/5

earn [2] 98/22 98/22
easier [1] 116/15
easy [1] 103/9
eats [1] 68/22
echoing [1] 25/6
education [3] 81/21
126/21 126/25
educational [1] 81/24
efficiency [1] 5/2
efficient [2] 10/12
13/13
eight [3] 54/23 54/24
59/14
either [4] 45/15 61/13
134/1 134/16
El [1] 100/2
El Salvador [1] 100/2
electrician [1] 81/8
electronic [1] 96/7
Elementary [1] 16/14
Eleven [1] 124/3
elicit [1] 64/12
eligible [11] 25/13 32/5
32/8 32/12 43/21 71/3
87/22 115/5 118/13
118/21 119/1
else [40] 5/22 28/12
33/17 34/17 35/1 35/14
36/1 42/17 53/3 55/7
61/16 63/14 64/13
64/19 72/3 75/14 87/9
89/1 99/14 104/4 105/3
108/1 110/4 110/21
113/6 114/13 120/20
122/9 124/2 124/4
124/10 126/21 127/12
127/23 128/11 131/1
138/11 138/16 139/9
140/4
email [8] 1/16 2/5 2/8
2/12 2/16 122/1 123/8
137/12
emphasizes [1] 95/15
employed [3] 80/13
80/25 86/18
employment [9] 81/16
83/17 121/21 122/9
122/15 123/9 123/10
124/25 135/14
end [9] 5/23 33/14
42/10 75/14 79/12
106/12 106/24 110/23
118/2
ended [2] 21/13 62/14
ends [1] 44/18
energy [1] 58/18
enforcement [1] 11/25
engage [1] 31/6
engaged [1] 29/12
enough [1] 70/16
ensure [2] 66/15 96/4
entire [2] 93/14 114/12
entrepreneurial [1]
44/8
entry [1] 52/11
Eppel [44] 1/14 3/21
4/25 8/17 10/11 10/9

26/19 28/8 29/25 31/7
34/23 38/8 38/13 40/5
50/2 50/12 54/3 62/9
64/16 64/20 67/12
67/17 70/4 70/11 70/18
73/9 75/1 75/4 75/12
77/12 79/3 88/14 88/16
89/2 107/16 109/18
110/3 112/16 138/13
139/9 141/10
Epple [1] 113/17
equal [1] 36/18
equivalent [1] 115/15
error [2] 15/23 127/16
escape [1] 11/24 20/22
escapes [1] 20/25
especially [2] 57/18
72/23
essentially [2] 30/10
48/16
established [1] 32/16
et [2] 111/7 118/25
et cetera [1] 111/7
118/25
evaluating [1] 109/12
evaluation [1] 44/22
even [16] 15/1 19/23
22/17 30/9 32/25 33/4
53/2 61/23 62/21 62/23
63/20 82/5 82/16 83/1
111/9 111/9
evening [1] 141/15
eventually [1] 48/6
ever [8] 67/3 67/11
67/12 68/7 97/5 97/6
105/7 110/22
every [12] 7/24 15/14
15/23 27/13 62/10 65/8
99/22 103/16 105/24
108/25 132/25 133/7
everybody [6] 4/19
37/14 82/18 104/4
105/5 141/17
everyone [11] 5/7 5/22
9/1 89/1 104/23 105/1
105/3 120/20 120/21
120/21 140/4
everyone's [1] 104/1
everything [7] 45/10
69/4 71/14 75/23 78/7
125/21 132/12
evidence [24] 15/25
16/6 16/7 16/9 18/17
27/18 29/18 30/3 30/20
33/12 38/20 46/9 96/23
97/10 99/16 99/24
104/8 107/21 107/23
108/4 108/11 108/13
109/11 110/6
exactly [2] 65/25
133/13
examined [1] 32/15
example [1] 27/15
except [4] 61/17 98/3
98/18 123/13
exceptional [1] 22/17
excluded [1] 75/18

excludes [1] 42/8
excuse [1] 98/11
excused [4] 43/3 76/8
115/19 141/17
executed [1] 51/12
Exel [1] 93/3
existing [1] 65/1
expect [3] 10/2 46/19
69/23
expects [1] 12/12
experienced [1] 73/16
explain [2] 69/25 98/12
extensive [1] 21/14
extent [1] 15/20
extraordinarily [1]
27/4
extreme [1] 44/17
extremely [3] 27/22
31/5 62/18
eye [1] 81/21
eyes [1] 72/16

**F**

face [11] 11/13 119/20
134/9 134/10 134/10
134/11 134/19 134/21
135/1 135/1 135/1
facility [1] 21/4
facing [1] 46/17
fact [29] 11/23 14/25
15/1 15/15 17/15 17/23
18/21 19/10 19/17 20/5
22/14 27/19 37/3 52/16
64/11 66/18 66/20
78/20 79/24 81/15 83/1
88/24 92/15 92/24 93/1
97/16 98/9 101/2 101/3
fact-wise [1] 64/11
factor [1] 44/18
factors [1] 110/1
facts [13] 8/12 9/2 9/16
9/18 11/10 11/15 36/6
36/10 38/19 54/2 69/19
75/24 113/21
fail [3] 130/16 134/15
134/19
failed [3] 22/9 22/11
26/14
failing [1] 134/21
failure [1] 34/8
failures [1] 20/24
fair [13] 8/4 33/19 36/8
68/17 105/5 105/9
106/9 107/13 113/2
113/3 113/4 113/22
120/15
faith [2] 15/22 139/14
false [4] 11/24 33/16
111/17 112/4
familiar [3] 9/2 23/11
23/12
family [8] 43/13 44/3
44/14 71/14 96/1 97/12
97/23 102/18
far [6] 10/18 35/24
35/25 81/9 96/21
129/21
FARUQUI [3] 1/12 3/3

**F**

FARUQUI... [1] 112/17
fashion [1] 8/22
fashioned [1] 95/21
fast [1] 18/1
father [2] 81/17 99/10
father's [1] 55/15
favor [2] 6/19 106/13
FCI [1] 21/16
feat [1] 8/21
feature [1] 79/8
February [3] 22/2 22/3
 26/13
federal [3] 21/13
 126/16 134/25
feel [11] 7/22 7/22 34/6
 34/20 35/11 104/21
 105/8 105/10 111/22
 112/13 113/21
feelings [2] 6/13 68/21
feels [1] 7/16
felon [5] 103/21 104/1
 105/22 105/25 106/1
felonies [1] 19/25
felons [1] 103/22
felony [1] 109/2
felt [1] 21/20
fentanyl [16] 10/16
 27/1 27/2 27/7 27/11
 27/15 27/17 27/19 30/4
 33/14 33/25 50/20
 51/18 78/17 82/18
 82/20
few [4] 12/16 60/10
 60/12 108/18
field [5] 51/19 51/20
 51/23 52/2 52/4
fight [3] 21/5 140/11
 140/12
figure [5] 61/21 70/24
 93/16 107/18 117/17
filed [2] 8/19 21/14
final [2] 7/12 119/9
finally [2] 12/25 134/24
find [17] 14/16 24/6
 29/23 32/8 34/18 35/22
 35/23 35/23 35/23
 35/24 38/24 39/4 55/20
 79/14 110/4 113/6
 128/24
finding [3] 29/20 30/2
 50/25
findings [2] 15/7 15/9
finds [2] 11/20 12/9
fine [7] 10/9 38/13 39/9
 53/22 92/5 103/8
 116/25
firearm [11] 11/7 12/8
 28/4 28/21 35/3 47/20
 47/23 51/3 52/13
 128/23 129/4
firearms [12] 10/23
 13/6 13/7 17/21 31/3
 31/4 35/7 117/24
 128/17 128/19 128/25
 129/6
fired [1] 35/7
first [20] 5/16 6/10 11/3

50/13 70/2 70/9 79/17
 88/15 91/17 100/8
 103/24 108/19 117/4
 119/23 121/19 128/11
fit [1] 91/21
fitted [1] 122/22
five [10] 16/18 17/18
 35/23 35/23 38/16
 51/14 51/19 80/8 81/1
 115/23
five-year-old [2] 80/8
 81/1
fixed [1] 132/21
flank [1] 37/15
fleeing [1] 11/24
flight [5] 20/23 22/8
 82/12 100/1 101/2
floor [3] 137/7 137/8
 137/9
focus [1] 70/1
FOLEY [1] 2/6
foleyhoag.com [1] 2/8
folks [3] 21/19 22/17
 22/17
follow [13] 6/10 6/22
 8/3 8/12 42/6 119/16
 120/4 120/5 120/8
 125/13 125/22 126/17
 127/10
following [2] 92/21
 107/3
follows [1] 121/17
foot [2] 124/14 124/20
forced [1] 66/12
Ford [2] 93/2 93/5
foregoing [1] 143/2
foremost [1] 100/8
foresee [2] 72/21
 109/21
forget [3] 4/23 105/14
 129/1
forgive [4] 80/19 83/25
 84/3 102/1
form [2] 46/7 88/16
forth [2] 29/9 113/14
fortunate [1] 99/3
fortune [1] 34/2
forward [5] 49/3 72/2
 79/15 109/1 130/8
found [13] 11/5 29/22
 30/22 30/25 35/9 43/20
 46/15 50/24 51/21
 52/10 78/21 88/3 97/7
four [8] 10/19 21/8
 42/23 52/15 55/24 56/9
 82/17 103/1
Franklin [1] 16/22
frankly [2] 45/14 46/21
free [2] 15/23 114/12
frequently [2] 64/23
 65/7
Friday [3] 118/5 132/14
 132/16 132/17 132/18
Fridays [3] 131/10
 131/12 131/23
friend [4] 16/20 23/2
 23/4 24/9

93/23 105/24 106/24
 112/3 119/10
full [2] 44/1 76/15
full-time [1] 44/1
fully [2] 92/19 107/22
further [5] 12/1 30/13
 31/1 73/17 92/18
future [7] 32/13 38/11
 70/6 71/4 79/9 105/18
 134/16

**G**

gainfully [1] 80/25
gang [1] 33/1
gave [4] 11/24 22/4
 62/12 106/14
general [9] 9/2 9/16
 15/1 15/19 16/1 16/5
 29/7 52/14 68/19
generally [1] 45/1
Gerstein [2] 51/11
 109/6
get [93] 4/9 5/19 5/20
 5/20 6/2 7/17 7/17 8/7
 8/21 18/23 19/11 24/16
 24/17 26/16 34/16
 35/22 36/2 36/10 38/19
 39/7 40/10 41/16 43/25
 44/14 54/9 58/15 58/17
 60/6 61/21 61/24 62/24
 65/3 67/17 71/22 71/23
 72/23 73/8 73/12 75/23
 76/1 76/1 76/12 78/2
 82/2 83/9 84/7 85/3
 85/7 88/7 88/7 88/24
 90/10 90/16 90/22
 95/25 96/3 96/10 98/1
 98/7 100/3 100/20
 106/3 106/6 106/23
 109/5 112/4 112/23
 116/18 120/13 121/20
 121/20 122/3 122/5
 122/25 123/16 123/22
 124/3 124/13 126/10
 126/12 127/7 128/23
 129/4 130/8 132/15
 132/25 133/19 135/13
 136/16 136/17 136/18
 139/19 140/9
gets [2] 31/19 38/18
getting [6] 20/6 43/12
 61/9 81/9 81/13 105/8
Giant [1] 44/1
gigs [1] 98/21
girlfriend [11] 11/12
 11/13 11/15 80/23
 85/24 86/2 88/1 89/24
 90/3 90/23 99/8
girlfriend's [1] 55/20
 85/19
give [29] 3/9 24/18
 31/17 31/18 31/22
 33/16 33/22 34/13 36/8
 38/8 41/19 51/16 54/1
 69/10 69/15 72/4 74/8
 80/23 111/17 111/17
 113/11 115/13 116/8

122/20 129/22 132/12
given [18] 8/20 11/19
 11/19 11/21 12/8 12/20
 13/8 30/14 32/10 32/14
 81/15 83/2 89/15 98/21
 101/2 101/3 109/23
 118/18
gives [2] 30/9 116/13
giving [2] 83/8 94/17
Gliss [2] 17/9 22/8
go [108] 3/7 4/10 5/2
 8/22 9/3 9/15 9/16
 10/24 13/13 14/2 14/7
 19/19 21/16 21/21
 22/11 31/15 36/14
 38/23 40/9 42/14 42/20
 42/21 58/12 60/21
 61/14 62/7 63/6 63/13
 63/14 63/21 63/24
 64/20 70/20 71/1 72/2
 72/25 73/17 73/20
 76/25 77/20 77/20 80/5
 84/15 87/14 87/23
 88/21 88/21 89/9 89/21
 91/1 91/11 94/3 100/5
 100/13 100/23 102/9
 103/1 104/17 108/7
 109/6 109/7 110/7
 112/25 113/20 114/21
 114/21 118/17 119/6
 121/19 122/19 122/21
 123/6 123/19 123/21
 123/23 123/25 124/3
 124/4 124/8 124/15
 124/25 125/2 125/5
 127/10 127/19 128/7
 128/8 128/8 128/10
 128/11 128/25 129/17
 131/10 131/12 131/14
 131/20 131/22 132/2
 132/3 132/4 132/5
 132/9 133/2 133/2
 133/18 134/3 135/19
 136/1
go ahead [15] 4/10
 14/7 19/19 36/14 38/23
 40/9 64/20 70/20 84/15
 87/14 89/9 102/9
 127/19 129/17 134/3
goal [1] 5/11
goes [4] 15/15 115/10
 118/1 131/9
going [167]
good [43] 3/20 3/22
 3/24 4/2 4/3 4/5 10/11
 14/3 15/22 16/20 53/19
 53/21 53/24 58/21
 62/12 64/22 65/22 69/4
 70/5 70/7 74/4 74/25
 77/13 77/17 80/10
 81/17 81/17 84/14
 90/19 93/17 97/21
 101/25 103/8 103/12
 112/18 114/8 116/24
 119/24 128/15 133/9
 134/4 140/15 141/14
got [82] 5/18 7/2 7/20

122/16 129/2 132/12
 150/1
26/16 19/15 20/11
 27/16 30/4 31/18 33/21
 36/8 36/23 37/8 37/13
 37/19 38/1 47/15 48/18
 49/18 51/8 54/11 58/14
 59/23 61/19 62/3 64/6
 64/17 66/23 69/23 72/1
 75/22 75/23 78/8 83/13
 84/16 85/12 86/20 90/2
 96/11 102/7 102/16
 103/8 103/24 104/8
 104/10 104/22 105/5
 105/18 105/19 105/21
 105/23 106/5 106/7
 106/7 106/8 107/22
 110/21 110/23 112/8
 112/21 112/22 120/12
 120/16 123/11 123/24
 124/4 125/6 125/22
 126/10 127/12 127/17
 128/9 128/11 129/25
 130/3 132/15 133/25
 136/13 136/24 137/21
 139/18 140/1
gotten [1] 20/14
government [55] 1/14
 3/19 5/4 7/2 7/13 8/10
 8/17 11/20 12/12 12/22
 13/5 13/11 14/17 16/5
 17/22 18/8 30/5 30/9
 30/13 30/16 30/19 31/9
 32/15 36/4 42/7 43/6
 45/7 45/21 46/10 46/11
 46/20 52/18 53/1 54/3
 77/11 78/5 82/12 89/11
 94/12 94/18 96/25 97/5
 99/25 101/20 103/7
 103/13 104/9 106/16
 113/17 119/8 120/22
 125/19 138/10 138/17
 139/10
government's [9]
 15/14 15/21 18/1 28/25
 29/7 29/11 52/13 78/4
 82/22
GPS [11] 25/19 26/2
 30/7 31/4 31/4 36/18
 47/4 52/19 118/25
 122/25 125/9
grab [1] 77/22
grace [1] 71/16
grade [1] 80/2
graduate [2] 16/14
 80/1
grams [4] 51/23 52/1
 52/4 94/21
grand [3] 8/11 29/22
 117/2
grandfather's [1]
 129/2
grandson [2] 55/8
 70/21
grave [1] 108/19
gravely [1] 53/1
gravity [2] 32/10 62/17
great [13] 4/7 5/8 14/1
 22/13 23/20 25/8 28/15
 42/3 47/6 50/11 77/22

**G**

great... [2] 86/5 101/15
greater [2] 30/9 73/20
greatest [1] 26/20
green [1] 52/10
Greenbelt [2] 2/11 2/15
grocery [2] 63/25 86/4
group [2] 5/13 79/11
growing [1] 44/17
grown [4] 68/12 68/18 99/1 133/23
guarantee [3] 6/24 7/24 12/24
Guatemala [1] 100/2
guess [8] 14/4 39/21 39/21 57/24 68/10 77/2 101/1 113/8
guilt [1] 19/16
guilty [3] 19/16 35/9 102/21
gun [22] 17/15 18/8 18/10 18/19 18/20 18/22 27/20 27/22 27/24 28/3 28/7 28/18 30/22 34/22 34/25 50/22 52/25 52/25 129/2
guns [6] 11/5 17/15 30/25 35/12 78/20 96/17
gunshot [1] 18/18
guy [1] 80/10
guys [8] 8/16 13/22 41/10 42/16 42/23 42/25 72/13 101/20

**H**

had [53] 5/7 5/9 8/18 9/21 16/5 20/10 20/10 22/10 26/2 26/2 26/12 26/22 27/2 27/3 35/12 36/21 36/22 37/1 45/3 45/14 47/14 57/5 58/15 65/1 67/4 67/13 67/14 68/2 68/4 68/22 79/1 80/4 81/6 84/2 93/13 95/24 96/2 97/5 97/20 97/23 98/20 98/20 98/20 103/1 109/2 109/14 109/25 111/13 118/14 125/24 126/17 129/1 141/12
half [7] 12/18 45/7 58/7 65/2 66/19 118/7 132/22
hallway [1] 90/10
hand [15] 4/12 4/15 53/11 62/20 82/17 82/17 83/8 107/23 107/23 107/25 107/25 112/1 119/24 138/4 138/7
handful [1] 48/15
handgun [2] 52/6 52/9
handle [3] 13/22 75/10 76/20
hands [1] 140/8
HANDY [33] 1/7 2/6

42/11 43/7 43/18 43/20 43/23 44/13 45/24 46/3 46/15 47/6 49/1 50/8 50/9 50/23 53/5 54/16 62/13 62/13 62/22 64/23 71/24 73/25 74/4 76/17 94/8 94/16
Handy's [5] 43/10 44/5 44/7 54/2 59/16
Handy-Kendi [3] 43/18 50/8 50/9
hanging [1] 8/18
happen [8] 33/20 53/2 69/17 72/1 100/11 107/25 112/6 112/6
happened [10] 25/19 27/25 45/15 98/4 106/10 107/9 109/10 120/22 120/25 126/2
happening [2] 97/18 130/7
happens [5] 7/11 94/20 104/20 107/12 134/7
happy [9] 23/13 26/23 28/11 28/16 50/12 51/9 111/4 113/6 124/19
hard [5] 18/3 18/3 44/7 65/19 72/25
hard-pressed [1] 18/3
hard-wired [1] 72/25
harm [3] 33/7 79/18 121/1
harm's [1] 46/5
harsher [1] 135/2
has [85] 5/7 7/13 8/10 8/12 10/21 11/19 12/2 12/6 12/14 12/18 13/1 13/3 14/17 16/16 16/18 16/20 16/23 16/24 17/5 19/18 19/18 20/16 22/14 22/16 23/7 23/13 23/14 25/16 26/20 27/8 27/13 29/8 29/20 30/12 33/1 34/7 35/4 36/4 43/13 43/19 43/20 43/23 44/13 46/23 49/23 55/8 55/9 56/3 57/25 61/6 64/17 67/9 68/10 68/15 78/14 78/20 79/12 81/2 81/16 84/6 84/7 88/18 88/24 91/24 93/12 96/16 97/5 97/24 98/15 99/7 99/11 104/21 109/16 112/10 115/23 118/9 118/10 127/13 131/8 132/11 132/25 135/18 135/19 140/4 143/6
haunting [1] 103/19
have [221]
haven't [8] 16/7 46/13 60/3 65/11 95/8 101/12 111/13 123/12
having [5] 31/20 34/1 62/14 95/23 99/1
Hazelton [1] 21/16
he [309]

he said [3] 81/7 83/8 104/14
He will [1] 122/25
he'd [2] 61/23 61/24
he'll [2] 122/22 136/1
he's [109] 7/15 7/25 8/2 8/3 9/11 11/6 11/8 11/23 15/10 16/13 18/3 18/19 20/19 22/15 23/6 23/11 23/12 30/10 31/1 31/4 31/10 31/18 33/24 35/6 36/17 37/5 37/12 43/12 44/17 45/3 45/3 45/6 45/18 46/4 46/4 46/17 49/2 53/2 54/16 55/9 61/14 61/17 62/1 62/1 63/9 64/5 67/11 67/22 69/2 79/18 80/2 81/4 81/5 81/17 82/10 83/2 83/3 83/17 83/23 89/16 92/24 92/25 93/1 93/2 93/3 93/3 93/8 93/11 93/13 93/14 96/11 96/15 97/2 97/5 98/2 98/17 98/20 98/21 98/22 99/5 99/5 99/8 100/1 100/19 105/14 107/9 110/25 112/17 112/18 112/19 116/23 118/21 119/1 122/13 130/5 132/15 132/21 135/15 136/5 136/13 140/1 140/2 140/5 140/6
He's working [1] 140/6
head [1] 72/17
health [7] 20/7 44/13 91/24 138/19 138/25 139/4 139/6
healthy [2] 58/20 58/22
heap [1] 120/19
hear [58] 5/3 6/24 7/7 8/25 9/23 9/25 10/2 18/15 19/19 24/22 25/8 26/7 26/17 26/23 27/10 31/16 34/24 35/14 35/21 37/23 38/9 48/25 50/12 50/13 51/9 53/20 55/2 55/4 61/20 64/12 73/11 76/11 76/13 76/19 78/9 87/10 88/14 100/13 101/20 102/7 103/5 103/7 103/13 104/9 106/16 106/17 106/18 111/15 113/6 115/15 119/8 119/25 138/10
heard [10] 31/20 32/13 42/17 43/6 75/21 78/5 95/22 104/16 120/11 123/12
hearing [23] 1/11 3/17 5/1 5/4 8/19 17/21 31/23 32/14 42/7 42/9 55/19 69/8 70/1 71/4

109/10 109/22 110/18 114/19 134/16
hearings [9] 5/11 5/12 20/24 22/9 39/20 76/10 76/16 76/23 111/3
heart [3] 8/5 96/10 107/16
heavily [1] 96/12
Heights [2] 49/8 49/11
held [2] 11/21 35/9 134/11
Hello [1] 117/11
help [25] 5/6 5/16 8/7 9/4 57/12 64/2 71/22 73/11 79/16 83/16 89/4 110/17 110/25 124/7 124/8 124/18 126/1 126/9 126/10 139/18 139/21 140/7 140/9 140/13 140/13
helpful [7] 8/22 13/12 28/13 38/18 73/15 110/16 110/24
helping [2] 46/25 102/18
helps [1] 76/18
her [34] 16/19 30/16 37/7 44/9 44/10 44/11 49/23 50/5 53/15 53/16 62/14 64/12 80/9 80/24 81/19 85/21 86/15 88/1 88/7 88/7 88/9 88/11 88/11 89/25 97/22 98/1 116/13 116/14 116/14 116/20 116/20 117/23 125/15 137/16
here [81] 5/1 5/19 7/21 8/14 9/1 9/3 9/4 9/11 10/11 11/20 12/10 24/12 27/24 32/4 32/10 33/17 34/23 36/5 37/4 39/8 43/3 43/18 43/24 44/18 44/20 45/15 48/19 48/20 48/21 48/24 49/1 50/22 53/5 53/7 53/8 69/24 71/4 71/15 71/22 72/4 72/19 73/12 73/17 77/1 78/14 79/4 79/10 79/15 79/16 80/14 82/3 82/6 82/11 83/8 88/7 92/13 94/15 96/12 97/18 102/14 102/15 102/17 103/3 105/2 107/20 108/17 109/5 110/25 111/11 112/9 112/13 114/22 117/18 118/18 120/20 122/20 126/6 126/20 127/3 129/4 140/9
here's [4] 26/19 31/8 107/16 121/8
hereby [1] 143/2
heroin [4] 47/24 47/25 51/20 52/5
hey [6] 6/1 33/19 96/9 107/8 120/23 129/3
hiccups [2] 47/12 51/6

high [2] 16/14 46/7
high school [1] 16/14
highlight [6] 9/21 10/25 11/23 13/5 27/10 134/15
highlighted [1] 72/20
highlights [1] 10/21
him [122] 8/2 8/5 13/21 13/25 14/2 16/19 16/19 16/21 17/6 17/16 18/2 20/13 20/14 20/17 20/19 22/4 22/8 23/14 23/14 23/15 24/13 24/13 24/16 24/18 24/19 31/21 31/22 33/10 34/10 35/4 35/11 35/13 36/2 36/8 36/13 37/9 37/18 41/17 43/12 43/25 44/6 46/7 46/10 47/2 49/1 49/2 51/3 54/19 59/21 59/24 61/4 61/15 62/15 65/3 65/5 65/6 65/10 65/16 66/18 67/4 67/6 67/13 67/24 68/11 68/21 68/25 69/3 69/6 69/6 69/9 69/9 69/11 69/16 69/16 69/17 69/20 69/20 72/7 72/13 78/19 80/10 81/1 81/6 81/12 81/13 82/14 82/23 84/6 84/12 87/23 88/4 89/13 91/22 92/18 92/23 93/8 94/17 95/23 96/20 97/14 97/14 99/10 100/5 101/4 101/7 101/15 105/14 108/5 108/14 118/19 125/4 125/5 136/18 136/19 136/22 138/1 140/6 140/7 140/8 140/10 140/12 140/13
himself [8] 11/20 12/10 13/2 21/22 22/2 29/16 55/10 135/13
his [114] 11/4 11/5 11/12 11/13 11/15 13/6 13/8 13/8 14/18 15/10 16/17 17/13 17/17 17/21 18/17 20/23 22/9 22/14 23/2 23/25 24/9 26/3 26/11 26/21 28/4 30/7 30/8 30/20 30/21 43/14 43/17 43/24 43/25 44/2 44/11 44/14 44/24 45/4 46/5 46/24 47/9 47/23 48/19 48/21 49/8 49/9 49/9 49/10 49/12 49/12 49/19 52/23 52/25 53/2 55/9 55/15 55/19 55/20 55/21 61/25 61/25 64/16 66/12 66/14 66/15 66/23 67/23 68/13 69/10 69/14 78/20 80/21 80/22 81/7 82/9 82/11 82/16 82/23 83/2 88/20 88/22 89/15 90/14 91/23 92/14

**H**

his... [29] 94/14 96/21
96/22 96/25 97/5 97/11
97/12 97/20 98/13
98/16 98/17 100/6
100/10 100/17 105/14
109/3 109/10 109/16
109/16 109/17 110/8
113/4 132/20 135/13
135/17 135/18 137/12
140/8 140/8
**HISP [27]** 17/5 17/6
17/7 22/15 22/23 23/15
25/4 30/12 31/9 31/11
36/18 36/19 36/21
37/19 43/20 45/13 46/7
47/6 48/4 52/19 87/22
87/23 88/4 118/20
118/21 122/13 122/14
**history [16]** 16/11
43/11 45/25 47/9 61/7
68/2 78/14 79/7 79/13
81/3 81/16 82/13 83/3
92/14 97/11 118/19
**HOAG [1]** 2/6
**hold [7]** 13/23 35/4
35/11 48/3 72/11 84/14
84/14
**Holman [40]** 2/17 4/20
4/22 24/22 24/23 24/25
26/20 87/19 88/8 89/21
92/6 116/2 116/8
116/13 116/23 117/8
117/12 117/13 117/16
121/20 122/8 122/10
122/11 122/22 125/15
127/2 127/24 128/15
129/17 131/1 132/1
132/7 132/23 133/9
135/12 136/10 136/25
137/13 138/10 139/1
**home [41]** 5/22 5/23
21/16 21/21 32/22
32/23 46/7 47/7 57/7
57/9 58/10 60/14 62/4
64/5 66/24 84/19 84/22
86/17 88/19 89/14
89/24 90/4 92/23 92/24
93/8 95/23 96/21 98/19
100/8 102/13 102/15
117/24 118/9 118/22
118/24 121/18 121/19
124/13 124/13 132/8
133/18
**homeowner [1]** 89/23
**Honduras [1]** 100/2
**honest [6]** 6/17 106/9
**Honestly [1]** 110/6
**Honor [114]** 3/20 3/22
3/24 4/1 4/3 4/5 4/21
9/6 10/6 10/13 10/14
11/10 12/15 12/25
14/11 14/12 17/2 24/24
25/5 25/18 26/4 28/17
29/17 30/19 38/14
38/22 39/2 39/18 40/3
40/6 41/12 41/19 42/11
43/4 43/9 43/17 51/10

67/19 70/19 72/14
73/21 73/24 74/14 75/2
75/8 75/15 76/5 77/13
77/17 77/23 79/21
80/17 81/5 81/15 81/20
82/7 82/10 82/21 83/5
83/25 84/3 86/10 87/16
87/20 87/24 88/10
89/10 89/13 89/22 90/6
90/18 91/5 91/10 91/11
92/2 92/21 93/1 94/3
97/22 101/18 102/1
102/3 102/5 110/13
115/16 115/21 116/4
117/19 118/1 118/23
122/12 122/24 126/24
127/4 127/25 128/16
131/3 131/6 132/8
132/24 135/15 137/1
137/17 138/12 138/18
139/4 139/11 139/16
140/18 140/23 141/14
**HONORABLE [2]** 1/11
3/2
**honoring [1]** 20/19
**HOOD [24]** 1/8 2/13
3/14 4/4 9/17 12/25
13/1 76/19 77/6 77/18
78/2 78/7 79/22 80/10
80/20 81/12 82/8 83/7
117/15 119/6 120/24
138/3 138/5 139/13
**Hood's [1]** 81/1
**hope [10]** 21/17 21/18
21/20 22/12 33/16 99/9
111/17 111/17 112/5
113/1
**Hope Village [4]** 21/17
21/18 21/20 22/12
**hopefully [1]** 5/2
**hoping [2]** 80/4 81/9
**horrific [1]** 19/24
**hot [1]** 14/6
**hour [5]** 76/11 114/21
129/22 130/8 132/22
**hours [5]** 58/4 58/24
59/2 86/7 95/24
**house [47]** 15/17 54/19
54/22 55/6 55/9 55/10
55/16 55/20 55/20
55/23 56/1 56/1 56/18
56/18 56/25 58/2 58/12
58/17 59/11 60/9 60/15
60/18 61/13 61/14
61/15 63/6 63/7 63/8
64/2 64/4 65/18 65/21
66/2 66/17 68/21 82/5
83/9 111/8 111/9
111/10 123/13 123/23
124/10 124/14 124/15
124/20 136/18
**houses [1]** 15/10
**how [48]** 6/5 9/7 13/18
18/3 18/21 26/8 28/13
33/3 34/3 35/15 35/18
40/5 44/18 48/25 53/21
55/23 55/23 56/17 58/5

62/11 64/23 65/7 66/6
66/8 71/12 74/12 75/10
79/20 85/3 87/3 102/3
102/10 103/19 103/19
104/15 104/19 104/19
105/12 107/6 107/6
113/11 113/12 127/9
133/8
**How's [1]** 9/11
**Howard [3]** 2/2 2/2
3/25
**Howard Katzoff [1]**
3/25
**Howell [2]** 21/13 22/4
**however [5]** 13/22
76/20 92/18 108/20
109/22
**hugely [1]** 52/17
**huh [2]** 55/5 59/9
**human [3]** 111/23
111/23 112/2
**hurting [1]** 121/12
**husband [2]** 55/1 65/1

**I**

**I also [3]** 31/11 57/21
82/7
**I am [10]** 7/23 8/14
57/4 58/10 65/19 65/23
92/22 104/19 106/21
119/12
**I apologize [2]** 10/7
28/18
**I appreciate [2]** 82/18
141/9
**I assume [1]** 52/8
**I believe [12]** 17/19
17/21 29/2 30/22 38/15
42/8 69/6 86/9 93/22
94/9 139/2 139/17
**I can [25]** 6/23 8/3 8/8
16/25 27/5 29/3 31/15
33/15 33/22 34/6 36/3
41/6 62/23 72/2 74/8
75/23 78/2 105/10
106/14 111/15 112/13
114/7 116/14 132/3
132/4
**I can't [12]** 5/16 15/13
33/18 33/18 48/24 74/6
74/7 74/15 104/15
110/6 112/8 113/19
**I cannot [1]** 6/18
**I committed [1]** 102/12
**I could [1]** 112/15
**I couldn't [1]** 26/6
**I did [5]** 78/4 94/4
102/13 103/18 103/24
**I didn't [1]** 6/7
**I didn't know [1]** 126/2
**I didn't see [2]** 19/3
19/3
**I don't [24]** 6/5 17/1
18/18 27/12 30/6 31/21
33/14 38/9 44/19 82/5
83/8 85/6 97/4 99/18
100/22 103/10 103/14

114/22 118/18 121/4
126/19
**I don't have [3]** 89/12
100/23 138/18
**I gave [1]** 106/14
**I guess [4]** 14/4 57/24
68/10 101/1
**I have [38]** 6/10 8/12
9/18 13/15 18/16 20/17
26/20 39/20 40/18
53/25 54/23 55/16
55/16 55/24 55/25
56/14 56/14 56/22 57/5
57/9 57/23 59/7 62/23
63/3 67/6 69/3 69/9
78/24 79/10 85/14
87/15 93/23 104/7
112/19 113/8 113/10
113/21 114/13
**I haven't [2]** 60/3
101/12
**I hope [2]** 99/9 113/1
**I just [15]** 19/8 24/16
38/2 46/17 53/15 59/24
60/6 71/12 73/6 75/4
82/10 88/24 99/15
108/8 119/25
**I know [14]** 7/25 8/4
24/5 32/11 39/13 92/9
92/16 95/8 96/9 96/21
97/12 100/12 116/2
130/14
**I made [1]** 66/24
**I mean [18]** 30/1 31/10
36/4 38/8 39/7 39/9
40/16 45/8 48/11 59/17
64/12 68/19 78/23 83/6
104/16 109/8 116/13
120/23
**I might [2]** 7/12 90/7
**I say [1]** 68/13
**I see [1]** 46/21
**I think [97]** 8/19 9/1
9/23 9/24 10/1 10/10
10/11 11/25 13/15
18/19 20/14 21/3 21/8
24/21 26/19 26/25 27/5
27/6 27/20 30/1 30/2
31/10 31/22 33/7 33/22
34/18 34/21 34/23
35/20 36/7 36/9 38/16
40/8 42/11 44/14 44/18
44/24 45/11 46/6 47/6
60/5 63/17 66/25 67/1
68/19 69/5 70/4 70/17
71/8 73/3 73/4 73/10
73/15 74/20 75/6 76/25
78/2 79/6 80/4 80/5
81/23 83/22 83/14 86/12
86/18 91/25 92/10
93/15 94/8 94/12 94/24
94/25 98/16 99/4 101/6
101/9 101/10 104/8
105/13 107/17 107/21
107/22 108/5 108/24
109/19 109/24 110/12
110/21 112/2 112/10

/6 115/22 117/8
118/19 126/17 131/2
131/4
**I thought [7]** 41/22
80/12 91/16 103/18
103/18 109/20 112/9
**I told [1]** 111/11
**I understand [22]** 5/6
6/12 19/7 27/25 35/8
54/13 55/22 88/6 89/1
98/10 99/2 104/24
124/5 125/21 125/25
131/21 132/6 133/5
133/23 134/1 139/20
140/14
**I want [25]** 17/18 24/22
26/17 27/12 27/20
27/25 28/13 32/12
33/15 53/6 58/16 61/3
61/19 62/8 69/13 72/21
79/20 88/14 107/18
115/15 121/20 131/5
134/3 134/6 134/15
**I was [13]** 18/16 26/6
66/14 69/24 80/3 85/5
86/22 90/9 99/3 102/12
112/9 117/19 118/19
**I will [9]** 25/15 35/4
74/15 106/19 113/16
120/7 121/16 139/4
139/15
**I work [5]** 7/24 59/1
103/4 104/23 104/25
**I would [3]** 15/25 31/25
101/2
**I wouldn't [1]** 80/10
**I'd [11]** 8/24 8/24 10/4
11/23 13/16 43/10 58/6
59/1 101/23 109/14
110/10
**I'll [38]** 5/4 9/23 10/2
21/16 21/17 31/9 31/16
31/17 31/19 34/13 38/8
43/21 45/20 47/9 50/2
50/14 51/16 54/1 79/3
79/4 83/7 84/22 87/10
88/13 90/12 103/13
104/9 107/7 107/8
111/16 113/19 116/9
119/8 122/20 124/19
130/13 135/16 141/11
**I'm [195]**
**I'm going [40]** 6/18
6/22 6/24 6/24 9/16
18/15 32/6 33/18 33/23
35/11 42/14 50/1 62/19
62/22 70/15 71/24 72/4
73/10 74/7 76/1 76/13
77/20 77/25 78/8 78/9
87/10 101/20 104/15
105/9 105/17 106/15
106/16 107/12 109/9
112/11 113/3 116/20
119/8 119/17 138/24
**I'm just [4]** 67/10 70/16
77/22 98/12
**I'm not [24]** 5/21 33/13
33/17 34/2 35/2 62/22

153

**I**

**I'm not... [18]** 65/25 69/3 70/15 78/9 92/8 97/8 97/21 98/24 102/17 103/9 106/22 106/22 107/3 107/17 107/22 109/12 111/3 118/17

**I'm sorry [17]** 3/9 6/22 7/8 7/19 25/6 55/2 75/22 76/14 76/21 90/18 104/20 105/7 112/24 116/3 117/17 118/4 124/17

**I'm sure [4]** 18/14 48/24 61/9 110/22

**I'm thinking [2]** 39/16 106/9

**I've [37]** 8/5 16/17 19/21 20/25 27/2 27/3 27/16 34/13 36/8 44/5 44/10 47/15 51/8 57/5 57/8 57/22 58/14 68/25 72/1 72/20 75/23 95/22 99/10 100/17 100/24 101/9 101/17 102/15 102/16 104/8 105/5 105/18 105/19 106/7 106/8 111/19 111/19

**ID [1]** 106/3

**idea [1]** 78/24

**ideas [1]** 6/12

**identified [1]** 26/21

**IIRA [1]** 12/17

**illegible [1]** 88/4

**imagine [4]** 8/24 15/13 64/1 110/6

**immediately [5]** 22/20 24/6 24/7 128/24 129/3

**important [6]** 5/12 48/25 57/18 79/8 93/15 101/10

**impose [2]** 30/11 121/16

**imposed [1]** 30/11

**impossible [5]** 61/24 105/19 105/21 106/7 106/8

**impression [1]** 95/25

**incarcerated [3]** 7/9 33/9 98/4

**incarceration [9]** 12/20 32/22 32/24 44/23 60/14 62/5 64/5 100/7 115/14

**incident [6]** 11/11 11/14 18/7 21/5 28/20 91/25

**incidents [4]** 11/6 18/5 19/22 28/8

**inclined [1]** 89/13

**include [1]** 14/23

**included [1]** 44/23

**includes [1]** 105/6

**including [9]** 10/19 10/22 11/6 26/3 29/9 30/20 52/15 52/24 100/18

**incredibly [1]** 43/13

**independent [1]** 93/3

**Indiana [2]** 135/22 137/3

**indicate [1]** 94/15

**indicated [4]** 35/5 47/1 47/20 92/15

**indicates [3]** 18/21 19/1 83/3

**indicating [1]** 48/19

**indication [7]** 17/14 19/13 78/25 82/11 82/14 82/14 139/8

**indicative [1]** 44/9

**indicted [1]** 10/18

**indictment [5]** 8/11 10/14 15/9 15/12 96/18

**individual [6]** 9/3 9/19 9/24 16/25 30/14 45/24

**individually [2]** 5/5 5/14

**individuals [5]** 10/18 18/10 20/12 28/24 51/15

**indulgence [1]** 14/8

**informants [1]** 95/6

**information [6]** 16/23 17/1 21/12 22/5 22/13 91/18 91/19 91/24 92/4 116/9 116/14 116/21 116/24 123/22 136/11 137/11 137/17

**initial [2]** 5/7 5/9

**initially [1]** 100/9

**injury [1]** 91/25

**innocence [3]** 14/23 15/24 17/12

**innocent [9]** 6/4 6/6 6/11 7/1 36/8 79/2 102/21 103/22 106/21

**inquire [3]** 70/5 113/16 113/18

**inquired [2]** 32/13 34/1

**ins [2]** 48/7 48/8

**inside [5]** 60/15 60/17 61/12 61/14 63/8

**instant [3]** 11/18 12/21 52/21

**intent [2]** 12/7 91/11

**interested [2]** 63/18 109/8

**interesting [1]** 20/9

**interestingly [1]** 37/3

**Internal [1]** 44/9

**Internet [11]** 33/3 34/19 56/11 56/24 57/7 58/24 59/16 59/18 61/23 61/25 111/6

**interrupt [1]** 18/13

**intersection [1]** 81/11

**interview [1]** 85/8

**interviewed [2]** 16/25 92/3

**introduce [2]** 3/18 77/10

**investigation [2]** 15/20 31/2

**J**

**jail [12]** 40/10 40/23 64/5 76/10 76/12 83/9 98/1 100/12 100/14 111/19 140/21 141/5

**Jersey [2]** 131/15 131/16

**jmarston [1]** 2/8

**job [24]** 6/4 6/7 6/8 6/9 22/17 44/1 80/2 84/6 84/9 84/25 85/12 85/13

11/6 11/11 12/3 13/4 13/9 15/8 18/18 29/15 36/2 69/2 82/15 97/2 101/6

**involvement [5]** 13/8 30/20 82/16 82/23 89/15

**involves [1]** 95/3

**IRA [2]** 109/10 110/18

**is [357]**

**is because [1]** 6/3

**is that correct [3]** 49/20 49/24 54/19

**is that fair [1]** 68/17

**is that right [1]** 50/7

**is there [3]** 18/24 24/1 109/11

**isn't [4]** 82/12 103/9 103/23 112/20

**issue [2]** 5/18 51/7

**issued [3]** 21/9 22/1 22/1

**issues [11]** 26/22 44/19 46/5 58/18 60/7 60/22 72/21 73/5 75/20 78/3 107/20

**it [201]**

**it would be [1]** 61/24

**it's [82]** 5/12 5/14 6/15 7/2 7/12 10/10 10/11 15/5 17/17 18/3 23/11 25/25 27/6 29/13 33/18 34/20 42/11 43/3 44/24 45/8 45/9 45/9 48/11 48/12 50/20 55/6 56/7 56/7 56/7 56/8 56/9 58/24 64/4 67/20 69/21 70/16 76/2 80/23 84/19 84/19 84/22 85/19 86/12 86/12 86/23 87/4 87/6 92/14 93/8 96/13 103/4 104/10 105/3 105/3 105/12 105/17 108/5 113/12 115/14 116/2 120/15 122/1 122/15 122/16 123/10 128/9 131/14 131/17 132/4 132/13 132/14 132/17 132/17 132/21 132/22 136/3 136/7 139/8 139/8 139/20 140/4 141/11

**items [2]** 46/15 46/15

**its [1]** 14/17

**Ivy [1]** 2/14

102/16 102/17 105/19 105/21 106/7 106/8 106/19 123/24 125/1

**jobs [3]** 81/6 85/15 93/6

**John [2]** 2/6 4/6

**John Marston [1]** 4/6

**joint [2]** 5/1 114/19

**judge [30]** 1/11 3/3 5/10 6/1 6/19 7/14 7/14 7/24 8/1 21/8 21/13 22/4 27/4 29/2 75/21 76/3 104/20 106/22 106/22 107/9 112/5 112/16 112/17 112/17 112/18 112/19 113/3 115/11 120/23 126/3

**Judge Howell [1]** 22/4

**Judge Walton [7]** 7/24 8/1 76/3 104/20 112/16 112/17 115/11

**Judge Walton's [1]** 112/19

**judges [2]** 105/7 107/5

**July [1]** 11/11

**jumped [1]** 43/11

**Jumu'ah [3]** 131/10 131/12 133/14

**June [5]** 1/6 11/14 114/1 143/5 143/9

**jurisdiction [1]** 74/15

**jury [3]** 8/11 29/22 117/2

**just [121]** 4/18 6/1 6/15 7/21 8/14 10/25 11/23 13/5 13/23 14/5 16/4 17/24 19/8 21/3 24/16 25/3 26/8 27/8 27/14 29/19 31/10 36/13 38/2 38/8 38/12 38/18 39/4 39/9 40/9 40/25 41/24 41/9 42/1 43/12 44/1 44/3 44/10 44/17 44/22 45/21 46/4 46/6 46/9 47/3 48/4 49/1 58/10 59/21 60/2 60/2 60/4 64/17 66/6 66/8 66/15 68/21 69/23 71/12 73/2 75/10 76/18 79/20 80/9 80/17 81/11 81/24 82/3 82/19 83/5 83/7 84/2 84/21 89/7 90/3 90/4 92/9 92/16 93/10 95/8 95/9 96/9 96/21 97/12 98/8 100/12 102/11 102/14 102/20 102/23 103/10 103/16 104/17 107/5 107/6 108/6 109/12 110/4 110/5 110/10 110/16 110/18 110/20 111/5 111/24 111/25 112/17 113/19 114/13 114/22 116/2 117/5 119/10 126/2 126/11 128/23 129/5 130/9 130/9 130/14 132/19 132/23 133/13 133/14 136/19 136/22 141/12

**just would [1]** 39/4

**justice [3]** 6/14 81/11 104/21

**juvenile [1]** 109/24

**K**

**Katzoff [29]** 2/2 2/2 3/25 9/5 13/20 13/24 14/7 18/12 19/7 19/15 22/22 26/18 28/6 31/8 32/18 34/11 35/22 36/3 38/23 39/6 39/14 39/17 41/8 41/17 42/10 42/15 43/2 72/12 94/25

**katzoffh [1]** 2/5

**keep [10]** 12/11 14/4 14/5 41/24 42/24 70/17 90/20 100/10 112/22 112/22

**Kendi [5]** 43/18 50/8 50/9 53/5 62/13

**kids [2]** 80/7 99/12

**killed [1]** 109/15

**kind [22]** 10/2 38/9 56/11 56/24 57/11 64/25 65/24 68/12 71/15 81/3 81/6 82/19 86/7 93/17 95/3 96/7 98/15 99/11 100/19 100/22 103/14 104/12

**kitchen [1]** 51/25 51/25 52/5

**knew [1]** 52/21

**knocking [1]** 36/1

**know [115]** 4/24 5/25 7/7 7/25 8/4 19/18 24/5 24/9 24/12 32/11 32/25 34/2 35/24 37/18 39/9 39/13 39/13 39/24 40/9 41/9 42/1 43/12 44/1 44/3 44/10 44/17 44/22 45/21 46/4 46/6 46/9 47/3 48/4 49/1 58/10 59/21 60/2 60/2 64/4 64/17 66/6 66/8 66/15 68/21 69/23 71/12 73/2 75/10 76/18 79/20 80/9 80/17 81/11 81/24 82/3 82/19 83/5 83/7 84/2 84/21 89/7 90/3 90/4 92/9 92/16 93/10 95/8 95/9 96/9 96/21 97/12 98/8 100/12 102/11 102/14 102/20 102/23 103/10 103/16 104/17 107/5 107/6 108/6 108/8 109/12 110/4 110/5 110/10 110/16 110/18 110/20 111/5 111/24 111/25 112/17 113/19 114/13 114/22 116/2 117/5 119/10 126/2 126/11 128/23 129/5 130/9 130/9 130/14 132/19 132/23 133/13 133/14 136/19 136/22 141/12

**K**

**knowing [1]** 34/1
**known [2]** 27/6 68/25
**knows [3]** 22/16 23/14
110/21

**L**

**lack [2]** 83/3 118/18
**lady [1]** 69/25
**land [1]** 107/2
**landline [5]** 56/13
56/14 56/19 59/21 73/2
**landlines [1]** 56/18
**Lane [1]** 2/14
**laptop [3]** 59/5 61/16
77/22
**large [4]** 12/3 13/2
55/25 79/11
**largely [1]** 51/5
**larger [1]** 82/23
**last [12]** 9/8 27/2 44/24
47/10 48/8 50/8 65/13
65/15 65/17 65/20 93/4
110/22
**lasted [2]** 66/6 66/8
**late [1]** 45/10
**later [18]** 21/8 42/16
60/6 70/9 100/9 109/14
113/14 133/10
**laundry [1]** 52/10
**law [12]** 2/2 6/10 6/10
6/22 6/23 6/25 8/3 8/13
11/25 107/1 107/2
107/3
**Lawlor [28]** 2/13 2/13
4/4 14/5 77/18 77/20
78/1 79/16 83/13 87/3
87/14 88/6 90/2 90/17
115/20 116/19 126/4
126/18 127/19 129/3
130/5 134/17 135/17
136/12 136/17 138/22
140/1 141/8
**Lawlor's [1]** 136/13
**lawyer [17]** 5/18 6/1
7/13 54/2 54/3 71/25
73/16 88/22 103/12
104/12 112/6 112/10
123/13 124/19 125/4
125/4 130/6
**lawyers [2]** 5/5 6/8
**lead [2]** 43/16 78/24
**learned [1]** 20/25
**lease [2]** 89/24 90/4
**least [9]** 17/23 20/1
39/17 76/16 98/21
108/5 108/10 108/13
114/24
**leave [10]** 21/5 63/13
64/4 70/7 88/20 119/9
121/19 123/12 123/23
124/24
**lectern [5]** 10/4 10/7
84/13 110/15 119/4
**led [1]** 35/25
**left [1]** 140/5
**legitimate [1]** 22/10
**length [2]** 17/15 24/6

**lessee [1]** 17/19
**let [16]** 23/25 38/5
62/10 68/21 87/10 89/7
104/21 117/5 128/23
130/8 130/9 132/19
132/23 136/19 136/22
139/15
**let's [15]** 13/20 13/23
27/14 28/7 31/15 39/5
40/1 41/7 42/4 73/12
74/3 76/23 96/10
117/16 139/6
**letter [2]** 121/24 122/15
**letting [1]** 4/24 26/3
32/21
**level [3]** 17/7 47/3
75/11
**levied [1]** 8/10
**liable [1]** 35/10
**life [13]** 5/22 5/23
23/25 27/3 81/7 98/13
103/1 103/2 105/4
105/15 108/19 109/16
109/16
**lifetime [1]** 98/2
**lift [1]** 119/23
**light [4]** 9/1 20/2 45/12
52/23
**like [78]** 5/9 6/6 6/19
7/16 7/22 7/22 7/23
8/24 8/25 10/24 13/16
26/2 29/19 31/17 34/15
34/20 34/25 39/2 39/4
40/22 43/10 46/16 47/2
47/5 47/10 51/5 56/8
56/18 57/18 58/4 64/12
66/16 67/19 68/16
68/24 71/4 73/5 73/6
74/6 83/22 85/19 86/13
88/12 89/3 95/24 99/2
99/4 99/20 100/11
101/7 101/11 101/23
102/2 102/23 103/17
105/3 105/8 105/10
105/14 107/8 108/1
110/10 111/22 111/22
112/5 112/13 113/2
113/21 113/23 117/4
121/10 121/25 124/3
126/1 129/1 129/10
130/13 133/24
**likelihood [1]** 11/1
**likely [1]** 88/17
**limit [3]** 34/19 59/15
78/17
**limited [1]** 64/25
**limiting [1]** 110/1
**Lindsay [2]** 93/2 93/5
**line [1]** 80/4
**lines [2]** 88/19 89/14
**linked [3]** 17/16 96/24
97/10
**listen [6]** 6/24 7/25
8/14 32/2 68/17 68/19
**listened [1]** 68/10
**listening [6]** 7/23 8/9

83/14
105/8
**listens [1]** 68/13
**little [14]** 10/10 18/1
18/16 28/9 43/21 67/10
68/23 73/5 77/1 78/22
79/22 81/13 82/8 104/8
**live [6]** 52/7 56/6 56/9
95/1 97/1 117/23
**lived [5]** 44/25 65/13
65/17 65/18 65/21
**lives [12]** 16/18 49/8
54/22 73/13 80/20
80/21 80/24 81/19
82/25 85/21 91/20
117/23
**living [7]** 51/21 86/19
86/20 86/22 86/24 87/1
124/17
**LLP [1]** 2/6
**loaded [1]** 52/9
**local [2]** 126/16 134/25
**location [8]** 15/15
15/18 19/11 31/3 33/1
36/24 109/25 132/3
**lock [1]** 62/14
**locked [1]** 101/7
123/11
**lodestone [2]** 96/1
97/23
**logical [1]** 70/17
**long [9]** 39/14 45/9
48/12 66/6 66/8 69/1
113/20 141/11 141/12
**longer [1]** 123/11
**look [13]** 6/6 27/14
27/15 31/25 34/15
34/22 39/5 94/3 94/4
109/7 110/5 110/11
120/25
**looked [1]** 24/7
**looking [7]** 9/23 39/12
50/18 79/15 109/10
114/1 126/22
**looks [1]** 5/9 26/2
31/17 40/22 83/22
108/1 113/23
**loose [1]** 18/2
**lose [5]** 6/8 98/8
102/17 120/14 122/11
**loss [2]** 18/20 108/19
**lost [1]** 103/1
**lot [12]** 9/21 21/7 33/11
39/7 44/5 46/21 57/7
62/23 72/21 108/21
112/19 139/20
**loud [1]** 104/11
**love [4]** 24/13 44/6
97/14 99/13
**lower [3]** 4/14 91/24
138/6
**luck [1]** 140/15
**lunch [1]** 58/11
**lurking [1]** 108/17
**Lyft [1]** 85/6

**M**

**ma'am [10]** 48/20

54/14 62/4 64/22 67/22
70/20 71/23
**mad [1]** 58/15
**made [12]** 8/12 15/22
17/10 26/25 52/11
52/22 66/23 66/24 80/2
94/25 105/7 112/10
**magazine [2]** 52/7 52/8
**magistrate [3]** 1/11 3/3
106/22
**magistrate judge [1]**
106/22
**magnitude [1]** 102/10
**main [1]** 44/18
**major [1]** 51/7
**make [56]** 6/2 6/8 7/2
7/3 7/9 7/9 13/23 16/1
18/23 19/8 22/7 27/25
31/19 32/20 38/2 40/8
53/15 58/16 61/15
62/17 63/8 64/19 66/15
69/13 69/20 69/20
70/18 73/10 74/7 76/1
76/3 78/8 90/21 92/10
99/3 100/20 101/11
105/10 106/8 111/8
113/4 113/19 113/22
115/4 123/8 129/5
129/22 130/10 130/11
130/13 136/17 136/19
137/14 138/17 140/6
140/8
**makes [4]** 19/17
108/14 112/12 113/1
**making [1]** 34/12
**male [1]** 98/9
**males [1]** 98/6
**man [6]** 68/12 68/18
103/3 103/4 129/1
133/23
**mandates [2]** 95/14
95/14
**mandatory [2]** 27/13
109/3
**MANUEL [5]** 1/7 3/13
3/23 77/6 77/14
**many [15]** 14/22 15/21
26/8 32/18 35/22 44/25
55/23 56/17 60/8 73/18
92/1 96/3 100/14
115/12 115/12
**March [1]** 26/14
**margin [1]** 127/16
**marijuana [2]** 27/14
43/15
**marriage [1]** 99/9
**married [1]** 43/23
**Marshal [1]** 84/12
**Marshals [8]** 5/19
13/15 13/21 39/25
76/14 101/14 105/1
119/5
**Marston [21]** 2/6 4/6
43/6 47/16 54/1 60/21
61/9 61/20 64/11 70/23
71/21 72/5 72/7 72/20
73/16 74/12 74/24

**Martin [14]** 2/9 2/10
3/23 77/14 91/3 96/10
103/12 107/8 109/9
109/22 110/15 113/5
115/1 115/19
**Maryland [2]** 49/8
117/23
**Masjid [1]** 131/18
132/4
**mask [3]** 67/9 67/19
91/7
**Massachusetts [1]**
17/13
**matriarch [1]** 96/1
**matter [20]** 3/16 7/11
7/14 11/9 24/10 26/12
30/15 74/16 77/9 96/10
104/19 104/20 105/12
106/18 107/17 117/14
119/13 124/6 134/17
143/4
**matters [2]** 20/22 32/7
**mature [2]** 98/9 98/10
**may [26]** 4/14 7/22
7/22 11/4 25/16 26/13
26/15 30/17 31/1 31/25
35/12 37/7 67/10 70/11
73/5 83/1 91/4 91/6
94/4 95/25 97/8 106/12
113/2 113/20 133/24
138/6
**maybe [13]** 23/8 45/15
50/20 59/1 65/8 65/9
65/23 65/24 69/21
81/12 100/9 100/9
109/14
**MCKENNA [1]** 2/13
**MD [2]** 2/11 2/15
**me [137]** 3/9 4/18 4/24
5/6 5/21 6/9 6/15 6/21
7/3 7/23 9/4 9/5 9/11
20/10 22/22 23/25
24/11 27/10 28/7 31/14
31/16 31/18 31/20
32/13 32/21 34/14
36/10 38/5 41/19 43/12
44/22 47/11 48/25 50/4
50/19 51/9 53/20 57/25
58/16 60/20 62/10
62/10 62/20 63/2 63/17
64/6 64/25 67/12 67/19
68/1 68/20 69/25 70/14
71/9 73/11 73/17 73/23
75/24 76/2 78/16 78/22
79/10 79/16 79/17 80/9
80/19 81/13 83/9 83/16
83/25 84/2 84/3 84/17
87/9 89/4 89/7 89/7
92/21 93/23 96/2 99/13
101/16 102/1 102/24
103/1 103/4 103/19
103/25 104/10 104/16
105/4 105/6 105/15
105/16 106/12 107/11
107/20 108/9 108/10
108/14 108/21 108/22
108/22 108/23 109/20

**M**

me... **[32]**  110/9 110/17 110/25 111/13 111/21 112/3 113/10 113/12 113/23 115/9 115/13 116/8 116/10 116/13 117/5 119/10 119/23 120/4 120/11 120/22 121/10 124/4 124/21 125/6 125/15 127/11 127/17 130/1 133/25 137/14 139/14 139/22

**mean [34]** 8/1 15/17 25/25 30/1 31/10 35/8 36/4 38/8 39/7 39/9 40/16 40/25 45/8 47/19 48/11 59/17 60/24 62/1 64/12 68/19 78/23 78/25 82/19 83/6 88/25 95/2 104/16 109/8 116/13 120/23 131/18 132/21 133/13 141/10

**meaning [1]** 78/22

**means [19]** 8/11 18/18 18/19 52/8 61/4 61/19 62/4 62/6 64/2 88/20 99/11 104/25 105/14 105/17 121/18 123/12 123/14 124/2 124/13

**meat [1]** 68/22

**mechanical [1]** 2/23

**medical [4]** 40/18 123/14 123/20 125/3

**meet [4]** 63/7 88/22 125/3 125/5

**meeting [3]** 125/4 125/5 129/9

**member [1]** 83/2

**memo [7]** 11/4 29/15 91/13 93/18 93/20 95/9 99/17

**memoranda [1]** 21/14

**memorandum [8]** 8/18 9/22 10/20 18/9 18/25 78/5 96/16 109/20

**men [1]** 98/7

**mental [8]** 20/7 44/13 98/14 98/15 138/19 138/25 139/4 139/6

**mentally [1]** 28/14

**mentioned [7]** 15/12 18/6 18/7 30/6 45/7 97/21 97/23

**Merit [1]** 2/19

**Meriweather [2]** 5/10 29/2

**mess [3]** 119/16 120/10 126/11

**message [3]** 135/16 137/17 137/19

**messed [1]** 102/14

**met [1]** 14/17

**Metro [2]** 85/5 129/23

**Mic's [1]** 47/1

**Michael [3]** 2/13 4/4 77/18

**Michael Lawlor [2]** 4/4 77/18

microphone[3] 50/20 119/23 138/14

**microwave [2]** 52/3 52/5

**might [31]** 6/23 7/6 7/6 7/12 31/13 33/20 34/11 36/10 38/19 38/20 38/24 39/24 46/19 48/12 65/23 81/13 86/11 90/7 90/11 94/3 96/5 96/8 106/6 107/25 110/1 112/23 120/13 122/16 125/11 125/12 134/16

**miles [3]** 128/2 128/8 128/14

**mind [3]** 18/14 68/13 68/14

**minimize [1]** 27/1

**minor [4]** 16/18 23/13 30/16 45/2

**minute [5]** 31/19 38/8 71/25 103/18 122/20

**minutes [3]** 76/16 114/21 114/21

**misdemeanor [2]** 11/9 19/20

**misdemeanors [2]** 19/23 20/1

**miss [2]** 48/8 48/12

**missed [1]** 101/12

**misspeak [1]** 67/12

**mistake [1]** 20/13

**mitigate [4]** 35/18 50/21 79/18 79/20

**mitigated [1]** 33/7

**mitigating [1]** 22/5

**mitigation [2]** 20/3 21/1

**mlawlor [1]** 2/16

**model [1]** 99/12

**mom [3]** 85/21 86/15 90/10

**moment [4]** 38/6 43/17 47/18 72/12

**Monday [2]** 118/4 118/5

**money [6]** 94/8 94/13 94/17 98/22 98/22 105/4

**monitor [11]** 65/25 66/1 66/12 66/14 66/18 66/20 68/1 69/24 122/22 125/9 135/13

**monitored [2]** 22/19 45/16

**monitoring [9]** 17/7 36/18 47/4 67/2 69/11 69/16 69/20 111/10 118/25

**Monroe [1]** 132/4

**month [2]** 65/9 66/9

**months [6]** 20/13 27/2 37/4 66/10 102/15 118/8

**more [52]** 7/7 9/24 10/1 10/12 16/7 16/25 21/11 26/23 27/2 28/9 29/7

34/25 38/15 38/24 39/15 42/22 43/21 44/20 62/23 70/11 70/17 72/1 72/2 78/25 79/25 83/6 88/17 94/4 99/14 103/14 104/18 106/15 108/19 109/8 110/8 111/19 112/11 112/19 114/25 115/2 115/6 115/9 125/12 128/1 130/9 130/12 132/4 134/18

**morning [6]** 17/5 122/23 122/25 123/7 136/19 137/2

**most [12]** 21/17 22/5 27/5 30/7 32/20 43/14 47/10 47/10 79/8 89/17 101/9 115/13

**mostly [1]** 10/15

**mother [14]** 16/17 43/18 44/6 44/7 46/24 48/19 49/5 49/8 49/19 80/24 81/19 89/25 90/23 91/20

**mother's [2]** 49/10 55/20

**motion [2]** 42/6 75/17

**mountain [1]** 46/17

**move [2]** 46/25 114/14

**moved [2]** 55/9 55/9

**Movers [1]** 47/1

**moving [5]** 55/12 92/18 93/18 95/13 96/6

**Mr [5]** 9/15 77/18 88/14 101/14 115/19

**Mr. [234]**

**Mr. Brown [30]** 9/17 12/14 12/14 76/19 92/24 93/21 94/3 94/7 94/16 95/7 95/10 96/4 99/23 101/11 101/15 101/16 101/22 103/5 103/16 104/6 106/1 108/1 109/1 109/12 110/17 110/20 111/16 111/25 135/21 137/21

**Mr. Brown's [4]** 91/20 94/19 94/23 95/25

**Mr. Eppel [40]** 4/25 8/17 10/11 10/9 13/14 18/14 26/17 26/19 28/8 29/25 31/7 34/23 38/8 38/13 40/5 50/2 50/12 54/3 62/9 64/16 64/20 67/12 67/17 70/4 70/11 70/18 73/9 75/1 75/4 75/12 79/3 88/16 89/2 107/16 109/18 110/3 112/16 138/13 139/9 141/10

**Mr. Epple [1]** 113/17

**Mr. Gliss [1]** 28/21

**Mr. Handy [24]** 9/17 12/2 12/2 42/21 43/7 43/20 43/23 44/13 45/24 46/3 46/15 47/6

62/22 64/23 71/24 73/25 74/4 76/17 94/8 94/16

**Mr. Handy's [5]** 43/10 44/5 44/7 54/2 59/16

**Mr. Hood [17]** 9/17 12/25 13/1 76/19 78/2 78/7 79/22 80/10 80/20 81/12 82/8 83/7 117/15 119/6 120/24 138/3 139/13

**Mr. Hood's [1]** 81/1

**Mr. Katzoff [26]** 9/5 13/20 13/24 14/7 18/12 19/7 19/15 22/22 26/18 28/6 31/8 32/18 34/11 35/22 36/3 38/23 39/6 39/14 39/17 41/8 41/17 42/10 42/15 43/2 72/12 94/25

**Mr. Lawlor [24]** 14/5 77/20 78/1 79/16 83/13 87/3 87/14 88/6 90/2 90/17 115/20 116/19 126/4 126/18 127/19 129/3 130/5 134/17 135/17 136/12 136/17 138/22 140/1 141/8

**Mr. Lawlor's [1]** 136/13

**Mr. Marston [19]** 43/6 47/16 54/1 60/21 61/9 61/20 64/11 70/23 71/21 72/5 72/7 72/20 73/16 74/12 74/24 75/13 76/4 76/8 111/11

**Mr. Martin [9]** 91/3 96/10 103/12 107/8 109/9 109/22 110/15 113/5 115/1

**Mr. Narce [27]** 9/4 9/16 11/3 13/20 15/7 15/24 16/13 17/12 17/23 18/11 19/13 19/18 20/5 20/10 26/20 28/19 31/17 32/21 33/9 33/11 34/13 35/3 35/16 36/7 42/14 76/17 114/15

**Mr. Narce's [4]** 14/14 16/11 27/19 33/2

**Mr. Shelton [1]** 28/20

**Ms [3]** 53/19 89/21 141/4

**Ms. [65]** 3/6 4/8 4/22 5/6 16/24 16/24 17/4 21/24 24/22 24/23 24/25 25/5 25/10 25/11 26/20 39/24 40/8 41/24 42/4 50/7 53/5 53/10 53/14 62/13 74/19 74/23 77/2 80/24 80/25 87/19 88/8 92/6 114/20 116/2 116/8 116/13 116/23 117/8 117/10 117/12 117/13 117/16 121/20 122/8 122/10 122/11 122/22 125/15

127/24 127/24 128/15 129/17 131/1 132/1 132/7 132/23 133/9 135/12 136/10 136/25 137/13 138/1 138/10 139/1 140/20

**Ms. Ayo [1]** 50/7

**Ms. Bryant [15]** 3/6 4/8 39/24 40/8 41/24 42/4 53/10 53/14 74/19 74/23 77/2 114/20 117/10 138/1 140/20

**Ms. Handy-Kendi [2]** 53/5 62/13

**Ms. Holman [37]** 4/22 24/22 24/23 24/25 26/20 87/19 88/8 92/6 116/2 116/8 116/13 116/23 117/8 117/12 117/13 117/16 121/20 122/8 122/10 122/11 122/22 125/15 127/2 127/24 128/15 129/17 131/1 132/1 132/7 132/23 133/9 135/12 136/10 136/25 137/13 138/10 139/1

**Ms. Peeler [2]** 80/24 80/25

**Ms. Peterson [1]** 21/24

**Ms. Rosen [1]** 5/6

**Ms. Schuck [5]** 16/24 16/24 17/4 25/5 25/10

**Ms. Tyelyn [1]** 25/11

**much [14]** 4/17 8/15 34/11 46/1 57/6 65/4 65/10 71/12 74/12 76/6 103/14 111/11 115/18 130/17

**muffled [1]** 67/10

**Muhammad [2]** 131/17 131/18

**multiple [1]** 95/5

**Munchel [1]** 79/6

**murder [2]** 12/16 108/20

**music [1]** 19/9

**must [1]** 6/12

**mutual [1]** 69/4

**my [83]** 4/8 6/1 6/4 6/8 6/9 6/15 6/20 8/5 12/17 14/22 18/24 26/19 26/21 27/3 28/13 30/23 38/5 38/10 39/21 39/21 44/22 46/11 48/8 55/1 55/8 55/9 56/3 56/3 56/9 56/19 57/5 57/5 58/11 59/12 59/22 59/25 59/25 65/1 65/10 67/19 68/14 68/21 68/21 68/25 70/21 72/17 74/8 77/22 78/9 79/19 81/19 83/8 85/6 85/7 85/7 86/17 89/8 91/11 94/5 96/13 99/3 102/17 102/18 103/1 103/2 103/18 103/23 103/24 105/10 106/14

**M**

my... **[13]** 106/14
107/12 107/22 112/6
113/3 114/23 122/1
122/1 129/1 132/10
134/8 139/13 143/6
**My understanding [1]**
12/17
myself **[3]** 6/25 81/14
102/18

**N**

naked **[1]** 99/25
name **[7]** 9/8 11/25
24/8 50/5 50/8 97/22
135/24
names **[3]** 9/4 87/25
97/21
NARCE **[34]** 1/6 2/2
3/12 3/25 9/4 9/9 9/13
9/14 9/16 11/3 13/20
15/7 15/24 16/13 17/12
17/23 18/11 19/13
19/18 20/5 20/10 26/20
28/19 31/17 32/21 33/9
33/11 34/13 35/3 35/16
36/7 42/14 76/17
114/15
Narce's **[4]** 14/14 16/11
27/19 33/2
narcotic **[1]** 27/6
narcotics **[7]** 10/15
12/4 12/17 13/3 27/5
78/18 79/17
narrow **[1]** 33/24
nature **[6]** 10/3 15/4
16/9 45/20 96/17 98/24
near **[8]** 16/22 18/2
35/6 52/3 52/10 79/12
108/1 108/12
nearness **[1]** 46/21
necessarily **[1]** 95/2
necessary **[8]** 42/12
67/24 73/4 82/6 83/12
96/8 113/22 138/20
need **[90]** 4/23 5/25 6/1
6/1 6/23 7/7 7/9 8/15
14/3 19/17 27/10 30/2
32/25 34/5 34/24 35/21
35/21 38/9 39/8 39/17
40/20 41/1 42/12 42/15
42/17 48/25 49/2 55/13
60/22 61/2 62/16 62/23
70/12 70/12 70/16 72/2
72/13 72/16 73/6 73/17
73/17 74/13 74/20
75/24 76/10 76/16
76/19 83/6 83/22 89/25
90/21 90/22 100/3
104/17 108/6 108/8
108/24 109/5 109/6
111/5 111/15 112/1
113/9 113/21 114/22
115/3 118/18 120/4
122/7 122/9 122/16
123/7 123/15 123/21
126/9 127/9 127/9
127/10 128/1 128/23

needed **[2]** 31/2 126/20
needs **[12]** 5/25 44/23
61/6 82/4 89/23 100/22
112/18 124/7 128/10
132/19 132/22 135/19
negate **[1]** 16/10
neighborhood **[4]**
46/11 80/22 82/24
82/25
never **[4]** 22/9 62/9
125/24 140/10
Nevertheless **[1]** 28/23
new **[7]** 85/12 85/13
125/25 131/15 131/16
134/21 135/2
New Jersey **[2]** 131/15
131/16
news **[1]** 27/8
next **[18]** 13/17 34/17
39/17 42/9 42/14 42/21
45/20 51/22 51/24 74/3
74/14 75/18 75/21
89/17 90/6 91/1 113/23
131/16
Nice **[1]** 4/1
night **[2]** 86/11 86/13
Ninth **[3]** 137/7 137/8
137/9
no **[122]** 1/5 3/13 3/14
3/14 7/3 7/11 7/23 8/20
10/12 13/1 14/18 15/6
15/7 15/8 16/2 17/14
19/13 20/24 23/6 23/14
23/19 24/11 25/8 28/22
29/2 29/20 29/25 36/21
36/22 37/1 37/18 40/10
40/15 42/11 47/19
50/25 51/1 52/6 56/25
60/4 60/15 60/17 61/6
61/6 61/12 61/16 61/16
61/16 64/9 66/13 66/17
67/16 67/20 68/9 69/6
71/10 72/18 73/24 74/1
74/17 75/15 76/14 77/5
77/5 77/6 77/7 78/14
78/15 78/24 79/12
82/11 82/13 82/14
83/13 84/4 85/10 85/11
86/23 86/25 89/2 91/18
92/5 92/9 92/9 93/14
96/18 96/20 96/21
101/2 103/1 103/8
104/19 104/19 104/20
105/12 105/15 106/18
109/3 111/8 111/12
113/13 113/13 117/24
119/23 121/6 122/12
123/10 125/15 127/12
127/16 128/17 128/19
129/5 129/14 130/21
130/24 133/10 135/8
137/24 138/23 139/3
139/11
No. **[1]** 3/13

nobody **[1]** 60/16
nolled **[1]** 118/15
non **[1]** 45/24
non-violent **[1]** 45/24
none **[1]** 50/22
nonprofit **[2]** 57/23
57/24
nonsense **[1]** 5/18
noon **[2]** 39/23 41/2
normal **[1]** 17/17
normally **[1]** 17/1
Northeast **[2]** 16/22
91/20
Northwest **[3]** 10/17
87/5 137/3
not **[189]**
notably **[1]** 115/22
note **[11]** 15/4 15/19
17/10 18/8 20/23 25/15
41/24 46/23 75/4 91/23
93/20
noted **[5]** 11/3 11/8
14/21 38/3 91/15
notes **[1]** 108/9
nothing **[16]** 14/25
15/9 17/24 33/15 61/16
64/14 66/16 94/15
96/15 96/22 98/14
105/15 111/18 119/9
138/11 138/17
now **[62]** 3/3 3/3 6/15
8/1 15/1 21/17 23/21
24/13 24/14 29/1 31/20
35/2 35/6 35/10 37/14
42/8 50/16 51/7 58/2
58/14 59/4 60/5 70/16
70/18 71/14 75/18
83/17 83/20 83/21
84/16 84/25 86/10
91/11 92/20 93/1 93/18
94/4 95/22 96/15 97/11
97/17 99/5 102/6
102/15 107/9 108/16
110/5 112/10 113/12
115/25 116/19 123/23
124/8 124/13 126/2
126/22 129/1 130/5
130/20 131/5 134/3
134/24
nowhere **[3]** 100/5
124/4 124/10
number **[9]** 6/4 16/17
91/16 116/6 116/9
116/14 136/13 137/18
139/21
numerous **[1]** 78/21
nursing **[2]** 84/19
84/22
NW **[4]** 1/15 2/3 2/7
2/21

**O**

O Streets **[1]** 10/17
oath **[6]** 4/13 53/12
53/17 54/4 84/16 138/5
objection **[2]** 138/22
138/23

observations **[1]** 15/6
observed **[1]** 15/11
obvious **[1]** 45/23
obviously **[31]** 8/17
8/20 9/1 9/18 9/21 9/25
14/21 19/22 23/22
26/22 39/2 39/7 43/2
46/13 46/14 47/3 51/3
51/6 52/13 58/18 74/14
78/5 78/13 78/15 81/2
83/5 88/16 89/8 109/4
125/24 130/5
occasions **[2]** 26/3
26/8
occurred **[5]** 33/1
49/13 78/22 92/1
109/24
off **[11]** 20/20 40/13
41/15 50/16 61/22 72/9
72/23 91/6 97/6 118/5
128/12
off the **[2]** 40/13 41/15
offending **[2]** 12/11
12/13
offense **[6]** 15/5 15/6
16/8 25/19 43/15 98/25
offenses **[7]** 11/18 12/5
12/21 16/3 32/10 45/2
45/22
offer **[6]** 16/19 31/12
36/3 85/12 85/13
121/24
offered **[1]** 16/20
offering **[2]** 54/15
54/18
office **[8]** 2/10 25/15
56/20 59/22 61/3 84/11
122/14 135/16
officer **[11]** 2/17 67/23
93/7 98/18 123/15
123/19 125/11 129/9
132/20 135/24 139/25
officers **[2]** 51/12
52/11
OFFICES **[1]** 2/2
Official **[1]** 2/20
often **[5]** 7/16 21/7
100/14 112/22 127/9
oftentimes **[1]** 100/13
oh **[17]** 6/19 10/9 41/4
55/4 60/17 65/8 65/22
67/20 69/18 83/24
86/25 101/24 105/13
121/10 126/1 129/1
141/1
okay **[182]**
old **[15]** 43/12 47/10
80/8 81/1 96/14 96/15
98/6 104/13 108/20
108/21 108/22 108/22
108/23 111/1 129/1
older **[1]** 99/5
once **[9]** 65/8 65/9
106/6 110/23 124/25
125/2 125/12 131/22
136/18
one **[71]** 3/9 4/18 5/4
5/13 6/4 7/17 7/17 7/20

observations **[1]** 15/6
reservations **[1]** 15/6 13/6 13/6 13/17 13/21
13/23 14/4 14/5 15/12
17/20 18/5 21/2 21/11
26/14 27/21 30/22
39/10 39/10 41/19
42/22 42/24 46/23
47/18 48/12 52/15
52/16 56/19 56/22
60/15 60/17 61/5 72/11
72/12 76/11 81/10 82/1
92/25 96/11 98/20
98/21 98/25 99/2 107/9
107/21 107/24 108/10
109/14 111/8 111/24
111/25 114/20 114/24
115/22 115/22 118/14
118/18 120/23 127/12
129/22 131/7 132/2
132/4 134/9 139/21
one's **[1]** 7/23
one-hour **[2]** 76/11
129/22
online **[3]** 4/23 5/17
76/12
only **[21]** 32/23 35/19
56/9 61/23 73/1 88/21
98/20 99/12 102/15
112/25 113/8 115/22
118/9 119/20 120/19
121/12 121/19 127/13
128/9 132/22 134/25
open **[4]** 14/4 14/5
130/3 130/4
opportunity **[12]** 5/20
12/20 16/6 31/12 32/14
34/14 37/18 54/1 72/4
75/20 76/3 111/13
opposed **[1]** 98/10
oranges **[1]** 37/25
order **[9]** 3/5 7/12
23/23 77/1 77/20
119/12 140/21 140/23
141/5
organization **[6]** 10/21
33/6 57/23 57/25 94/20
95/3
organized **[1]** 8/21
organizing **[1]** 28/14
orientation **[2]** 136/5
136/8
original **[1]** 135/1
other **[40]** 6/16 18/7
18/9 19/5 21/11 22/18
28/5 30/22 32/1 32/16
32/17 34/8 44/16 45/4
46/23 51/15 59/21 61/5
61/13 61/18 63/7 64/8
69/5 85/15 88/21 96/24
99/24 101/5 105/7
107/5 109/21 111/7
112/4 114/20 126/15
126/18 128/24 130/23
138/9 138/15
others **[5]** 35/10 46/22
69/9 97/10 121/2
otherwise **[2]** 22/10
87/9
our **[7]** 4/25 6/16 11/4

**O**

our... [4] 27/9 39/3
74/3 135/16
ourselves [1] 81/10
out [53] 5/6 6/20 12/18
15/22 19/11 24/6 28/4
34/3 43/11 45/13 46/5
60/3 61/21 62/13 63/21
63/24 70/24 77/1 77/20
79/16 82/7 83/9 90/7
90/15 90/21 93/8 93/13
93/16 98/1 99/4 102/19
103/17 103/20 103/20
103/25 104/11 104/13
107/18 109/10 110/4
110/19 110/25 117/17
122/4 123/21 124/15
124/16 126/22 127/12
129/10 136/16 139/19
140/9
outlines [1] 21/15
outside [12] 8/7 56/6
56/8 58/12 63/6 63/7
63/21 124/20 128/2
128/7 128/8 128/10
over [9] 7/15 9/15 57/7
58/12 88/24 103/19
119/6 140/21 141/4
overall [1] 108/4
overcomes [1] 15/3
overcrowding [1]
100/12
overdose [1] 27/3
overdoses [1] 27/8
overkill [1] 111/12
overnight [1] 55/7
overview [1] 9/1
own [7] 18/9 55/21
57/5 57/5 58/11 61/25
61/25
owner [1] 89/25

**P**

p.m [6] 1/6 76/24 76/24
117/7 117/7 141/18
page [9] 91/17 91/24
92/21 93/20 93/21 94/1
94/7 94/19 95/5
painting [1] 34/16
pan [2] 68/23 68/23
pandemic [1] 45/9
panoply [1] 79/11
paper [3] 19/24 20/22
22/7
paperwork [1] 136/6
paragraph [2] 28/1
94/19
paragraphs [1] 19/1
part [3] 28/3 29/23
86/12
part-time [1] 86/12
participate [1] 33/6
participation [1] 17/6
particular [7] 12/6
29/15 29/16 29/21
30/14 101/17 109/23
particularly [1] 36/6
parties [4] 3/18 77/10

partner [1] 70/13
party [29] 25/2 25/11
25/13 32/3 32/4 32/8
32/24 33/23 34/18
43/19 49/20 50/4 50/13
61/7 61/18 62/5 62/12
63/8 69/24 70/13 72/22
82/5 95/23 96/4 113/14
114/24 115/2 118/14
118/17
passed [2] 55/1 97/6
passionate [1] 97/13
passport [3] 129/13
130/20 130/23
password [2] 100/20
118/11
password-protected
[1] 118/11
passwords [1] 100/19
past [7] 65/11 68/3
68/4 68/11 96/6 106/10
109/3
patchwork [2] 113/15
115/7
path [5] 28/15 32/22
103/10 104/17 113/1
patient [1] 112/23
pause [1] 30/9
payment [1] 94/14
PC [1] 2/10
Peeler [1] 80/3 80/24
80/25
Peelers [1] 80/25
penalties [2] 119/21
134/20
pendency [1] 24/19
pending [14] 11/21
12/6 13/11 14/25 16/10
17/21 24/19 26/12 42/6
44/2 47/22 75/16 75/17
134/11
people [41] 17/18
21/17 27/8 28/5 33/8
34/1 35/6 35/11 35/22
35/23 38/15 39/9 42/25
46/10 56/9 57/12 76/12
78/23 82/24 96/3 96/24
97/1 97/13 100/14
103/16 103/21 103/22
104/11 105/24 106/4
106/23 111/5 111/9
111/20 111/22 112/4
115/4 115/6 115/8
115/8 120/13
people's [1] 10/3
perfect [6] 16/12 37/12
105/23 106/5 120/13
120/16
performance [1] 45/5
performed [1] 47/13
perhaps [18] 10/1
32/16 33/8 34/21 36/9
38/19 39/22 52/18 73/8
79/7 81/21 81/23 99/16
110/8 110/9 110/24
112/20 138/19
period [5] 30/8 66/19

perjury [1] 54/10
permission [9] 91/6
121/20 124/24 125/2
129/20 132/15 132/25
133/20 133/21
permitted [3] 87/23
91/8 132/9
perplexed [1] 18/16
person [69] 3/16 6/6
6/11 7/1 9/3 9/19 22/24
22/25 23/12 23/17
23/21 23/22 23/25 24/5
24/8 30/23 32/4 34/6
35/9 35/21 39/10 39/22
40/24 41/1 41/9 41/11
41/17 42/1 42/5 42/15
44/11 54/10 57/4 61/2
61/5 61/13 62/19 63/10
63/13 63/17 70/12
70/22 71/3 72/22 73/9
74/20 74/20 74/21 79/2
88/25 97/6 106/20
108/1 109/13 111/1
111/10 111/13 112/3
112/3 115/24 116/3
116/19 116/24 117/4
124/17 127/13 127/14
128/22 134/16
person's [3] 13/16
33/2 79/7
personal [2] 95/16
95/19
personally [1] 83/11
persuasive [1] 115/9
Peter [1] 2/6
Peterson [2] 21/15
21/24
PG [1] 25/14
phon [1] 97/22
phone [28] 13/6 34/19
48/7 48/8 56/11 56/12
56/12 56/15 56/22 59/5
59/16 59/25 61/16
61/25 65/5 65/6 78/21
78/24 88/7 90/11 90/23
96/22 97/13 100/21
115/25 118/9 122/2
137/18
phones [2] 33/3 56/17
photos [1] 96/21
physical [3] 58/16 68/8
91/23
pick [1] 74/3
picture [4] 13/6 23/21
34/16 94/7
pictures [4] 13/6 78/20
78/23 95/8
place [17] 16/21 17/5
17/6 17/17 17/18 17/19
17/24 20/15 22/15
23/11 24/19 92/25 93/4
99/9 110/22 120/15
128/3
placed [5] 4/13 52/19
53/12 53/17 138/5
places [4] 22/18 46/10
93/1 97/7

placing [1] 96/15
Plaintiff [1] 1/4
plan [4] 4/25 78/19
113/15
planning [1] 55/12
plastic [1] 51/21
plate [1] 51/24
play [2] 96/3 99/11
please [23] 3/5 3/7
3/18 4/10 4/11 10/4
17/3 32/1 53/7 53/10
53/11 64/17 64/18
67/12 71/22 77/3 77/10
79/23 84/13 89/2 91/4
138/1 138/3
pleased [1] 69/3
plug [1] 59/18
plugs [1] 61/21
plus [1] 30/16
point [17] 15/24 16/8
20/19 21/3 21/4 24/17
44/15 67/25 70/5 70/7
70/18 80/5 82/7 93/13
98/12 111/4 126/20
pointed [1] 104/13
points [1] 45/21
pole [1] 108/12
police [2] 19/12 67/23
poor [1] 19/17
porch [3] 63/4 63/5
63/14
posed [1] 11/1
poses [1] 29/14
position [3] 18/4 31/21
105/5
positive [6] 44/8 44/11
51/20 51/24 52/2 52/4
possess [1] 46/1
possession [9] 10/22
12/7 17/17 17/20 28/21
43/14 52/25 53/1 82/14
possibility [4] 13/10
35/20 39/19 99/19
possible [5] 35/24
75/24 79/16
possibly [2] 35/25 61/7
post [2] 2/10 126/19
post-convictions [1]
126/19
posttrial [1] 82/2
potentially [4] 35/1
61/18 61/19 62/7
pounds [1] 82/8
powder [2] 51/20 52/4
PR [2] 48/5 48/16
pre [1] 65/1
pre-existing [1] 65/1
predict [1] 105/18
preference [1] 41/8
premature [1] 81/24
presence [3] 15/10
97/1 108/16
present [14] 3/15 4/21
16/6 46/4 46/6 51/15
51/17 52/15 61/4 77/8
77/14 99/15 106/11
110/9
presentations [1]

presents [1] 27/7
presiding [1] 3/4
pressed [1] 18/3
presumed [7] 6/4 6/6
6/11 7/1 36/7 79/2
106/21
presumed-innocent [4]
6/6 6/11 7/1 79/2
presumption [9] 14/13
14/16 14/23 15/3 15/24
17/12 36/5 45/22 109/4
pretrial [47] 2/17 4/21
9/21 9/25 12/15 16/24
24/23 30/6 32/5 32/7
39/11 43/20 49/23
52/21 65/24 66/4 78/4
81/20 81/25 89/23
90/23 91/12 92/3 95/15
100/24 115/3 115/25
117/12 122/19 122/21
123/6 123/15 123/18
124/25 125/10 126/5
127/3 127/22 129/8
130/4 132/12 132/20
135/25 136/3 137/3
138/12 139/25
Pretrial's [5] 25/20
52/23 127/8 129/19
137/18
pretty [1] 21/14
Prettyman [1] 2/20
previous [2] 50/23
118/14
previously [2] 28/10
98/18
primarily [1] 45/2
primary [1] 79/19
prior [6] 23/18 28/10
79/25 83/3 92/16 96/11
prison [2] 20/6 62/2
62/3 62/6 62/7 64/1
probable [9] 15/1 15/7
15/9 16/2 16/6 29/20
29/22 30/1 50/25
probable-cause [5]
15/7 15/9 16/6 29/20
50/25
probably [8] 22/6
40/19 40/20 50/14 56/2
56/3 89/6 114/19
probation [13] 11/9
11/17 11/19 25/15
25/18 25/22 25/24 30/8
34/7 93/7 93/12 93/15
98/18
Probation Office [1]
25/15
probative [1] 38/20
problem [9] 28/22
74/17 84/4 92/5 94/18
100/16 120/12 121/11
139/18
problematic [1] 17/11
problems [2] 58/17
120/14
proceed [1] 43/8
proceeding [1] 8/23

**P**

proceedings [3] 2/23 141/18 143/4
process [2] 113/2 113/2
produced [1] 2/23
product [1] 94/13
productive [3] 44/3 100/10 101/7
professionalism [2] 75/5 75/12
proffer [3] 8/25 9/16 11/10
profound [1] 121/1
program [1] 22/16
promise [14] 6/18 7/23 8/3 8/8 74/6 84/17 105/9 107/12 113/19 119/23 120/4 120/7 139/22 139/23
promises [2] 34/12 74/7
prone [1] 18/22
pronounce [1] 9/7
pronouncing [1] 117/21
proof [2] 46/12 110/7
proper [1] 20/15
properly [1] 20/7
proposed [3] 14/14 50/4 50/13
proposing [4] 37/21 49/5 49/10 49/19
proprietor [1] 57/6
prosecutor [5] 27/3 64/17 67/9 105/1 125/19
protect [1] 46/8
protected [2] 47/8 118/11
proven [1] 102/21
provide [5] 16/25 102/18 110/5 115/8 121/21
provided [3] 16/23 24/18 87/25
proximity [2] 46/22 52/25
PSA [6] 127/23 128/11 128/23 129/3 138/20 138/25
psychiatric [1] 100/22
PTSD [1] 44/15
public [2] 16/15 104/22
pull [1] 6/20
pulled [3] 7/17 29/16 51/11
purchase [2] 94/2 94/2
purchases [1] 46/14
purpose [1] 49/10
purposes [1] 35/9
put [13] 6/5 17/1 40/9 57/6 60/14 73/18 96/7 105/4 116/10 117/17 118/19 119/24 139/4
putting [5] 103/25 104/1 106/4 135/17 139/13

**Q**

quadrant [1] 87/4
Quanatella [1] 97/22
quantum [1] 110/6
quarantined [1] 65/2
quarantining [1] 57/9
quashed [1] 47/11
question [13] 34/14 35/15 54/4 63/3 64/18 65/22 68/5 69/14 70/8 70/9 113/8 121/10 124/18
questions [26] 9/18 13/15 47/15 50/2 53/9 53/25 63/1 64/16 70/11 71/4 71/5 71/9 72/2 72/5 72/21 73/23 78/8 87/16 106/15 111/4 113/5 117/3 126/1 135/6 137/23 140/1
quick [2] 72/5 72/8
quicker [1] 76/12
quickly [1] 103/13
quiet [2] 56/7 56/8
quit [1] 106/19
quite [6] 20/18 21/2 21/11 22/6 66/13 100/14

**R**

radically [1] 109/17
raise [4] 4/12 53/11 62/19 138/3
raised [1] 16/13
raising [1] 99/12
rampant [1] 27/8
rather [2] 11/9 93/24
re [5] 12/11 26/1 26/11 27/10 30/12
re-arrest [1] 26/1 26/11
re-arrested [1] 30/12
re-highlight [1] 27/10
re-offending [1] 12/11
reach [1] 117/4
read [3] 19/2 94/5 109/20
reading [1] 94/6
ready [3] 90/16 90/22 117/9
real [6] 6/16 50/19 72/5 72/7 78/13 105/16
really [13] 20/14 26/24 44/23 55/25 56/7 56/8 59/17 75/5 79/4 109/18 110/5 126/19 141/12
Realtime [1] 2/19
rear [1] 37/15
reason [9] 15/23 17/12 41/16 47/11 49/16 128/9 136/21 138/19 139/3
reasonably [5] 7/4 31/13 33/3 73/19 112/13
reasons [4] 22/10 25/20 73/4 89/12
rebut [1] 14/16
rebuttable [3] 14/13

rebuttable-presumption [1] 14/13
rebuttal [1] 10/2
recall [3] 50/14 77/2 117/14
Recalling [1] 77/4
recent [4] 30/7 43/14 44/21 61/6
recently [1] 23/6
recess [3] 76/11 76/24 117/7
recitation [1] 82/22
recognizance [2] 95/16 95/20
recognize [1] 14/12
recognizes [1] 14/24
recollection [2] 30/24 132/10
recommendation [1] 25/20
recommending [1] 127/23
record [14] 3/19 17/2 22/8 24/8 40/13 41/15 67/9 72/10 75/5 76/4 77/11 81/16 92/10 115/10
recorded [4] 1/11 2/23 143/3 143/4
recording [2] 143/5 143/7
recordings [1] 46/18
records [2] 44/14 98/16
recovered [4] 17/15 47/23 94/22 94/22
reduces [1] 100/12
Reentry [1] 8/5
reference [2] 29/19 29/19
referenced [1] 28/1
references [1] 19/1
referred [4] 20/11 20/14 28/20 29/18
Reform [1] 95/13
regard [2] 16/7 100/18
regarding [3] 17/10 22/13 93/21
regardless [1] 15/20
region [1] 16/22
Registered [1] 2/19
regularly [1] 55/7
related [3] 23/18 47/24 50/23
relation [1] 69/10
relationship [7] 24/7 55/15 67/1 69/1 80/3 81/18 81/18
relatively [1] 20/2
relatives [1] 115/23
release [45] 11/2 11/8 12/4 14/15 16/10 28/11 31/21 32/22 45/6 46/24 47/4 53/2 62/22 70/11 88/17 91/14 91/21 93/17 95/14 95/15 95/16 95/19 98/17

rebuttable-presumption [1] 14/13
rebuttal [1] 10/2
recall [3] 50/14 77/2 117/14
Recalling [1] 77/4
recent [4] 30/7 43/14 44/21 61/6
recently [1] 23/6
recess [3] 76/11 76/24 117/7
recitation [1] 82/22
recognizance [2] 95/16 95/20
recognize [1] 14/12
recognizes [1] 14/24
recollection [2] 30/24 132/10
recommendation [1] 25/20
recommending [1] 127/23
record [14] 3/19 17/2 22/8 24/8 40/13 41/15 67/9 72/10 75/5 76/4 77/11 81/16 92/10 115/10
recorded [4] 1/11 2/23 143/3 143/4
recording [2] 143/5 143/7
recordings [1] 46/18
records [2] 44/14 98/16
recovered [4] 17/15 47/23 94/22 94/22
reduces [1] 100/12
Reentry [1] 8/5
reference [2] 29/19 29/19
referenced [1] 28/1
references [1] 19/1
referred [4] 20/11 20/14 28/20 29/18
Reform [1] 95/13
regard [2] 16/7 100/18
regarding [3] 17/10 22/13 93/21
regardless [1] 15/20
region [1] 16/22
Registered [1] 2/19
regularly [1] 55/7
related [3] 23/18 47/24 50/23
relation [1] 69/10
relationship [7] 24/7 55/15 67/1 69/1 80/3 81/18 81/18
relatively [1] 20/2
relatives [1] 115/23
release [45] 11/2 11/8 12/4 14/15 16/10 28/11 31/21 32/22 45/6 46/24 47/4 53/2 62/22 70/11 88/17 91/14 91/21 93/17 95/14 95/15 95/16 95/19 98/17
111/18 112/15 112/20 119/7 121/8 121/16 134/7 135/3 135/7 135/18 137/11 138/2 138/15 138/25 140/20 140/23 140/25 141/1 141/5
released [17] 12/1 12/9 12/12 12/17 12/20 12/22 20/6 30/10 31/5 53/3 67/22 81/20 92/25 97/15 119/12 127/13 131/6
relevant [1] 32/1
reliable [2] 22/16 34/21
religious [4] 131/7 132/7 132/9 133/18
remain [1] 100/10
remains [3] 25/20 75/17 78/7
remarkable [1] 45/8
remember [5] 7/21 84/16 102/6 106/18 130/10
remind [4] 6/25 9/5 22/22 120/22
remote [1] 114/6
remove [1] 67/19
repeat [1] 111/16
repeating [1] 67/10
report [13] 12/15 22/11 25/16 26/11 26/11 26/14 30/6 37/17 67/14 91/12 91/15 92/4 92/15
reported [2] 22/20 37/4
Reporter [4] 2/18 2/19 2/19 2/20
reporting [1] 136/5
representations [1] 14/22
reprimanded [1] 37/9
request [3] 39/3 82/1 127/3
requesting [4] 24/15 89/11 127/5 138/16
require [2] 23/16 47/3
required [1] 66/12
requirement [1] 68/1
resided [2] 23/8 23/8
residence [26] 23/5 23/7 23/8 25/1 25/3 25/6 25/10 25/12 32/12 39/10 47/23 49/10 49/12 49/17 85/18 85/19 86/20 87/7 87/23 88/20 94/19 118/21 118/24 128/19 128/24 129/6
residences [2] 35/24 49/4
residency [2] 91/18 91/18
resident [1] 98/2
resides [1] 97/7
residing [1] 23/6
resolve [1] 75/19
resolved [1] 45/12

**S**

sources [1] 24/16
respect [19] 11/3 12/2 12/25 24/13 28/18 29/8 29/17 29/21 30/7 30/8 69/5 69/11 91/17 91/23 92/14 92/19 92/20 100/23 100/24
respond [1] 36/15
responded [2] 19/14 135/19
responsibility [1] 21/10
responsible [5] 35/5 35/11 66/25 93/11 93/12
rest [3] 82/22 105/14 106/4
restrictions [2] 37/1 100/16
restrictive [3] 32/20 83/14 115/14
result [4] 20/1 30/18 91/25 94/13
resulted [1] 21/18
resume [1] 24/17
resurrected [1] 57/24
retired [1] 57/3 57/4
return [2] 21/6 90/14
returning [2] 8/6 21/16
returns [1] 117/3
reverify [1] 122/16
review [3] 14/14 22/8 78/4
revoked [1] 37/6
rid [1] 129/4
right [136] 3/6 4/8 4/12 4/18 5/19 6/15 7/13 7/17 8/15 8/16 14/7 17/3 19/9 23/3 23/24 24/23 25/2 25/4 25/23 29/2 29/5 31/20 32/4 35/2 35/10 38/24 42/18 42/20 47/24 48/21 49/6 49/18 49/19 50/1 50/7 50/12 51/1 51/7 53/8 53/11 53/20 54/16 54/24 59/14 59/23 60/4 60/19 61/24 70/16 71/7 71/24 72/15 72/18 74/9 76/4 78/10 83/17 83/20 83/21 84/21 85/19 85/24 86/10 87/13 87/17 89/8 91/1 91/11 93/1 94/10 98/22 102/4 102/9 102/14 102/14 102/22 103/3 103/5 103/15 103/19 103/24 104/2 105/15 105/20 105/22 105/24 106/1 106/2 106/25 107/2 107/4 107/10 107/14 107/15 107/16 107/20 108/18 108/22 108/25 109/11 109/25 109/25 110/1 110/5 110/14 111/12 113/2 114/8 111/9 116/19 118/21 119/6 119/11 120/21

**R**

right... [22] 124/8 124/9 126/22 127/12 128/4 128/15 132/23 133/4 134/2 135/23 137/13 138/4 139/12 139/14 139/24 140/2 140/5 140/15 140/20 140/25 141/5 141/16
rights [1] 7/21
Ring [2] 32/17 111/7
rise [1] 3/2
risk [7] 20/23 22/8 81/9 82/12 83/4 83/7 100/1
RMR [1] 143/10
road [2] 79/4 124/7
roadblocks [2] 105/23 106/5
robe [2] 6/5 125/16
robust [2] 27/19 29/18
rodeo [1] 102/25
role [2] 96/3 99/11
room [5] 16/19 40/23 51/21 55/16 117/10
Rosen [1] 5/6
rotate [1] 42/25
rounds [4] 52/6 52/7 52/7 52/8
route [1] 118/3
router [1] 61/21
row [1] 43/19
rug [1] 6/20
rule [12] 6/10 6/18 8/2 8/2 31/16 34/11 75/23 104/15 104/19 105/12 106/13 107/18
rules [1] 104/20
run [1] 63/24
runs [3] 27/13 44/8 55/25

**S**

safe [1] 129/11
safely [1] 21/21
safety [8] 7/5 12/24 14/19 31/14 73/19 82/9 104/7 112/14
said [40] 5/25 5/25 21/22 23/3 24/12 34/7 38/16 41/17 41/21 49/23 55/13 58/24 63/20 69/9 69/9 74/7 78/7 80/9 80/10 80/13 81/7 83/8 86/15 88/10 94/3 98/19 99/5 99/16 101/17 102/20 104/14 107/9 112/5 112/6 120/24 133/19 136/10 141/4 141/10 143/6
sake [1] 5/2
sale [2] 101/6 107/24
sales [2] 10/20 95/5
Salvador [1] 100/2
same [10] 5/3 16/1 19/8 25/20 50/17 66/13 71/5 75/11 104/5 141/10
sanctions [1] 26/2

satisfactory [1] 45/5
Saturday [1] 114/14
saw [5] 24/8 91/21 108/5 120/20 127/12
say [46] 6/1 6/14 6/23 14/21 17/18 18/16 20/17 26/5 26/6 26/8 26/8 27/14 34/4 40/1 41/25 43/24 58/6 59/1 62/11 68/13 74/23 79/4 79/25 92/3 94/2 94/21 94/22 95/10 98/24 101/23 101/24 103/14 104/11 106/14 109/14 112/17 112/25 113/12 114/18 123/22 123/25 126/1 129/3 130/13 133/2 141/11
saying [10] 6/3 28/6 49/4 60/23 62/22 70/15 82/18 85/1 106/17 131/9
says [14] 6/10 6/25 18/8 18/9 21/24 23/13 52/7 68/13 91/18 95/14 97/24 107/1 117/10 125/4
scares [1] 104/10
scary [1] 104/10
scattered [1] 52/17
schedule [1] 113/23
scheduled [1] 92/24
school [4] 16/14 16/15 16/15 43/25
Schuck [5] 16/24 16/24 17/4 25/5 25/10
screw [2] 106/6 120/21
screwed [3] 62/14 120/25 126/2
screws [1] 62/6
search [7] 45/11 46/16 49/13 51/2 51/12 78/21 78/22
searches [1] 61/15
seat [5] 14/4 14/5 14/6 42/24 43/1
seated [2] 3/5 43/18
Seaton [1] 16/14
second [18] 3/10 4/18 11/14 13/23 28/2 41/19 42/22 43/22 52/2 61/2 63/10 63/12 70/12 70/21 72/11 73/3 110/21 115/22
security [1] 59/10
see [52] 4/1 4/2 4/7 6/6 10/3 18/25 19/3 19/3 27/24 28/8 31/15 31/24 32/21 40/24 46/18 46/19 46/21 50/22 63/11 64/23 65/3 65/10 71/3 71/13 71/13 71/17 71/20 75/13 93/8 95/11 99/16 99/18 99/19 99/23 99/24 100/11 103/16 105/25 106/1 106/1 106/17 106/23

114/7 114/15 117/16 123/8 124/6 134/17 140/2
seeing [5] 27/9 46/18 63/9 78/16 106/23
seem [2] 20/22 102/23
seems [5] 12/11 27/18 33/9 34/25 108/13
seen [7] 8/5 18/10 44/17 46/13 95/8 95/8 112/19
seizures [1] 96/20
selling [1] 99/23
send [5] 122/7 135/16 136/12 140/20 140/23
sending [2] 136/11 137/10
senior [1] 46/25
sense [3] 40/8 46/1 70/18
sent [4] 20/13 137/16 137/19 141/4
sentence [1] 135/2
sentenced [2] 11/16 106/23
sentences [1] 20/2
sentencing [2] 21/14 35/8
separate [2] 27/21 49/4
separately [1] 20/10
serious [15] 8/10 15/5 16/8 31/12 33/11 44/13 44/16 45/18 55/14 62/18 75/25 89/16 89/25 108/19 109/2
seriously [1] 105/25
seriousness [2] 45/20 98/25
servant [1] 104/22
served [1] 22/4
service [2] 61/25 131/7
services [29] 2/17 9/25 16/24 24/23 30/6 32/6 32/7 43/20 81/12 91/12 100/25 115/3 115/25 122/20 122/21 123/6 123/15 123/18 125/10 126/5 127/22 129/8 132/7 132/9 132/20 133/19 136/4 137/3 139/25
session [1] 3/3
set [12] 3/16 4/9 14/18 41/7 42/4 77/9 83/4 83/6 96/5 113/15 114/17 130/16
setting [3] 82/2 82/9 100/18
seven [2] 35/23 39/20
several [6] 26/2 45/4 93/1 95/2 134/9 141/12
shake [2] 34/3 105/9
shall [1] 95/14
share [3] 80/7 81/1 85/23
Shay [2] 2/17 4/20
Shayla [2] 80/3 86/3

she's [17] 44/10 53/16 80/13 80/14 86/9 86/10 86/18 88/6 97/22 97/25 98/1 117/10 118/7 118/13 136/10 136/12 137/10
sheet [1] 19/8
Shelli [1] 21/15
Shelton [1] 19/2 28/20
shift [2] 86/11 86/13
shifts [2] 96/2 111/6
shoes [2] 103/10 111/24
shoot [1] 109/14
shooting [5] 11/6 19/3 28/1 29/16 35/12
shootings [1] 10/22
short [1] 115/14
shortly [1] 140/24
shot [7] 11/25 13/7 18/6 35/4 35/13 36/8 74/8
shots [1] 19/12
should [14] 24/13 31/11 32/1 41/25 69/21 75/6 99/1 114/18 114/24 116/6 116/6 133/8 135/12 136/25
show [8] 17/24 25/17 25/25 45/16 47/12 99/17 99/18 135/12
show-cause [2] 25/17 25/25
showed [3] 47/12 71/15 98/19
showing [1] 15/10
shown [1] 97/5
shows [1] 22/8
shut [1] 21/18
sic [3] 69/20 99/15 137/21
side [5] 42/24 63/4 63/4 93/6 124/7
sign [1] 103/3
significant [3] 20/2 46/20 52/11
significantly [1] 30/17
signing [1] 62/18
Similarly [1] 15/25
simple [1] 106/4
simply [4] 29/12 31/3 108/25 109/3

since [7] 57/6 57/8 57/25 65/11 80/7 92/25 109/17
single [2] 64/2 127/13
sir [37] 42/19 54/6 71/18 75/22 78/11 119/4 119/14 119/18 120/2 120/7 120/17 121/3 121/6 123/3 123/17 124/11 124/22 125/7 125/21 126/13 127/15 128/13 128/21 129/7 129/12 129/14 130/18 130/21 130/24 133/3 133/22 134/23 135/5 135/8 136/23 137/5 137/24
sister [1] 80/21
sit [9] 4/16 13/17 14/6 53/7 87/10 101/1 101/10 101/21 138/13
sit-down [1] 101/1
sitting [1] 112/3
situation [12] 20/18 44/2 56/12 58/3 66/11 67/2 67/3 67/11 67/13 83/17 116/12 120/12
situations [1] 45/4
six [3] 37/4 59/2 94/21
slate [1] 103/20
slightly [1] 112/2
small [4] 8/20 68/23 82/17 82/21
smart [1] 111/13
so [262]
So he's [1] 37/12
so I think [7] 4/25 38/18 70/7 72/20 76/9 79/13 94/17
So if [1] 89/24
so it's [4] 56/7 86/12 87/6 132/22
So one [1] 13/21
So those [1] 108/2
So you're [1] 137/12
Sodexo [6] 84/6 84/9 84/9 84/11 84/21 121/22
sold [2] 13/2 94/13
sole [1] 57/6
solid [1] 81/17
Solomon [1] 1/14 3/21 77/12
Solomon Eppel [1] 3/21
solomon.eppel [1] 1/16
some [56] 9/1 10/12 17/9 21/19 24/6 26/2 26/22 30/17 33/7 36/9 38/20 39/17 39/25 40/20 41/16 44/15 45/22 46/7 46/17 48/8 50/2 51/6 53/25 54/4 60/22 65/24 69/1 69/8 69/25 70/1 72/1 72/2 73/10 75/9 78/2 78/13 80/5 81/12 81/24 82/2

160

**S**

**some... [16]** 88/16
93/17 95/3 95/8 95/22
97/1 98/15 104/17
106/15 107/23 112/10
113/9 113/10 126/18
128/9 136/21

**somebody [14]** 8/8
15/15 15/16 34/6 35/1
36/1 53/3 61/6 63/7
101/7 107/25 109/15
112/20 124/7

**somehow [2]** 97/2
101/5

**someone [11]** 14/6
18/22 19/17 32/11
34/20 34/21 61/3 62/11
73/6 79/12 109/15

**something [43]** 5/24
5/24 5/25 28/5 31/18
34/16 34/25 35/4 35/13
36/2 36/10 47/5 54/8
62/7 67/4 67/5 67/7
67/14 67/14 69/6 69/21
73/12 78/25 82/1 83/20
83/21 88/18 99/17
101/23 101/24 102/20
105/13 109/11 109/19
112/5 112/6 121/25
124/3 126/9 127/3
129/2 131/9 136/21

**sometimes [6]** 68/13
68/16 75/10 93/7 97/9
98/8

**somewhere [1]** 63/14
**son [12]** 11/12 44/11
54/16 55/8 55/19 60/14
65/10 68/2 68/25 80/8
81/1 81/1

**soon [4]** 44/15 45/11
133/8 136/16

**sorry [30]** 3/9 4/23
6/22 7/8 7/19 9/4 25/6
25/25 26/5 26/6 40/16
47/18 55/2 55/4 67/8
75/22 76/14 76/21
90/18 104/19 104/20
105/7 112/24 116/3
117/17 118/4 118/22
124/17 129/16 141/2

**sort [15]** 21/19 24/6
28/13 30/17 44/9 51/8
56/8 78/23 80/22 82/2
82/22 82/24 83/7 96/22
108/16

**soul [1]** 44/9
**sound [3]** 14/3 19/24
116/24

**sounds [6]** 6/19 51/5
57/18 68/16 73/4 85/19
**Southeast [3]** 80/24
87/5 87/7

**speak [17]** 5/13 5/16
5/20 36/13 38/5 70/24
71/2 89/23 89/25 94/14
96/2 97/13 97/17
115/25 117/20 124/19
138/14

**Speaking [3]** 44/5 75/6
91/7

**specific [8]** 9/18 15/2
16/3 16/3 16/6 17/9
36/24 138/18

**specifically [7]** 14/24
15/8 15/10 17/16 18/9
95/9 97/20

**specifics [4]** 16/7
93/21 95/13 113/11

**speculation [1]** 46/21
**speedy [1]** 75/17
**spent [2]** 54/5 80/20
**spirit [1]** 44/10
**split [1]** 80/22
**spoke [4]** 24/5 37/7
78/6 80/3

**spoken [2]** 16/17 19/21
**sponsor [1]** 16/19
**spot [1]** 117/17
**spry [1]** 73/6
**stable [1]** 81/16
**stacking [1]** 32/19
**stand [5]** 4/12 13/25
53/6 71/23 107/8
**STANLEY [4]** 1/8 3/14
4/4 77/6

**start [11]** 7/15 9/15
13/20 28/7 32/19 43/10
50/16 70/10 77/1 77/25
93/21

**started [1]** 45/13
**starting [6]** 3/19 9/3
39/21 40/19 77/11
91/15

**stash [2]** 15/10 15/15
15/17 15/17
**state [4]** 24/7 118/2
126/16 134/25
**stated [3]** 89/12 118/1
118/10

**statement [1]** 101/1
**STATES [10]** 1/1 1/3
1/11 3/9 3/12 3/21 77/5
77/12 79/6 117/15
**status [1]** 99/7
**statute [1]** 14/23
**statutory [1]** 91/13
**stay [18]** 16/21 17/7
20/20 22/15 23/23
24/12 24/16 30/14
30/16 43/2 55/15 55/17
56/3 77/19 85/18 128/1
128/8 140/12

**stay-away [3]** 20/20
23/23 24/16
**stayed [2]** 56/3 66/24
**staying [4]** 46/5 91/21
128/22 136/12
**stays [1]** 55/7
**steady [1]** 81/18
**stenography [1]** 2/23
**step [5]** 71/23 90/7
90/10 90/20 124/22
**stepped [8]** 45/14 48/6
48/7 48/16 52/20 106/6
119/20 126/12
**stepping [1]** 124/14

20/14 23/25 33/20
34/11 71/15 86/18 89/4
89/11 92/1 103/19
112/13 117/14 122/16
140/5

**stop [6]** 59/21 67/4
67/13 70/5 124/2 124/8
**store [2]** 63/25 86/4
**story [1]** 15/13
**stove [1]** 51/25
**straight [1]** 24/11
**strange [1]** 10/10
**strangled [1]** 11/15
**Street [9]** 1/15 2/3 2/7
16/22 20/11 20/11
91/19 93/9 131/16
**streets [2]** 10/17 98/23
**strength [1]** 29/18
**strengthen [1]** 39/3
**stretch [1]** 58/13
**strict [1]** 46/7
**strictly [1]** 22/19
**strikes [1]** 111/13
**stringent [4]** 83/6
88/17 88/18 89/17
**strong [9]** 16/5 16/12
22/8 22/14 43/13 44/7
76/4 81/18 97/12
**strongest [1]** 30/3
**struck [2]** 11/12 11/12
**struggled [2]** 20/13
20/16
**struggling [1]** 109/18
**stuff [1]** 122/3
**stupid [1]** 98/9
**submit [2]** 14/13 95/18
**submitted [1]** 25/16
**substance [3]** 44/19
51/23 52/1
**substances [1]** 52/16
**succeed [1]** 130/14
**succeeded [2]** 31/11
35/16
**successfully [1]** 67/1
**such [1]** 111/12
**sudden [1]** 37/14
**suffer [1]** 7/8
**sufficient [2]** 19/25
24/21
**suggest [3]** 20/22 90/9
98/15
**suggested [1]** 89/15
**suggesting [2]** 22/5
113/10
**suggestion [1]** 81/20
**suggests [5]** 12/1 20/2
31/5 96/16 114/20
**suitable [3]** 17/6 25/12
25/12
**Suite [2]** 2/3 2/15
**Suitland [1]** 117/22
**Superior [10]** 12/6
22/18 24/10 25/23
43/15 44/2 45/6 47/22
50/24 51/12
**supervise [2]** 54/15
54/18

supervised [1] 140/6
**supervising [4]** 22/17
125/17 132/20 136/2
**supervision [14]** 11/17
26/22 34/9 35/16 45/3
45/5 47/14 51/6 67/23
78/19 81/21 82/3 92/19
105/22
**supplier [1]** 94/16
**support [4]** 44/6 49/2
49/3 100/6
**supposed [6]** 20/6
20/21 22/11 24/18 31/4
104/5
**supposedly [2]** 94/1
99/23
**sure [60]** 6/2 6/8 13/23
18/14 18/23 19/8 27/25
29/24 31/19 36/16
36/20 37/6 38/2 41/20
42/1 47/7 48/10 48/24
53/15 58/16 61/9 61/15
62/17 63/8 64/19 65/23
65/25 66/23 66/24
69/13 72/15 74/17 76/1
77/24 78/8 82/10 83/10
83/24 84/1 93/19
100/20 101/11 101/13
107/22 110/22 111/8
115/4 123/8 126/8
127/12 129/5 129/11
130/10 130/11 135/9
136/17 136/19 137/14
138/17 140/6
**surprisingly [1]** 21/12
**surrender [1]** 21/22
**surrendered [1]** 22/2
**surveillance [1]** 96/7
**suspect [4]** 50/3 52/20
61/1 64/12
**suspected [2]** 51/18
51/18
**suspender [1]** 32/17
**suspenders [1]** 111/11
**swear [6]** 4/10 53/10
53/15 53/16 62/20
138/1
**sweethearts [1]** 80/6
**switch [2]** 76/23 91/1
**sympathetic [2]** 20/5
20/18
**system [6]** 7/16 21/23
59/10 81/11 100/19
104/21

**T**

**T-y-e-l-y-n [1]** 23/1
**table [2]** 13/17 13/22
**tabletop [1]** 59/7
**take [26]** 7/9 7/20 8/15
39/5 58/9 58/10 62/16
63/21 63/24 71/19 76/9
76/11 76/17 78/9 88/12
91/6 104/17 105/24
108/9 111/14 113/20
122/14 124/2 124/15
140/16 141/17
**takes [2]** 97/24 99/9

**taking [2]** 120/3 129/23

**talk [28]** 6/1 14/2 28/9
31/19 38/12 39/8 42/15
43/21 60/22 61/20 65/5
70/10 71/24 72/4 72/7
73/12 79/17 83/22 88/1
88/7 90/5 110/11 116/3
119/22 123/15 130/5
139/25 139/25
**talked [11]** 65/3 65/6
65/15 71/2 80/9 87/25
99/8 99/10 100/17
126/17 140/10
**talking [8]** 5/14 37/5
63/9 78/18 82/19 90/20
97/8 120/11
**talks [1]** 92/18
**tan [2]** 51/20 52/4
**target [1]** 13/7
**targeting [1]** 29/10
**taxpayer [1]** 105/3
**team [1]** 140/11
**technical [1]** 46/1
**tee [1]** 108/8
**teed [1]** 60/7
**teenager [1]** 92/1
**tell [37]** 9/11 27/5
31/15 31/18 31/25
33/18 33/19 48/24 50/4
53/16 59/24 60/20
62/20 62/20 67/4 67/6
67/13 69/6 79/22 80/9
87/9 97/25 104/15
107/8 107/8 112/8
113/23 120/11 123/19
124/18 125/11 125/12
125/23 127/9 129/25
130/12 136/7
**teller [1]** 34/2
**telling [7]** 33/21 39/9
44/24 70/16 79/8 80/12
106/18
**tells [2]** 99/13 101/16
**temp [1]** 85/16
**temper [2]** 98/8 120/14
**temporarily [1]** 83/18
**temporary [1]** 81/6
**ten [2]** 15/13 73/20
**ten-story [1]** 15/13
**terminated [1]** 45/4
**terms [31]** 12/14 17/11
27/18 33/10 46/9 46/16
57/11 58/2 58/16 58/23
59/4 59/15 72/22 82/22
97/11 98/14 98/16 99/7
99/15 99/21 100/1
100/9 101/1 108/2
108/4 108/11 111/2
126/15 126/20 127/2
139/9
**test [1]** 51/19
**tested [4]** 51/20 51/24
52/2 52/4
**testify [2]** 97/25 113/16
**testing [6]** 81/22
126/24 127/2 127/5
127/7 127/20
**text [4]** 88/11 135/16

**T**

**text... [2]** 137/16 137/19

**than [28]** 12/18 27/3 27/15 33/16 38/16 59/21 64/8 73/20 76/12 83/15 88/18 88/21 88/25 94/4 99/14 99/24 101/5 109/21 110/21 111/1 112/19 119/10 125/12 125/15 128/2 132/4 133/8 133/11

**thank [54]** 4/14 4/22 10/6 13/13 13/19 14/5 14/9 14/10 14/11 24/25 25/21 31/7 38/4 42/19 43/4 43/9 48/20 48/23 53/13 53/18 53/22 54/14 61/11 64/21 70/19 71/11 71/20 72/14 75/8 75/15 76/5 76/7 76/22 77/16 87/18 89/20 90/25 91/4 91/10 92/6 107/15 110/14 115/16 117/13 118/12 119/3 137/20 138/6 140/17 140/18 140/19 141/9 141/11 141/14

**Thank y'all [1]** 76/7

**thank you [38]** 13/13 13/19 14/5 14/10 14/11 24/25 25/21 31/7 38/4 42/19 43/4 43/9 48/23 53/18 53/22 64/21 71/11 71/20 72/14 75/15 76/5 76/22 77/16 87/18 90/25 91/4 91/10 107/15 115/16 117/13 118/12 119/3 137/20 138/6 140/17 140/18 141/11 141/14

**thanks [10]** 4/16 14/7 48/23 75/12 76/21 87/14 87/17 101/22 115/18 141/8

**that [762]**

**that'll [1]** 14/18

**that's [105]** 7/19 10/9 13/12 14/23 15/12 22/23 24/21 27/22 28/1 28/1 28/4 28/13 28/15 32/23 33/13 33/16 33/21 35/8 35/13 36/3 36/9 38/13 39/18 43/11 44/18 47/11 49/7 49/16 51/3 52/11 53/8 59/4 60/4 60/19 62/4 62/7 63/9 63/22 64/2 65/22 70/7 70/9 70/17 71/8 72/15 72/18 72/18 74/25 79/19 80/14 82/3 83/11 84/20 85/6 87/12 87/15 88/23 90/4 90/9 91/19 91/20 91/25 92/4 92/5 92/12 92/17 92/22 93/15 94/9 94/10 94/17 95/7 96/12 98/11 99/4 99/13 100/11 100/13

105/1 105/15 106/21 106/24 107/1 107/2 107/6 109/3 112/3 115/15 116/25 120/19 125/5 125/14 125/15 125/17 126/20 126/21 129/8 131/2 131/4 133/24 135/23 139/13

**their [15]** 5/7 18/8 24/7 25/1 37/15 43/7 51/15 78/23 97/14 98/8 103/17 113/15 116/9 116/11 125/13

**theirs [1]** 28/6

**them [42]** 8/7 8/11 13/17 13/17 19/13 21/1 27/14 29/2 29/10 32/12 32/19 34/2 37/11 38/11 40/1 44/20 59/14 76/20 93/23 99/12 106/23 111/10 113/16 113/18 114/18 115/3 116/11 116/18 119/8 121/9 121/12 123/22 124/8 124/18 124/18 124/19 129/25 130/9 130/9 130/13 133/14 136/7

**themselves [1]** 75/11

**then [76]** 5/4 6/20 7/14 7/17 9/2 9/17 9/17 9/17 9/25 11/12 13/6 14/2 14/6 19/5 26/1 26/17 28/3 28/9 28/11 28/12 28/15 32/14 32/21 32/25 33/19 33/23 34/16 34/21 35/17 35/20 40/19 41/8 42/25 46/15 48/5 48/18 48/19 50/13 50/15 52/6 54/1 54/3 56/11 58/24 62/14 62/21 63/8 63/13 67/3 70/7 71/1 73/20 75/13 75/22 78/24 89/8 89/25 90/22 91/13 95/11 95/20 109/17 111/15 113/16 117/2 119/8 120/24 123/22 125/5 127/11 127/11 128/24 133/2 139/7 139/19 140/9

**there [132]** 4/23 4/24 5/20 9/20 9/21 11/5 11/11 12/22 14/3 14/6 14/25 15/1 15/20 16/1 17/14 17/18 18/24 19/2 19/2 19/24 20/13 21/4 21/5 21/7 21/19 21/21 21/23 21/25 22/13 24/1 24/2 26/22 27/7 29/8 29/20 30/4 30/22 30/25 31/24 32/3 32/18 33/25 35/1 35/2 38/12 38/15 38/16 40/22 45/13 45/22 47/12 50/19 50/23 51/1 51/14 51/23 52/14 55/7 55/12 61/5 61/14 62/24 63/12

73/5 75/9 77/19 79/10 80/21 80/21 85/9 85/21 86/10 86/15 86/24 87/1 87/19 91/15 91/18 94/1 94/24 95/1 95/5 95/8 95/10 95/11 95/15 95/20 96/20 96/21 97/6 97/9 100/6 100/14 100/15 100/23 101/15 103/21 103/21 103/22 103/25 108/18 109/3 109/4 109/11 109/11 110/18 110/24 111/11 111/20 117/24 120/23 123/11 123/21 128/10 128/25 129/10 131/20 131/22 132/5 134/14 136/20 136/24 136/25 137/15 138/13 139/5 140/1 140/5

**there's [77]** 7/3 8/25 14/6 14/24 15/7 15/8 15/9 15/23 16/2 17/14 17/24 19/13 20/24 20/25 21/11 21/14 28/4 28/5 28/15 30/1 32/11 32/21 33/15 34/20 35/1 35/20 37/17 37/18 40/23 42/6 47/19 50/22 50/25 50/25 51/6 52/1 75/16 75/20 76/14 78/15 79/25 82/11 82/13 82/14 93/24 94/7 94/15 96/15 96/18 98/14 100/5 101/2 101/3 103/14 104/8 107/20 107/20 107/21 107/23 107/24 107/25 108/20 110/8 110/10 111/9 111/10 111/12 111/18 115/8 119/15 126/19 129/3 129/5 130/6 138/17 139/3 139/7

**these [21]** 8/10 8/12 10/19 12/4 15/6 28/24 30/25 35/25 52/16 60/7 60/22 76/15 82/21 93/6 97/13 99/24 109/14 110/8 119/16 120/5 120/8

**they [78]** 8/7 11/2 13/23 16/7 17/16 17/24 19/3 19/10 20/7 20/12 20/13 20/13 20/20 21/22 23/22 32/6 32/13 32/15 33/11 33/11 35/9 37/9 44/6 46/12 46/19 47/2 48/5 52/21 55/17 61/7 62/10 63/20 78/6 79/8 80/7 80/7 81/1 82/12 82/23 94/21 95/6 95/10 96/2 97/14 98/8 98/8 103/3 103/17 103/17 105/25 105/25 106/1 106/23 107/6 113/15 113/16 115/4

122/14 122/16 123/11 123/24 124/18 124/25 125/12 125/16 125/18 125/19 125/23 128/25 129/1 129/9 129/9 129/10 130/7 133/1

**they'll [10]** 22/20 34/3 62/10 71/1 71/3 100/18 100/20 119/5 123/22 127/9

**they're [26]** 15/17 19/9 20/20 24/14 29/1 44/7 49/5 80/6 96/6 97/13 97/16 97/16 97/17 103/17 105/8 106/21 111/22 123/7 123/8 123/24 125/11 125/17 129/1 129/4 129/11 130/11

**they're not [1]** 19/9

**they've [6]** 7/2 8/11 20/17 80/6 97/18 99/8

**thicker [1]** 115/7

**thin [1]** 82/22

**thing [11]** 7/20 32/23 46/23 64/3 91/17 107/9 111/12 112/4 112/25 115/14 139/21

**things [40]** 5/15 9/20 20/16 32/17 33/23 35/19 36/15 38/25 39/8 43/11 44/19 46/18 51/8 60/23 62/21 68/24 69/1 69/8 70/1 73/5 78/23 91/12 91/16 98/9 101/9 103/10 106/4 108/2 110/3 110/10 110/18 110/18 110/24 111/7 111/7 111/15 111/21 130/6 134/9 138/9

**think [150]**

**thinking [8]** 39/16 39/16 60/5 88/23 96/9 106/9 106/10 109/22

**thinks [1]** 32/6

**third [33]** 25/2 25/11 25/13 28/3 32/3 32/4 32/8 32/24 33/23 34/18 43/19 43/19 49/20 50/4 50/13 61/7 61/18 62/5 62/12 63/8 69/24 70/13 72/22 73/9 82/5 95/6 95/23 96/4 113/14 114/24 115/2 118/14 118/17

**third-party [28]** 25/2 25/11 25/13 32/3 32/4 32/8 32/24 33/23 34/18 43/19 49/20 50/4 50/13 61/7 61/18 62/5 62/12 63/8 69/24 70/13 82/5 95/23 96/4 113/14 114/24 115/2 118/14 118/17

**third-party-custodian [1]** 72/22

**this [153]**

**through [2]** 8/18 8/22

**those [38]** 15/19 17/16 17/22 19/21 19/22 19/23 19/25 21/7 23/15 25/19 31/2 31/3 32/7 33/23 34/1 35/19 38/19 44/19 45/18 47/13 51/8 51/21 62/21 68/7 81/10 81/23 85/15 104/12 105/23 108/2 110/3 110/10 111/14 112/12 126/18 127/10 134/19 135/1

**though [6]** 19/23 27/12 51/2 68/17 86/18 96/6

**thought [9]** 41/22 60/3 80/12 91/16 103/18 103/18 109/20 110/22 112/9

**thoughtful [1]** 8/9

**threat [2]** 50/20 50/20

**threatening [1]** 21/19

**threats [2]** 99/19 99/19

**three [12]** 21/8 23/8 26/14 27/2 28/8 35/22 65/9 82/16 91/12 96/3 104/16 115/8

**through [24]** 5/3 10/24 13/13 19/1 20/12 28/7 31/15 42/25 44/14 59/5 71/2 71/14 80/2 91/11 99/19 102/25 103/11 110/7 118/4 118/5 120/5 120/8 120/20 141/9

**thrown [1]** 28/4

**Thursday [10]** 132/16 132/19 132/20 132/21 132/25 133/7 133/8 133/9 133/11 133/12

**Thus [1]** 10/18

**tie [1]** 140/8

**ties [6]** 14/14 22/14 43/13 81/2 81/17 97/12

**till [2]** 21/6 133/12

**time [75]** 5/3 6/2 7/7 7/9 7/20 8/15 11/4 12/4 12/19 13/18 17/15 17/19 19/5 22/4 30/23 31/23 34/24 36/9 38/19 39/14 39/17 40/10 40/20 40/22 42/8 42/16 44/1 44/5 51/15 52/11 60/6 62/10 64/14 65/13 65/15 65/17 65/20 66/19 66/21 69/1 70/2 74/1 74/12 75/19 76/1 78/9 80/20 80/22 86/12 88/4 93/14 98/3 98/21 101/18 103/17 103/18 103/23 103/24 104/4 104/13 104/18 109/17 111/14 113/11 114/10 114/23 115/8 115/9 116/3 118/2 120/15 129/22 130/12 133/14 136/25

**times [8]** 7/22 16/18

Case 1:22-cr-00164-RBW Document 146 Filed 06/07/23 Page 162 of 164

**T**

times... [6]  26/14 44/21
73/20 98/18 104/16
132/21
Tiyana [1]  117/20
today [23]  5/11 5/18
7/6 7/11 8/23 12/18
31/16 37/4 43/18 60/21
70/24 71/8 76/14 95/22
104/16 107/18 108/6
108/7 110/17 112/4
130/7 139/13 141/9
together [12]  8/6 24/13
24/14 39/8 60/5 73/18
80/7 96/7 98/7 111/14
125/16 125/19
told [7]  17/4 20/10
20/11 68/11 69/3 84/2
111/11
tomorrow [10]  70/24
121/21 122/13 122/21
122/23 125/11 129/5
135/13 136/19 137/2
too [19]  7/25 16/4
28/11 32/18 62/4 71/18
71/20 81/9 81/24 86/15
93/16 100/14 103/7
104/25 105/22 106/8
111/11 130/17 131/20
took [3]  102/12 102/25
120/24
top [2]  112/15 134/20
totality [1]  14/15
totally [6]  18/20 27/16
35/13 76/15 88/25
107/10
totem [1]  108/12
touch [2]  45/20 47/9
tough [1]  79/4
towards [1]  19/13
trafficking [12]  29/12
33/10 33/13 94/20 95/3
104/9 107/21 108/3
108/4 108/11 108/14
110/9
training [1]  81/25
tranches [1]  95/12
transaction [1]  107/23
transcribed [1]  143/5
transcript [4]  1/11 2/23
143/3 143/6
transcription [1]  2/23
Transport [1]  46/25
transportation [1]  85/7
trash [2]  63/21 63/24
124/16
travel [4]  57/8 128/1
129/22 130/23
treat [2]  20/12 107/7
treated [3]  37/24 107/6
111/22
treating [1]  107/7
treatment [8]  20/7
44/23 81/22 100/23
126/24 127/20 127/21
138/20
trial [9]  11/22 13/11
16/10 24/20 55/14

134/11
tried [2]  69/25 110/17
tries [1]  46/20
trigger [1]  29/16
trouble [2]  54/9 120/19
troublesome [1]  92/17
troubling [2]  27/22
36/6
true [2]  78/7 143/2
truly [1]  27/4
trust [2]  62/11 137/14
trusting [1]  139/21
truth [2]  53/16 62/20
truthful [5]  54/9 54/11
64/19 69/22 84/17
try [12]  6/16 8/6 8/22
20/16 39/3 46/19 104/3
105/10 114/7 130/13
139/19 140/9
trying [19]  24/17 36/1
50/17 55/20 70/1 92/12
93/11 93/16 98/12
98/21 98/22 99/5 101/7
102/17 104/6 106/9
106/14 110/17 130/11
Tuesday [4]  39/19 40/2
40/5 118/5
turn [3]  15/22 61/22
135/13
turned [2]  68/7 72/23
turning [1]  21/3
TV [1]  51/21
twice [2]  26/15 65/8
two [23]  11/5 12/18
19/20 26/24 28/24
30/25 35/19 45/7 48/13
51/4 65/2 66/10 90/14
90/20 98/21 103/21
107/20 108/2 111/21
115/8 115/21 118/7
134/14
Tyelyn [2]  23/1 25/11
type [1]  98/25
types [2]  32/7 52/12
typically [1]  60/8
typing [1]  26/6

**U**

U.S [2]  91/12 135/25
Uber [2]  85/6 85/8
Uh [2]  55/5 59/9
Uh-huh [2]  55/5 59/9
ultimate [1]  50/25
ultimately [7]  5/14 7/11
22/1 35/14 50/20
106/12 115/10
unable [2]  80/14 88/20
unannounced [1]
98/19
uncooperative [1]  12/1
under [10]  4/13 11/17
12/17 53/12 53/17 54/4
82/2 84/16 89/5 118/5
underneath [1]  6/21
understand [82]  5/6
5/15 5/21 6/3 6/9 6/12
6/25 8/14 18/3 18/23

34/5 34/15 35/8 54/5
54/6 54/13 54/15 55/22
60/13 60/23 62/3 62/17
63/1 69/14 71/25 74/4
78/16 83/16 88/6 89/1
89/1 89/5 98/10 99/2
102/5 102/10 103/8
104/22 104/24 105/6
108/25 109/5 110/25
112/8 112/18 112/21
119/7 119/19 120/1
120/10 120/16 121/9
121/12 124/1 124/5
124/21 125/14 125/21
125/25 126/12 128/20
129/6 130/1 131/21
132/6 133/1 133/5
133/21 133/23 134/1
134/12 134/21 135/3
135/10 135/11 139/14
139/20 140/14
understandable [2]
48/12 92/17
understandably [1]
6/13
understanding [7]
12/17 19/9 48/8 69/5
86/18 111/6 114/23
understands [3]  98/7
103/13 129/21
Understood [4]  54/12
60/1 73/7 110/13
unfortunate [2]  19/22
45/8
unfortunately [8]  7/16
18/19 32/5 36/4 75/9
76/10 112/21 119/10
unintelligible [4]
102/11 102/14 102/18
103/2
unit [1]  97/8
UNITED [10]  1/1 1/3
1/11 3/9 3/12 3/21 77/5
77/12 79/6 117/15
United States [3]  3/21
77/12 79/6
United States of [4]
3/9 3/12 77/5 117/15
units [1]  95/2
University [1]  16/23
unless [1]  87/16
unsecured [1]  95/16
until [7]  39/19 75/22
98/9 102/21 113/21
119/9 139/19
up [62]  4/9 5/17 10/4
13/16 21/13 32/2 32/19
39/19 42/16 43/3 44/17
44/18 47/12 47/12
50/15 51/11 53/5 53/7
58/15 60/7 62/6 62/14
62/14 62/14 62/15
62/18 67/20 76/15
77/19 84/12 91/2 96/5
97/1 98/19 99/1 100/18
101/8 101/14 101/15
102/14 106/6 107/8

112/12 113/15 115/20
119/4 119/5 119/16
119/23 120/10 120/21
120/25 123/11 126/2
126/9 126/11 130/16
135/13 136/21
upon [6]  32/13 34/1
43/12 53/2 113/16
113/18
upstairs [4]  56/19 58/3
58/13 61/2
upstanding [1]  44/3
uptown [1]  132/3
urines [1]  93/14
us [5]  5/11 106/4
107/19 125/19 139/13
USAO [1]  1/14
usdoj.gov [1]  1/16
use [9]  34/24 46/1
59/17 59/22 59/25
68/23 68/23 85/5
116/11
used [3]  85/8 131/14
131/15
useful [1]  34/24
using [4]  32/16 45/25
49/16 95/6

**V**

vaccinated [1]  84/7
vague [1]  93/24
valid [1]  122/17
variety [1]  73/4
various [1]  52/12
vegetarian [1]  68/22
vehicle [2]  19/11 19/12
verification [3]  121/20
121/21 135/14
verified [1]  44/14
verify [5]  117/22 122/9
122/15 123/24 124/25
verizon.net [1]  2/16
versus [5]  3/9 3/12
77/6 79/6 117/15
very [69]  7/20 8/10
8/17 8/18 8/22 8/22
13/12 16/12 17/11 20/4
21/3 21/8 22/16 22/19
24/11 24/11 26/25
33/11 33/15 34/11
34/13 35/17 36/6 44/3
44/7 44/10 44/11 45/12
45/13 50/19 55/13
55/16 57/18 58/20
58/22 60/10 60/12
62/21 65/3 69/1 69/4
69/12 75/25 75/25 76/4
76/5 79/7 79/12 81/2
82/17 89/16 96/1 97/21
98/4 98/5 98/5 98/13
99/3 102/8 103/12
103/12 104/3 104/8
108/18 110/20 115/16
130/3 141/11 141/12
vetted [8]  25/1 25/6
25/10 32/3 32/24 43/19
49/23 115/3

**V (cont.)**

vetting [2]  25/2 25/3
via [1]  134/16
victim [5]  18/5 18/17
18/20 18/21 27/24
videos [1]  95/10
view [1]  46/11
Village [4]  21/17 21/18
21/20 22/12
violate [3]  24/16 134/7
134/8
violates [1]  62/6
violation [6]  25/16
25/22 26/1 26/11 37/2
37/17
violations [3]  22/20
26/13 37/3
violence [38]  10/22
13/4 13/10 17/10 18/2
18/5 18/17 18/19 18/20
18/22 26/25 27/20
27/22 27/24 28/3 28/18
29/9 29/9 29/9 29/13
30/15 30/17 30/21 33/1
34/23 44/17 45/25
50/18 50/18 50/19
50/22 78/15 82/13
82/15 96/11 96/17
98/11 101/3
violent [2]  45/24 79/1
visit [1]  123/13
visited [2]  25/10
111/19
visiter [1]  63/4
visitors [2]  60/8 61/12
visits [2]  15/16 92/24
visual [1]  95/7
vocational [2]  81/25
126/21
vs [1]  1/5

**W**

wait [6]  75/22 103/18
119/4 126/1 133/12
139/18
waiting [5]  4/8 84/6
84/25 112/22 117/10
walk [3]  28/7 28/14
103/10
walked [1]  22/11
walking [1]  82/24
wall [1]  52/3
wallet [1]  51/22
Walton [9]  7/14 7/24
8/1 76/3 104/20 112/16
112/17 113/3 115/11
Walton's [1]  112/19
want [96]  3/7 8/2 9/20
10/4 13/18 13/21 13/22
13/25 17/18 18/23 19/8
24/16 24/22 26/17
26/24 27/1 27/12 27/20
27/25 28/9 28/13 28/14
32/11 32/12 33/14
33/15 37/24 38/2 41/10
42/24 43/7 50/13 50/16
53/6 53/9 53/15 53/15
54/11 55/17 58/16
60/23 61/3 61/19 62/8

**W**

**want... [52]** 62/21 69/6
69/13 71/12 71/22 72/7
72/21 73/8 73/11 73/11
74/23 75/4 75/24 76/20
78/17 79/20 79/21 82/7
87/9 88/14 89/7 91/3
93/9 97/14 101/24
102/6 107/18 108/8
110/3 111/17 111/17
112/23 113/12 113/13
113/14 114/17 115/15
116/8 116/10 119/25
121/4 121/9 121/10
121/20 126/18 130/14
131/5 134/3 134/6
134/15 136/16 138/16
**wanted [4]** 46/23 60/6
81/7 81/7
**wants [6]** 31/18 41/11
54/1 92/10 99/14
100/17
**warden [1]** 64/5
**warn [3]** 131/5 134/3
134/6
**warrant [12]** 21/9
21/23 21/25 22/1 45/11
46/16 47/9 49/13 51/2
51/12 101/6 134/10
**warrants [3]** 78/21
78/22 95/19
**was [163]**
**Washington [6]** 1/5
1/15 2/4 2/7 2/21 10/17
**wasn't [7]** 19/24 21/23
37/1 67/4 67/14 80/11
94/5
**watched [1]** 45/16
**watching [1]** 130/11
**way [25]** 6/13 7/17
7/18 7/19 8/2 16/4
23/17 24/1 27/1 28/16
37/19 41/25 46/5 61/21
61/23 66/13 75/24
76/14 85/7 85/7 89/2
95/15 99/4 106/5
120/13
**ways [2]** 10/12 17/22
**we [112]** 4/9 4/23 5/10
5/17 5/19 7/19 8/5 8/6
8/15 9/2 9/3 11/3 11/8
13/17 14/4 14/5 14/12
15/6 24/12 24/13 24/15
25/8 26/22 26/24 27/14
38/11 39/2 39/22 39/22
39/24 39/25 39/25 40/9
40/23 40/24 41/16
41/25 42/1 42/1 42/12
42/24 44/14 45/15
50/21 53/14 54/10
55/13 55/13 62/11
62/12 65/1 65/2 65/3
65/6 65/10 65/11 66/25
68/4 69/4 69/5 70/4
70/9 70/12 70/16 72/23
76/10 76/11 76/12
79/18 82/2 87/24 87/25
88/1 88/3 89/13 89/16

92/19 93/9 93/11 95/11
95/18 99/23 99/24
104/11 104/17 110/11
110/11 111/2 111/13
112/12 113/11 113/20
113/25 114/18 114/19
114/24 117/2 117/16
118/18 120/11 120/23
125/16 125/19 126/17
128/8 129/21 129/22
133/24 138/9
**we believe [1]** 93/11
**we will [2]** 44/14 95/11
**we would [1]** 95/18
**we'll [24]** 5/20 6/2 6/16
9/15 9/25 10/2 14/16
19/5 40/8 40/10 64/12
74/20 75/13 75/19
76/10 90/16 107/12
107/17 113/6 113/20
114/15 115/20 119/22
128/15
**we're [33]** 5/2 5/7 8/15
19/15 28/19 28/21
29/14 40/25 42/20
49/10 60/5 60/5 61/1
70/8 72/1 72/6 75/19
76/9 76/15 76/25 81/24
82/19 90/14 90/16 91/1
92/15 104/17 108/7
114/1 117/14 126/6
126/22 127/5
**we've [5]** 7/20 32/16
58/15 68/22 133/19
**weapon [2]** 28/19 46/2
**weapons [2]** 96/20
96/21
**Wednesday [2]** 133/14
143/4
**week [6]** 39/17 65/8
74/14 113/24 125/12
131/22
**weekend [1]** 132/13
**weekends [1]** 118/6
**weekly [1]** 131/7
**weeks [1]** 65/9
**Wegmans [1]** 86/3
**weigh [1]** 104/6
**weighed [1]** 96/12
**weighs [1]** 82/8
**weight [9]** 15/25 16/9
27/18 30/3 30/20 46/9
96/23 97/9 108/11
**welcome [1]** 41/1
**well [63]** 9/11 10/22
11/1 13/9 13/11 22/18
22/19 23/14 23/22 27/6
27/9 30/21 40/22 43/24
44/8 44/10 44/12 44/19
45/3 45/13 45/18 46/8
47/13 48/21 50/15
50/24 51/5 52/6 52/24
53/9 58/6 63/3 64/18
70/11 71/2 71/8 73/9
77/1 78/6 81/15 86/23
87/15 90/11 95/7 96/1
96/19 99/5 99/12

115/16 118/17 118/22
119/9 120/22 122/23
124/20 131/4 131/14
132/10 135/14 136/12
**well-being [1]** 44/12
**well-known [1]** 27/6
**went [3]** 16/14 21/21
102/25
**were [54]** 11/5 12/12
17/9 17/15 17/18 17/24
18/10 19/2 19/3 19/4
20/1 20/7 21/19 21/20
24/18 25/3 28/24 30/25
38/15 38/16 39/22
43/12 47/10 47/12
51/14 51/16 51/18
51/21 60/13 66/11
66/12 66/25 78/21 80/7
85/9 85/15 85/16 86/19
86/20 86/23 87/1 87/25
91/15 91/16 94/21 95/5
96/20 97/6 104/13
110/24 110/24 117/16
120/11 120/23
**what [107]** 6/6 6/9 6/25
6/25 7/7 7/11 7/16 8/3
8/24 10/3 13/16 19/18
20/12 20/20 20/24 24/6
26/8 27/5 27/19 27/25
31/25 33/2 33/18 34/3
34/3 37/21 38/10 39/16
42/12 43/17 44/22 48/5
48/6 53/2 55/14 56/11
56/11 56/24 57/11 58/3
60/23 62/4 62/17 64/2
68/10 69/23 71/13
71/13 72/19 74/8 74/12
78/19 80/16 81/6 82/18
84/2 85/1 86/2 86/7
88/19 88/23 90/9 90/22
97/25 99/2 99/4 99/11
99/13 100/11 101/17
102/11 103/15 104/17
104/20 105/1 105/17
106/10 106/17 106/18
107/1 107/5 107/9
107/12 108/8 109/8
109/10 109/10 109/13
111/6 111/6 112/17
112/23 113/23 114/10
115/15 116/6 116/6
117/16 120/12 120/22
120/25 122/9 126/2
131/1 133/14 134/6
136/25
**What was [1]** 48/6
**what's [11]** 50/5 68/13
68/13 69/16 71/25 74/4
97/17 116/11 130/7
131/8 135/24
**whatever [14]** 17/7
23/15 38/11 47/11
97/24 100/17 105/4
110/4 123/11 125/12
125/22 129/5 130/14
136/18
**whatever's [1]** 134/18

**whatsoever [1]** 63/10
**when [61]** 6/5 6/20
11/25 20/5 21/20 25/19
31/4 34/17 34/22 35/9
35/16 35/17 38/11
40/25 41/18 45/3 45/16
46/15 47/13 52/14 61/2
61/4 61/5 61/14 62/4
62/5 65/13 65/15 78/6
90/16 90/22 92/1 93/16
94/21 95/11 96/14
97/12 98/4 98/7 98/18
102/12 102/25 103/23
105/22 109/9 109/12
109/13 109/19 109/24
110/11 111/1 111/9
111/9 111/22 112/4
112/11 120/11 122/5
122/13 124/13 125/14
**When's [1]** 65/20
**whenever [2]** 22/3
129/9
**where [49]** 18/4 22/15
23/21 24/17 31/8 32/11
32/22 32/25 33/1 46/17
46/19 49/13 50/24 56/2
67/3 67/13 73/13 73/13
80/24 81/10 86/20
91/18 91/20 91/21
92/18 92/22 95/1 97/7
97/8 98/12 98/13 99/22
100/6 106/21 107/25
109/21 111/25 117/16
126/21 127/9 130/11
131/13 131/15 131/21
132/21 133/13 133/24
135/12 135/19
**Where's [1]** 84/9
**wherever [1]** 63/13
**whether [6]** 25/3 33/24
79/8 87/22 93/16
123/19
**which [27]** 11/7 11/7
11/12 11/25 13/2 14/24
15/21 16/16 16/25 20/2
21/2 21/15 22/16 31/1
44/13 45/8 45/10 48/20
51/20 54/2 61/25 67/10
68/23 68/23 80/21
92/16 108/18
**whichever [1]** 76/20
**while [12]** 4/9 7/9 12/8
15/21 16/8 22/7 34/8
46/24 76/11 91/7
122/16 135/3
**whiplashed [1]** 7/18
**who [29]** 8/8 16/17
16/20 22/23 24/8 28/24
33/8 34/21 35/6 43/18
44/7 47/1 54/22 56/9
61/6 63/17 75/10 80/3
81/19 81/19 81/19 97/1
97/20 98/10 109/15
110/17 112/12 115/4
136/11
**who's [14]** 18/22 24/22
48/19 54/10 70/13 73/6
70/12 72/19 80/24 98/6

77/17 109/17 123/16
125/17
**whole [1]** 108/17
**whom [1]** 30/14
**whose [1]** 24/8
**why [24]** 6/3 6/20 9/11
22/10 52/18 52/18 63/9
70/4 77/2 77/19 78/18
78/24 79/17 80/14
80/21 82/11 89/5 90/9
90/13 90/20 92/4 94/16
103/25 109/6
**wife [24]** 43/24 43/25
44/6 48/21 49/9 49/13
**WiFi [8]** 56/24 57/1
59/19 59/20 61/22
72/23 100/19 118/10
**will [42]** 3/18 4/11 5/20
6/8 14/16 14/22 20/21
25/15 31/25 32/13 34/3
35/4 35/15 42/16 44/14
45/17 47/8 47/8 62/11
69/7 70/23 74/15 95/11
99/17 106/19 113/3
113/16 113/16 113/17
115/9 120/7 121/16
122/9 122/14 122/14
122/25 126/4 127/8
129/23 139/4 139/15
140/23
**William [2]** 2/18 143/10
**willing [7]** 31/22 34/22
67/23 96/7 97/16 97/25
98/1
**win [1]** 89/6
**wired [1]** 72/25
**wires [1]** 46/18
**wise [1]** 64/11
**within [4]** 32/25 128/1
128/8 128/14
**without [8]** 31/20
44/19 44/20 44/25
78/25 106/4 129/19
133/20
**witness [6]** 53/10
53/12 53/17 71/22 75/6
112/12
**witnesses [1]** 99/19
**woman [3]** 58/19 71/2
81/18
**women [2]** 44/7 98/10
**won't [2]** 18/14 80/23
**woods [1]** 56/7
**word [2]** 105/25 106/14
**wording [1]** 139/1
**words [2]** 19/24 104/11
**work [53]** 6/14 6/14
7/24 8/5 8/6 13/18
13/19 13/24 31/10
37/19 44/7 46/8 47/4
57/3 57/6 57/7 57/11
57/11 57/18 57/21 58/3
58/5 58/13 58/23 59/1
59/4 62/13 80/5 88/6
88/10 88/21 88/21
90/11 93/9 103/4
104/23 104/25 111/14
118/1 121/19 124/4

**W**

**work...** [12] 125/16
125/18 125/19 125/19
128/9 128/10 129/21
129/22 129/24 130/13
134/17 140/6
**worked** [12]  8/5 46/24
57/25 81/4 84/5 92/25
92/25 93/2 93/3 93/3
93/4 122/3
**working** [21]  46/24
47/2 57/4 58/10 61/3
61/5 81/5 83/18 83/19
84/23 85/9 93/2 93/5
102/13 102/16 111/5
125/17 128/4 140/2
140/6 140/22
**works** [12]  40/6 43/25
44/9 81/19 81/19 86/3
86/17 92/24 114/10
117/25 118/4 118/4
**workshops** [1]  57/15
**world** [2]  103/21 124/8
**WorldPac** [1]  93/5
**worried** [1]  82/9
**worries** [1]  10/12
**worry** [2]  84/14 103/9
**would** [105]  5/1 10/24
11/2 12/1 12/12 12/22
12/23 13/5 13/10 14/1
14/13 14/21 15/4 15/19
15/25 16/10 17/10 18/8
20/23 22/7 24/15 24/15
25/3 27/15 29/18 30/10
30/11 30/14 30/16 31/6
31/25 32/3 32/15 32/23
34/21 34/24 38/18 39/2
39/4 39/21 39/22 40/1
40/2 40/3 40/10 40/20
41/18 44/20 45/11 46/8
47/2 47/3 52/21 53/2
56/1 56/2 59/15 59/17
60/14 60/15 60/24 61/7
61/12 61/13 61/14
61/24 64/11 64/23
67/19 67/22 68/1 73/15
77/10 78/24 80/4 82/1
85/3 85/18 87/23 88/17
89/14 89/17 89/25
91/21 93/13 93/17
94/16 95/18 99/13
100/11 101/2 101/11
101/15 102/1 109/8
109/13 110/16 110/23
113/11 114/5 114/7
114/18 116/14 127/3
127/25
**wouldn't** [4]  45/15
62/1 80/10 82/11
**wrapped** [1]  18/24
**writing** [1]  136/13
**wrong** [7]  15/22 37/10
37/18 94/5 97/4 120/15
120/15

**Y**

**y'all** [2]  4/16 76/7
**yeah** [52]  14/1 14/4
25/25 26/16 29/25
36/14 36/25 37/16
37/20 38/1 38/17 39/1
39/20 40/16 41/5 41/6
41/13 41/23 42/2 42/13
42/23 43/5 49/7 50/10
59/13 60/4 68/14 70/3
73/14 74/21 74/22 84/4
84/12 84/21 87/6 88/9
90/8 90/12 91/8 94/11
100/3 101/13 116/1
119/5 127/1 131/20
136/3 136/5 141/3
**year** [10]  48/9 80/8
81/1 98/6 108/21
108/22 108/22 108/23
109/14 109/15
**years** [21]  12/18 23/8
43/12 44/25 45/7 47/10
51/4 51/15 65/2 92/1
96/14 96/15 102/13
103/1 104/13 105/13
108/20 109/13 109/16
109/16 111/1
**Yep** [4]  5/8 37/8 74/19
93/23
**yes** [104]  9/6 22/25
23/4 24/24 28/17 38/14
40/18 43/9 47/17 48/1
48/16 49/14 49/21
49/25 51/10 54/6 54/17
54/20 54/25 57/1 59/9
61/10 63/12 63/19 66/3
66/5 66/22 67/18 68/1
68/5 68/6 69/12 69/12
70/19 72/24 73/21
74/10 75/2 76/5 78/11
84/18 85/2 85/20 85/22
85/25 86/6 86/16 86/23
87/20 89/10 92/12
99/21 104/19 114/9
116/4 116/25 118/23
119/2 119/14 119/18
120/2 120/17 121/3
121/14 121/23 122/6
122/24 123/3 123/17
124/11 124/22 125/7
126/7 126/13 127/4
127/15 127/18 128/5
128/13 128/16 128/21
129/7 129/12 130/2
130/18 131/19 131/24
132/24 133/3 133/16
133/22 134/1 134/5
134/13 134/23 135/5
136/15 136/23 137/5
137/6 137/22 139/23
140/3 141/6
**yet** [3]  12/9 31/17 60/3
**you** [770]
**you know** [2]  24/12
81/11
**you understand** [8]
6/3 54/5 63/1 69/14
71/25 74/4 119/19
133/1
**you'll** [11]  6/19 38/10

122/3 125/9 128/24
135/1 140/20
**you're** [117]  4/24 6/4
6/5 6/11 6/15 7/1 7/22
25/2 32/8 34/5 34/10
38/9 41/1 43/3 48/19
49/4 49/5 49/19 54/4
54/8 54/15 54/18 58/3
58/17 58/18 58/25 61/2
61/3 61/4 61/5 61/9
62/3 62/4 62/5 62/5
62/17 64/5 64/19 67/20
71/13 71/15 73/16 74/4
76/8 79/20 84/14 84/16
84/17 85/1 89/4 89/5
90/19 90/22 91/8 92/9
92/21 93/16 102/21
103/8 103/8 104/1
104/4 104/4 104/5
104/12 104/14 105/8
105/22 106/17 107/11
110/7 111/12 115/19
116/19 117/3 119/24
120/4 121/12 122/19
122/21 123/2 123/4
123/6 123/7 123/15
124/1 124/7 124/14
124/14 124/17 124/20
124/24 125/4 125/9
126/8 126/15 126/17
127/7 127/11 127/13
128/4 128/19 128/22
130/10 130/11 130/12
130/22 131/9 131/22
133/13 133/23 134/4
136/11 136/19 137/12
138/15 139/22
**you've** [46]  5/18 25/1
26/25 26/25 33/21 35/5
35/16 37/18 39/14 43/6
47/20 54/11 61/19 62/3
71/13 71/14 75/22 78/8
84/16 102/7 103/8
104/10 104/16 104/22
105/4 105/21 105/23
106/5 106/7 112/8
112/21 112/22 120/12
120/15 123/24 125/22
125/24 126/10 128/11
129/25 130/3 136/13
136/24 139/18 140/1
141/12
**young** [9]  21/3 21/8
58/18 69/25 98/4 98/5
98/5 98/7 112/18
**your** [225]
**Your Honor** [109]  3/20
3/22 3/24 4/1 4/3 4/5
4/21 9/6 10/13 10/14
11/10 12/15 12/25
14/11 14/12 17/2 24/24
25/5 25/18 26/4 28/17
29/17 30/19 38/14
38/22 39/2 39/18 40/3
40/6 41/12 41/19 42/11
43/4 43/9 43/17 51/10
64/14 64/21 67/18

73/21 73/24 74/14 75/2
75/15 76/5 77/13 77/17
77/23 79/21 80/17 81/5
81/15 81/20 82/7 82/10
82/21 83/5 83/25 84/3
87/16 87/20 87/24
88/10 89/10 89/13
89/22 90/6 90/18 91/5
91/10 91/11 92/2 92/21
93/1 94/3 97/22 101/18
102/1 102/3 102/5
110/13 115/16 115/21
116/4 117/19 118/1
118/23 122/12 122/24
126/24 127/4 127/25
128/16 131/3 131/6
132/8 132/24 135/15
137/1 137/17 138/12
138/18 139/4 139/11
139/16 140/18
**yourself** [4]  71/19
121/13 130/16 139/19
**yourselves** [2]  3/18
77/10

**Z**

**Zaremba** [2]  2/18
143/10
**zero** [4]  7/15 52/7 52/8
60/15
**ZIA** [2]  1/12 3/3
**zips** [2]  51/18 51/19
**Zoom** [6]  40/23 41/9
76/23 116/11 116/11
134/16